JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 712 --   In re Boardwalk Marketplace Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/10/09 | 1 | MOTION,BRIEF,EXHIBIT,SCHEDULE OF ACTIONS,CERT. OF SVC. -- New Jersey plaintiffs -- For transfer of A-1 thru A-12 -- SUGGESTED TRANSFEREE DISTRICT: D. NEW JERSEY, SUGGESTED TRANSFEREE JUDGE. (tmq) |
| 86/10/09 | 2 | MOTION,BRIEF, SCHEDULE OF ACTIONS,CERT. OF SVC. -- BarclaysAmerican/Business Credit, Inc. -- For transfer of A-1,2,3,4,5,7,8 and A-13 thru A-96 -- SUGGESTED TRANSFEREE DISTRICT: D. CONNECTICUT, SUGGESTED TRANSFEREE JUDGE. (tmq) |
| 86/10/22 | | APPEARANCES: STEPHEN P. HOFFMAN for David Beach,Robert N. Bowker, Donald Rice; LAWRENCE SUCHAROW, ESQ. for Steven Seidman; BARRY I. FREDERICKS, ESQ. for Wijayan Ranathicam, Pravin J. Doshi, Joseph L. Augeri; JEFFREY M. ZALKIN, ESQ. for William A. Vitiello; STUART H. SAVETT, ESQ. for Jerome Krevolin; DANIEL W. KRASNER, ESQ. for Joseph G. Costabile; MICHAEL A. ZIELINSKI, ESQ. for Gus Leontarakis; MR. MANLEY THALER, ESQ. for Dr. Richard M. Leavitt/Judith Leavitt; DONALD A. MITCHELL, ESQ. for Robert B. Mondshine;BENNETT H. LAST, ESQ. for Public Loan Company, Inc.; ROBERT E. MESHEL, ESQ. for Arthur D. Mason; CAROLYN H. HENNEMAN, ESQ. for John Peter Galanis; BONNIE G. FARNSWORTH, ESQ. for Mike R. Farnsworth & Bonnie G. Farnsworth; GRAEME W. BUSH, ESQ. for Jay Botchman; DENNIS H. SHERMAN, ESQ. for Mir Arif Ali; CAMERON CLARK, ESQ. for Blank, Rome, Comisky & McCauleyl; CARL T. HOLT, ESQ. for Sunil C. Roy & Kathleen A. Caizzi; FREDERICK U. CONARD, JR. ESQ. for L. Frederick Polakoff,Richard Bloom,Arthur & Lorraine Dubron,David Glanz, Brian Glasser,Leonard & Harriet Hausman,Emmett Hickey,William H. Horton,Gary & Suzanne Kaltbaum,Ernest Kollitides,Louis Lambran,Robert E. Long,James Moeller, Jr.,Mohamad & F.M. Motala; ANDREW M. SCHATZ, ESQ. for American Funding Limited and William F. Dacey; ANN M. SICZEWICZ,ESQ. for Home Bank & Trust Company; BRUCE RATNER,ESQ. & MICHAEL WATSON,ESQ. for Brenda A. Eckers; TERESA N. CAVENAGH, ESQ. for Grant Thornton, Formerly; LAURIE E. BRECHER, ESQ. for Churchill Investment Corp.;DAVID W. SCHNEIDER,ESQ. for Binghamton Savings Bank; GREGORY J. GARNER,ESQ. for Richard Taylor; WILLIAM A. HARVEY, ESQ. for Syracuse Savings Bank.(tmq) |

712

<u>86/10</u>

| | | |
|---|---|---|
| 86/10/22 | | APPEARANCES: MICHAEL D. O'CONNELL, ESQ. for Shailesh Zaveri, Mayuri Zaveri; MARIAN PROBST ROSNER, ESQ. for Richard Saunders; FREDERICK U. CONARD, JR., ESQ. for William & Elizabeth Bruce,Louis & Janet Quintero, Bill & Dorothy Tuttle, James Yahata, George Conner. (tmq) |
| 86/10/23 | | APPEARANCE: CERTILMAN, HAFT, LEBOW, BALIN, BUCKLEY & KREMER for John Lazorchak. (tmq) |
| 86/10/23 | | APPEARANCES: FREDERICK U. CONARD, JR. ESQ. for Adam L. Reardon, Elis Nourafchon; DAVID G. HETZEL, ESQ. for BarclaysAmerican/Business Credit, Inc. (tmq) |
| 86/10/23 | | APPEARANCES: SHEA & GOULD for Touche Ross & Co.;KEVIN A. COLES, ESQ. for James F. McConnell, Jr.; ARNOLD J. BAI, ESQ. for Steven G. Polard;ENZO FUSARO for Eugene A. Spector & Associates, P.C. (tmq) |
| 86/10/24 | 3 | RESPONSE (to pldg. #1) -- Arthur D. Mason Richard R. Perrin & Helen and Kanovsky -- w/cert. of svc. (tmq) |
| 86/10/24 | 4 | RESPONSE (to pldg. #1) -- BarclaysAmerican/Business Credit, Inc. -- w/cert. of svc. (tmq) |
| 86/10/24 | 5 | RESPONSE (to pldg. #1) -- Public Loan Co., Inc. -- w/cert. of svc. (tmq) |
| 86/10/24 | 6 | RESPONSE (to pldg. #1 and 2) -- Binghamton Savings Bank -- w/Appendex A & B and cert. of svc. (tmq) |
| 86/10/24 | 7 | RESPONSE (to pldgs. #1 and 2) -- Deft. Grant Thornton -- w/Memorandum in support of pldg. #2 and cert. of svc. (tmq) |
| 86/10/24 | 8 | MOTION,BRIEF,SCHEDULE OF ACTION -- Home Bank & Trust Company A-1 thru A-97 to transfer to District of Connecticut -- w/Response to pldgs. #1 and 2 and cert. of svc. (tmq) |
| 86/10/24 | | APPEARANCE: JAMES M. ANDREWS, ESQ. for William Fuchs, W.F. Holdings, Inc. (tmq) |
| 86/10/27 | 9 | RESPONSE(to pldgs. #1 and 2) -- Deft. Churchill Investment Corporation -- w/cert. of svc. (tmq) |
| 86/10/27 | 10 | RESPONSE(to pldgs. #1 and 2) -- Defts. American Funding Limited & William F. Dacey -- w/cert. of svc. (tmq) |
| 86/10/27 | 11 | RESPONSE (to pldgs. #1 and 2) -- Syracuse Savings Bank's -- w/cert. of svc. (tmq) |
| 86/10/27 | 12 | RESPONSE(to pldg. #1 and 2) -- Jay Botchman -- w/cert. of svc. (tmq) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 712 --    In re Boardwalk Marketplace Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/10/27 | 13 | RESPONSE (to pldgs.#1 and 2) and Memorandum re: pldg. #1 -- Connecticut Class Actions -- w/cert. of svc. (tmq) |
| 86/10/27 | 14 | RESPONSE, ANSWER (to pldg. #1 and 2) -- New Jersey plaintiffs -- w/cert. of svc. (tmq) |
| 86/10/27 | 15 | RESPONSE(to pldg. #1) -- James F. McConnell, Jr. -- w/cert. of svc. (tmq) |
| 86/10/29 | 16 | REPLY -- (to pldg. #3 and 13) -- BarclaysAmerican, w/cert. of svc. (tmq) |
| 86/10/27 | | APPEARANCES: ALAN J. BARTH, ESQ. for George Serdan, Rita Serdan; HOWARD J. SEDRAN, ESQ. for Morris Patrizzi. (tmq) |
| 86/10/29 | 17 | RESPONSE (to pldg. #1 and 2) -- Group of defts. in the (Barclay Suites) who are represented by Conard w/schedule of Barclay suites actions and cert. of svc. (tmq) |
| 86/10/31 | 18 | REPLY -- New Jersey Plaintiffs -- w/cert. of svc. (tmq) |
| 86/10/31 | | SUPPLEMENTAL CERT. OF SVC. -- Grant Thornton -- Attach to pleading #7. (tmq) |
| 86/10/31 | 19 | JOINDER IN PLDG. #2 -- John Peter Galanis -- w/cert. of svc. tmq) |
| 86/11/03 | 20 | RESPONSE (to pldg. #2) -- "Leontarakis", w/cert. of svc. (tmq) |
| 86/11/03 | 21 | RESPONSE,MEMORANDUM (to pldg. 1 and 2) -- Morris Patrizzi w/request to file and cert. of svc. (tmq) |
| 86/11/04 | 22 | RESPONSE (to pldgs. 1, 2 & 8) -- deft. Drexel Burnham Lambert Realty, Inc. -- w/cert. of service (cds) |
| 86/11/04 | 23 | LETTER -- NOTIFYING PANEL OF POTENTIAL TAG-ALONG ACTION (Tamasker v. Galanis, et al., N.D. Ohio, #C86-4533) -- deft. Grant Thornton -- w/cert. of service (cds) |
| 86/11/04 | | APPEARANCE:  C. DANIEL CHILL, ESQ. for Drexel Burnham Lambert Realty, Inc.  (cds) |
| 86/11/05 | 24 | RESPONSE, MEMORANDUM OF LAW (to pldg. #2) -- pltfs. William A. Vitiello (A-13), and Bernard Savetz (not on motion) -- w/cert. of service  (cds) |

JPML FORM 1A

*p. 4*

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 712 -- In re Boardwalk Marketplace Securities Litigation

| Date | No. | Pleading Description |
|---|---|---|
| 86/11/06 | 25 | LETTER -- (re pldg. #6) -- signed by David W. Schneider, Esq., counsel for Binghamton Savings Bank  (cds) |
| 86/11/12 | | APPEARANCE:  ANDREW SCHATZ, ESQ. FOR First American Services, Inc. (cds) |
| 86/11/17 | 26 | INTERESTED PARTY RESPONSE (to pldg. #1), EXHIBITS A and B -- pltfs. in William C. Scopetta, et al. v. John Peter Galanis, et al., D. New Jersey, C.A. No. 86-Civ-4243 -- w/cert. of service  (cds) |
| 86/11/21 | 27 | LETTER/NOTICE OF 11 (ELEVEN) RELATED ACTIONS -- signed by William A. Harvey, counsel for Syracuse Savings Bank -- w/service  (cds) |
| 86/12/04 | 28 | LETTER -- RE: Eight potential tag-along actions -- Filed by Home Bank and Trust Company (rh) |
| 86/12/08 | 29 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- Defts. Richard Bloom, Elizabeth Bruce, William Bruce, George Connor, Louis DelPrete, Elaine DelPrete, Don R. Dixon, Arthur Dubron, Elaine Dubron, Jack Engel, David Glanz, Brian Glasser, Samuel L. Hagan, Leonard Hausman, Harriet Hausman, Mark Haynes, Victoria Haynes, Emmett Hickey, William Horton, Gary Kaltbaum, Suzanne Kaltbaum, Ernest Kollitides, Fred Krokenberger, Louis Lambran, Richard A. Loftland, Pentalope R. Loftland, Robert E. Long, Raanan Mallet, James E. Jr. Moeller, Abdool Motala, Hoosen Motala, Mohamed Motala F.M. Motala,  Michael R. Mruzik, Elis Nourafchan, Alfred W. Oliver, Ramesh Pandey, Morris Patrizzi, Roger Peterson, Sandra Peterson, Frederick L. Polakoff, Louis Quintero, Janet Ouintero, Bruce Ratner, Adam L. Reardon, Hari Reddy, Dr. M Reddy, Dr Viswantha Reddy, Isadore Sborofsky, Arnold Scherz, Robert Seeley, Barbara Seeley, Ronald Shatilla, Joseph Svoboda, M.D., Richard Taylor, Bill Tuttle, Dorothy Tuttle, Michael Watson, James Yahata -- w/cert. of svc. (rh) |
| 86/12/11 | 30 | LETTER -- (dated Dec. 9, 1986) Re:  21 potential tag-along actions -- signed by William A. Harvey, counsel for Syracuse Savings Bank (rh) |

JPML FORM 1A                                                              p. 5

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 712 -- In re Boardwalk Marketplace Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/12/12 | 31 | NOTICE OF TAG-ALONG CASES -- of 13 actions in C.D. California -- signed by Paul Samuels -- w/cert. of svc. (rh) |
| 86/12/17 | 32 | AMENDMENT TO MOTION #2 -- Barclay's -- to delete certain actions, to include certain actions already included in motions #1, 8, 29 and adding (B-124 Bernard Savetz v. BarclaysAmerican/Business Credit, Inc., E.D. New York, C.A. No. 86-Civ-3474 (RJD) to schedule -- W/cert. of Svc. (paa) |
| 86/12/19 | | HEARING ORDER -- setting motions to transfer for Panel hearing on January 29, 1987 in Tampa, Florida (cds) |
| 86/12/23 | 33 | RESPONSE/BRIEF -- (to pldg. #29) Home Bank & Trust Company -- w/cert. of svc. (rh) |
| 86/12/23 | 34 | RESPONSE -- (to pldg. #29) BarclaysAmerican/Business Credit, Inc. -- w/cert. of svc. (rh) |
| 86/12/29 | 35 | NOTICE OF TAG-ALONG CASES -- Syracuse Savings Bank -- 12 actions -- w/svc. (tmq) |
| 86/12/29 | | APPEARANCE: CAROLYN H. HENNEMAN, ESQ. for John Peter Galanis, C. Chandra Galanis. (tmq) |
| 87/01/05 | 36 | NOTICE OF FOUR RELATED ACTIONS -- Geoffrey W. Heineman, counsel for Authur Mason -- W/cert. of svc. (paa) |
| 87/01/05 | 37 | NOTICE OF TWO RELATED ACTIONS -- Teresa N. Cavenagh, counsel for GRANT THORNTON, f/k/a ALEXANDER GRANT & CO. -- W/Attachments & cert. of Svc. (paa) |
| 87/01/06 | 38 | NOTICES OF 27 RELATED ACTIONS -- Filed by Penny P. Domow counsel for pltfs. Jesse Haddock, et al. & Anthony Nastasi, et al. -- W/Exhibits and certificate of service. (paa) |
| 87/01/08 | | AMENDMENT TO DECEMBER 19, 1986 HEARING ORDER -- adding B-124 to hearing in Tampa, Florida on January 29, 1987 (cds) |
| 87/01/12 | 39 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS -- Filed by 126 Investor Defendants -- W/Cert. of Svc. (paa) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __712__ -- In re Boardwalk Marketplace Securities Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 87/01/13 | 40 | NOTICE OF RELATED ACTION -- Afonya, et al. v. Adams, et al., District of New Jersey, Signed by Herbert L. Zarov -- (paa) |
| 87/01/14 | 41 | NOTICE OF FOUR RELATED ACTIONS -- Filed by Home Bank and Trust Company -- W/Attachments and Cert. of Svc.  (paa) |
| 87/01/15 | | APPEARANCE -- CHRISTOPHER F. DRONEY, ESQUIRE for Roger Maulfair.  (paa) |
| 87/01/20 | 42 | LETTER (re pldg. #40) -- signed by David Hetzel, Esq., counsel for BarclaysAmerican/Business Bredit, Inc. -- w/cert. of service  (cds) |
| 87/01/21 | 43 | JOINDER IN MOTION (TO PLDG. #29) -- Defendants Marvin Bernstein, et al. and Brian Needel, et al. -- W/Cert. of Svc. (paa) |
| 87/01/21 | 44 | NOTICE OF RELATED ACTION -- Public Loan Company, Inc. v. Bruce L. Poliquin, District of Connecticut, C.A. No. B-86-549(EBB) -- W/Cert. of Svc.  (paa) |
| 87/01/28 | 45 | NOTICE OF THREE RELATED ACTIONS -- Filed by Penny P. Domow, Esq.  Syracuse Savings Bank v. Chamis, M.D.N.C., 86C931; Syracuse Savings Bank v. Sborofsky, D. Md., 86C3568; Syracuse Savings Bank v. Krishnaiah, W.D.Pa., 86C2402  -- W/Cert. of Svc. -- (paa) |
| 87/01/28 | 46 | NOTIFICATION OF POTENTIAL TAG-ALONG ACTIONS -- (5 N.J. actions) ltr dtd 1/26/87 Plaintiff Syracuse Savings Bank -- W/Cert. of Svc.  (paa) |
| 87/01/28 | 47 | NOTIFICATION OF POTENTIAL TAG-ALONG ACTIONS -- Plaintiff Syracuse Savings Bank (35 actions) ltr dtd 1/26/87 -- W/Attachments & Cert. of Svc.  (paa) |
| 87/01/28 | 48 | LETTER -- Position Statement --Defendant Genstar Mortgage Corporation (paa) |
| 87/01/28 | | APPEARANCE -- PHILLIP L. GRAHAM, JR., ESQ. For Genstar Mortgage Corp. -- (paa) |
| 87/01/28 | 50 | MEMORANDUM/RESPONSE (to Pldg. #39) -- Syracuse Savings Bank -- W/Cert. of Svc.  (paa) |
| 87/01/28 | 51 | JOINDER IN MOTION TO PLDG. #29)-- Plaintiffs Lewis C. Solomon, et al. -- W/Cert. of Svc.  (paa) |
| 87/01/28 | | WAIVERS OF ORAL ARGUMENT FOR 1/29/87 HEARING:  Blank, Rome Comisky & McCauley;  Stephen Seidman, et al.;  Richard Saunders; Mark Biel, Martin L. Blatt, Jack Feinberg, Gary R. Griffith, Robert Airone, and Norman Zlotnick; Churchill Investment Corp.; George Serban, et al. and Bary Vogelstein (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 712 --- In re Boardwalk Marketplace Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/01/28 | | HEARING APPEARANCES FOR 1/29/87 HEARING: **STUART H. SAVETT, ESQ.** for Jerome Krevolin; **STEPHEN HOFFMAN, ESQ.** for Beach plaintiffs; **GEOFFREY HEINEMAN, ESQ.** for Arthur D. Mason; **LAURENCE BERMAN, ESQ.** for Morris Patrizi; **PENNY P. DOMOW, ESQ.** for Joseph Augeri, et al., Pravin Doshi, et al., V.S. Parithivel, et al., Wijayan Ratnathicam, and William C. Scopetto; **DAVID HETZEL, ESQ.** for BarclaysAmerican/Business Credit, Inc.; **GRAEME BUSH, ESQ.** for Jay Botchman; **ANDREW SCHATZ, ESQ.** for American Funding Ltd., First American Sevices, Inc., and William Dacey; **CAROLYN HENNEMAN, ESQ.** for John Peter Galanis and C. Chandia Galanis; **STANLEY PARZEN, ESQ.** for Grant Thornton; **DAVID W. SCHNEIDER, ESQ.** for Binghamton Savings Bank; **BENNETT LAST, ESQ.** for Public Loan Corp.; **WILLIAM A. HARVEY, ESQ.** for Syracuse Savings Bank; **FREDERICK CONARD, JR., ESQ.** for Cross-moving defts. in certain collection actions; **ANN SICZEWICZ, ESQ.** for Home Bank and Trust Co.; **ROBERT GROSS, ESQ.** for Drexel Burnhamm Lambert Realty, Inc.; **JEFFREY ZALKIN, ESQ.** for William Vitiello, et al. and Bernard Savetz, et al. (cds) |
| 87/01/28 | | WAIVERS OF ORAL ARGUMENT FOR 1/29/87 HEARING: Blank, Rome Comisky & McCauley; Stephen Seidman, et al.; Richard Saunders; Mark Biel, Martin L. Blatt, Jack Feinberg, Gary R. Griffith, Robert Airone, and Norman Zlotnick; Churchill Investment Corp.; George Serban, et al. and Bary Vogelstein (cds) |
| 87/02/18 | | CONSENT OF TRANSFEREE COURT -- for transfer of litigation to D. Connecticut to the Hon. Warren W. Eginton (rh) |
| 87/02/18 | | TRANSFER ORDER -- transferring A-7 thru A-14 to the D. Connecticut -- Notified involved judges, clerks, counsel and misc. recipients (rh) |
| 87/03/11 | | APPEARANCE: JACK L. BLOCK, ESQ. for American Funding Ltd., First American Services and William F. Dacey (cds) |
| 87/03/17 | | APPEARANCE: RAYMOND B. GREEN, ESQ. for Joel P. Arndt, Donald J. Burnsic, Dean I. Friedman, Raymond J. Gustini, Verlyn N. Jensen, Andrew W. Katz, Ernest Leff, John A. Minor, Samuel T. Rees, Berne Rolston, Gregory W. Sanders, Robert R. Thornton, Leff & Jensen f/k/a Leff & Mason f/k/a Leff & Stephenson (cds) |
| 87/03/20 | | APPEARANCE: RICHARD C. HART, ESQ. for defts. on pldg. #39 (cds) |

JPML FORM 1A

(PAGE 8)                           DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 712 -- IN RE BOARDWALK MARKETPLACE SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/03/23 | | **CONDITIONAL TRANSFER ORDERS FILED TODAY -- (B-125 THRU B-197) SEE LISTING BELOW -- NOTIFIED INVOLVED JUDGES & COUNSEL -- (paa)** |

(B-125) <u>Syracuse Savings Bank v. Robert Kennedy, et al.</u>, D. Arizona, C.A. No. 86-1791 Phx-Cam

(B-126) <u>Syracuse Savings Bank v. Nick Mangeris, et al.</u>, D. Arizona, C.A. No. 86-1792 Phx-WPC

(B-127) <u>Syracuse Savings Bank v. Alan Bricklin, et al.</u>, C.D. California, C.A. No. 86-6473 CBM(Kx)

(B-128) <u>Syracuse Savings Bank v. Dieter Brock, et al.</u>, C.D. California, C.A. No. 86-6476 KN(Px)

(B-129) <u>Syracuse Savings Bank v. Darrell Carsey</u>, C.D. California, C.A. No. 86-7383 CBM(Kx)

(B-130) <u>Syracuse Savings Bank v. James Celmayster, et al.</u>, C.D. California, C.A. No. 86-6546 ER(JRx)

(B-131) <u>Syracuse Savings Bank v. Stephen Chandler, et al.</u>, C.D. California, C.A. No. 86-6568 HLH(Kx)

(B-132) <u>Syracuse Savings Bank v. Donald W. Cody</u>, C.D. California, C.A. No. 86-6641 CBM(Kx)

(B-133) <u>Syracuse Savings Bank v. Jose Cruz, et al.</u>, C.D. California, C.A. No. 86-6485 KN(Px)

(B-134) <u>Syracuse Savings Bank v. Louis A. DeMerschman, et al.</u>, C.D. California, C.A. No. 86-7370 CBM(Kx)

(B-135) <u>Syracuse Savings Bank v. Calvin Fong, et al.</u>, C.D. California, C.A. No. 86-6468 CBM(Kx)

(B-136) <u>Syracuse Savings Bank v. Yosef Freedland, et al.</u>, C.D. California, C.A. No. 86-7371 KN(Gx)

(B-137) <u>Syracuse Savings Bank v. Sol Gerber, et al.</u>, C.D. California, C.A. No. 86-7671 JGD(JRx)

(B-138) <u>Syracuse Savings Bank v. Jerome Gottlieb, et al.</u>, C.D. California, C.A. No. 86-7382 CBM(Kx)

(B-139) <u>Syracuse Savings Bank v. Ramesh Gowda, D.D.S.</u>, C.D. California, C.A. No. 86-6579 CBM(Kx)

(B-140) <u>Syracuse Savings Bank v. William J. Grant, et al.</u>, C.D. California, C.A. No. 86-6547 ER(JRx)

(B-141) <u>Syracuse Savings Bank v. Jack Grund, et al.</u>, C.D. California, C.A. No. 86-6472 CBM(Kx)

(B-142) <u>Syracuse Savings Bank v. Gary Hallenbeck, et al.</u>, C.D. California, C.A. No. 86-6480 KN(Px)

(B-143) <u>Syracuse Savings Bank v. Anthony Haralambos, et al.</u>, C.D. California, C.A. No. 86-6474 CBM(Kx)

(B-144) <u>Syracuse Savings Bank v. Douglas Holmes, et al.</u>, C.D. California, C.A. No. 86-6559 ER(JRx)

(B-145) <u>Syracuse Savings Bank v. James Hopper, et al.</u>, C.D. California, C.A. No. 86-6567 AWT(Gx)

(B-146) <u>Syracuse Savings Bank v. Theodore Hylwa, M.D.</u>, C.D. California, C.A. No. 86-6558 CBM(Kx)

(B-147) <u>Syracuse Savings Bank v. Bruce Kaump, et al.</u>, C.D. California, C.A. No. 86-6475 CBM(Kx)

(B-148) <u>Syracuse Savings Bank v. Bernard J. Kurtin, et al.</u>, C.D. California, C.A. No. 86-6384 CBM(Kx)

(B-149) <u>Syracuse Savings Bank v. Sitikantha Mahapatra</u>, C.D. California, C.A. No. 86-6486 KN(Px)

(B-150) <u>Syracuse Savings Bank v. Fombe Ndiforchu, et al.</u>, C.D. California, C.A. No. 86-7367 CBM(Kx)

(B-151) <u>Syracuse Savings Bank v. Richard Neill, et al.</u>, C.D. California, C.A. No. 86-7405 FW

(B-152) <u>Syracuse Savings Bank v. Robert S. Newman</u>, C.D. California, C.A. No. 86-6551 CBM(Kx)

(B-153) <u>Syracuse Savings Bank v. Stephen L. Nitzberg, et al.</u>, C.D. California, C.A. No. 86-7361 CBM(Px)

JPML FORM IA

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 712__    IN RE BOARDWALK MARKETPLACE SECURITIES LITIGATION    (PAGE 9)

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| | (B-154) | Syracuse Savings Bank v. Elis Nourafchan, C.D. California, C.A. No. 86-6385 CBM(Kx) |
| | (B-155) | Syracuse Savings Bank v. Jona Perlmutter, et al., C.D. California, C.A. No. 86-7679 SVW(Px) |
| | (B-156) | Syracuse Savings Bank v. Naga Prasad, C.D. California, C.A. No. 86-6578 CBM(Kx) |
| | (B-157) | Syracuse Savings Bank v. Sampath Raghavan, et al., C.D. California, C.A. No. 86-6586 CBM(Kx) |
| | (B-158) | Syracuse Savings Bank v. Krishna Reddy, D.D.S., C.D. California, C.A. No. 86-6647 CBM(Kx) |
| | (B-159) | Syracuse Savings Bank v. Mahesh Shastri, et al., C.D. California, C.A. No. 86-7362 CBM(Kx) |
| | (B-160) | Syracuse Savings Bank v. Dennis Shepard, et al., C.D. California, C.A. No. 86-7380 CBM(Kx) |
| | (B-161) | Syracuse Savings Bank v. Donald Sutton, et al., C.D. California, C.A. No. 86-6571 ER(JRx) |
| | (B-162) | Syracuse Savings Bank v. Richard W. Thon, C.D. California, C.A. No. 86-6477 KN(Px) |
| | (B-163) | Syracuse Savings Bank v. Stephen Wexler, et al., C.D. California, C.A. No. 86-6580 CBM(Kx) |
| | (B-163a) | Syracuse Savings Bank v. Sakrepatna Monohara, et al., E.D. California, C.A. No. CV-F-86-579 EDP |
| | (B-164) | Syracuse Savings Bank v. Rashmikant K. Shah, et al., E.D. California, C.A. No. CV-F-86-582 EDP |
| | (B-165) | Syracuse Savings Bank v. Gilbert Shaw, et al., E.D. California, C.A. No. CV-F-86-580 REC |
| | (B-166) | Syracuse Savings Bank v. Charles Shults, et al., E.D. California, C.A. No. CIV S-86-1320 RAR JFM |
| | (B-167) | Syracuse Savings Bank v. Virginia Anne Collins, et al., N.D. California, C.A. No. C86-20793-SW |
| | (B-168) | Syracuse Savings Bank v. John Kataoka, et al., N.D. California, C.A. No. C86-20792-WAI |
| | (B-169) | Syracuse Savings Bank v. James Pulaski, S.D. California, C.A. No. 86-2293 S(Cm) |
| | (B-170) | Syracuse Savings Bank v. Leonard Brundage, et al., D. Colorado, C.A. No. 86-Z-2315 |
| | (B-171) | Syracuse Savings Bank v. Stephen Fries, et al., D. Colorado, C.A. No. 86-Z-2316 |
| | (B-172) | Syracuse Savings Bank v. Yo-Jun Song, et al., D. Colorado, C.A. No. 86-Z-2314 |
| | (B-173) | Syracuse Savings Bank v. Robert Claus, N.D. Illinois, C.A. No. 86-C-8424 |
| | (B-174) | Syracuse Savings Bank v. Wayne M. Kulik, N.D. Illinois, C.A. No. 86-C-8787 |
| | (B-175) | Syracuse Savings Bank v. Harold Sakelaris, N.D. Illinois, C.A. No. 86-C-8428 |
| | (B-176) | Syracuse Savings Bank v. Mitchell Sawko, et al., N.D. Illinois, C.A. No. 86-C-8429 |
| | (B-177) | Syracuse Savings Bank v. Jay A. Gravatt, D. Kansas, C.A. No. 86-2520S |
| | (B-178) | Syracuse Savings Bank v. Melford E. Gravatt, D. Kansas, C.A. No. 86-2521-O |
| | (B-179) | Syracuse Savings Bank v. Rodney E. Gravatt, D. Kansas, C.A. No. 86-2522-O |
| | (B-180) | Syracuse Savings Bank v. Ruey Shiung Lin, et al., D. Maryland, C.A. No. JH86-3436 |
| | (B-181) | Syracuse Savings Bank v. Ram Rastogi, D. Maryland, C.A. No. B86-3437 |
| | (B-182) | Syracuse Savings Bank v. Saliem Abrahams, et al., E.D. Michigan, C.A. No. 86-CV-74611-DT |
| | (B-183) | Syracuse Savings Bank v. Franklin R. Lozen, E.D. Michigan, C.A. No. 86-CV-74612-DT |

712   IN RE BOARDWALK MARKET PLACE SECURITIES LITIGATION

(B-184) Syracuse Savings Bank v. Venkata P.S. Puttagunta, et al.,
E.D. Michigan, C.A. No. 86-CV-40515-FL

(B-185) Syracuse Savings Bank v. Harish C. Rawal, et al., E.D.
Michigan, C.A. No. 86-CV-60473-AA

(B-186) Syracuse Savings Bank v. Donald J. Flanagan, D. New
Jersey, C.A. No. 38-3596

(B-187) Syracuse Savings Bank v. Robert A. Lee, D. New Jersey, C.A.
No. 86-3897

(B-188) Syracuse Savings Bank v. Henry Parietti, D. New Jersey,
C.A. No. 86-3597

(B-189) Syracuse Savings Bank v. William B. Smith, M.D. North
Carolina, C.A. No. C-86-932-WS

(B-190) Syracuse Savings Bank v. Walter Ickert, et al., W.D. North
Carolina, C.A. No. C-C-86-536-M

(B-191) Syracuse Savings Bank v. Edgar B. Montague, Jr., et al.,
W.D. North Carolina, C.A. No. C-C-86-537-M

(B-192) Syracuse Savings Bank v. Leandro M. Tolentino, et al.,
W.D. North Carolina, C.A. No. C-C-86-535-P

(B-193) Syracuse Savings Bank v. Don V. Whelchel, et al., W.D.
North Carolina, C.A. No. C-C-86-538-M

(B-194) Syracuse Savings Bank v. William G. Bracey, M.D.
Pennsylvania, C.A. No. CV-86-1635

(B-195) Syracuse Savings Bank v. Wayne Fisher, et al., N.D. Texas,
C.A. No. CA3-86-2815-D

(B-196) Syracuse Savings Bank v. Robert L. Howisey, et al.,
W.D.Washington, C.A. No. C86-1757-R

(B-197) Syracuse Savings Bank v. Gerald D. Hyde, et al.,
W.D.Washington, C.A. No. C86-1759-D

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

712      In re Boardwalk Marketplace Securities Litigation

87/04/08      CONDITIONAL TRANSFER ORDERS FINAL TODAY  -- (B-125 thru B-197)
              Listed Below -- Notified judges and clerks (rh)

(B-125) Syracuse Savings Bank v. Robert Kennedy, et al., D.
        Arizona, C.A. No. 86-1791 Phx-Cam
(B-126) Syracuse Savings Bank v. Nick Mangeris, et al., D. Arizona,
        C.A. No. 86-1792 Phx-WPC
(B-127) Syracuse Savings Bank v. Alan Bricklin, et al., C.D.
        California, C.A. No. 86-6473 CBM(Kx)
(B-128) Syracuse Savings Bank v. Dieter Brock, et al., C.D.
        California, C.A. No. 86-6476 KN(Px)
(B-129) Syracuse Savings Bank v. Darrell Carsey, C.D. California,
        C.A. No. 86-7383 CBM(Kx)
(B-130) Syracuse Savings Bank v. James Celmayster, et al., C.D.
        California, C.A. No. 86-6546 ER(JRx)
(B-131) Syracuse Savings Bank v. Stephen Chandler, et al., C.D.
        California, C.A. No. 86-6568 HLH(Kx)
(B-132) Syracuse Savings Bank v. Donald W. Cody, C.D. California,
        C.A. No. 86-6641 CBM(Kx)
(B-133) Syracuse Savings Bank v. Jose Cruz, et al., C.D.
        California, C.A. No. 86-6485 KN(Px)
(B-134) Syracuse Savings Bank v. Louis A. DeMerschman, et al., C.D.
        California, C.A. No. 86-7370 CBM(Kx)
(B-135) Syracuse Savings Bank v. Calvin Fong, et al., C.D.
        California, C.A. No. 86-6468 CBM(Kx)
(B-136) Syracuse Savings Bank v. Yosef Freedland, et al., C.D.
        California, C.A. No. 86-7371 KN(Gx)
(B-137) Syracuse Savings Bank v. Sol Gerber, et al., C.D.
        California, C.A. No. 86-7671 JGD(JRx)
(B-138) Syracuse Savings Bank v. Jerome Gottlieb, et al., C.D.
        California, C.A. No. 86-7382 CBM(Kx)
(B-139) Syracuse Savings Bank v. Ramesh Gowda, D.D.S., C.D.
        California, C.A. No. 86-6579 CBM(Kx)
(B-140) Syracuse Savings Bank v. William J. Grant, et al., C.D.
        California, C.A. No. 86-6547 ER(JRx)
(B-141) Syracuse Savings Bank v. Jack Grund, et al., C.D.
        California, C.A. No. 86-6472 CBM(Kx)
(B-142) Syracuse Savings Bank v. Gary Hallenbeck, et al., C.D.
        California, C.A. No. 86-6480 KN(Px)
(B-143) Syracuse Savings Bank v. Anthony Haralambos, et al., C.D.
        California, C.A. No. 86-6474 CBM(Kx)
(B-144) Syracuse Savings Bank v. Douglas Holmes, et al., C.D.
        California, C.A. No. 86-6559 ER(JRx)
(B-145) Syracuse Savings Bank v. James Hopper, et al., C.D.
        California, C.A. No. 86-6567 AWT(Gx)
(B-146) Syracuse Savings Bank v. Theodore Hylwa, M.D., C.D.
        California, C.A. No. 86-6558 CBM(Kx)
(B-147) Syracuse Savings Bank v. Bruce Kaump, et al., C.D.
        California, C.A. No. 86-6475 CBM(Kx)
(B-148) Syracuse Savings Bank v. Bernard J. Kurtin, et al., C.D.
        California, C.A. No. 86-6384 CBM(Kx)
(B-149) Syracuse Savings Bank v. Sitikantha Mahapatra, C.D.
        California, C.A. No. 86-6486 KN(Px)
(B-150) Syracuse Savings Bank v. Fombe Ndiforchu, et al., C.D.
        California, C.A. No. 86-7367 CBM(Kx)
(B-151) Syracuse Savings Bank v. Richard Neill, et al., C.D.
        California, C.A. No. 86-7405 FW
(B-152) Syracuse Savings Bank v. Robert S. Newman, C.D. California,
        C.A. No. 86-6551 CBM(Kx)
(B-153) Syracuse Savings Bank v. Stephen L. Nitzberg, et al., C.D.
        California, C.A. No. 86-7361 CBM(Px)

(Continued on next page)

JPML FORM 1A

p. 12

### DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 712 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|

(B-154) Syracuse Savings Bank v. Elis Nourafchan, C.D. California, C.A. No. 86-6385 CBM(Kx)

(B-155) Syracuse Savings Bank v. Jona Perlmutter, et al., C.D. California, C.A. No. 86-7679 SVW(Px)

(B-156) Syracuse Savings Bank v. Naga Prasad, C.D. California, C.A. No. 86-6578 CBM(Kx)

(B-157) Syracuse Savings Bank v. Sampath Raghavan, et al., C.D. California, C.A. No. 86-6586 CBM(Kx)

(B-158) Syracuse Savings Bank v. Krishna Reddy, D.D.S., C.D. California, C.A. No. 86-6647 CBM(Kx)

(B-159) Syracuse Savings Bank v. Mahesh Shastri, et al., C.D. California, C.A. No. 86-7362 CBM(Kx)

(B-160) Syracuse Savings Bank v. Dennis Shepard, et al., C.D. California, C.A. No. 86-7380 CBM(Kx)

(B-161) Syracuse Savings Bank v. Donald Sutton, et al., C.D. California, C.A. No. 86-6571 ER(JRx)

(B-162) Syracuse Savings Bank v. Richard W. Thon, C.D. California, C.A. No. 86-6477 KN(Px)

(B-163) Syracuse Savings Bank v. Stephen Wexler, et al., C.D. California, C.A. No. 86-6580 CBM(Kx)

(B-163a) Syracuse Savings Bank v. Sakrepatna Monohara, et al., E.D. California, C.A. No. CV-F-86-579 EDP

(B-164) Syracuse Savings Bank v. Rashmikant K. Shah, et al., E.D. California, C.A. No. CV-F-86-582 EDP

(B-165) Syracuse Savings Bank v. Gilbert Shaw, et al., E.D. California, C.A. No. CV-F-86-580 REC

(B-166) Syracuse Savings Bank v. Charles Shults, et al., E.D. California, C.A. No. CIV S-86-1320 RAR JFM

(B-167) Syracuse Savings Bank v. Virginia Anne Collins, et al., N.D. California, C.A. No. C86-20793-SW

(B-168) Syracuse Savings Bank v. John Kataoka, et al., N.D. California, C.A. No. C86-20792-WAI

(B-169) Syracuse Savings Bank v. James Pulaski, S.D. California, C.A. No. 86-2293 S(Cm)

(B-170) Syracuse Savings Bank v. Leonard Brundage, et al., D. Colorado, C.A. No. 86-Z-2315

(B-171) Syracuse Savings Bank v. Stephen Fries, et al., D. Colorado, C.A. No. 86-Z-2316

(B-172) Syracuse Savings Bank v. Yo-Jun Song, et al., D. Colorado, C.A. No. 86-Z-2314

(B-173) Syracuse Savings Bank v. Robert Claus, N.D. Illinois, C.A. No. 86-C-8424

(B-174) Syracuse Savings Bank v. Wayne M. Kulik, N.D. Illinois, C.A. No. 86-C-8787

(B-175) Syracuse Savings Bank v. Harold Sakelaris, N.D. Illinois, C.A. No. 86-C-8428

(B-176) Syracuse Savings Bank v. Mitchell Sawko, et al., N.D. Illinois, C.A. No. 86-C-8429

(B-177) Syracuse Savings Bank v. Jay A. Gravatt, D. Kansas, C.A. No. 86-2520S

(B-178) Syracuse Savings Bank v. Melford E. Gravatt, D. Kansas, C.A. No. 86-2521-0

(B-179) Syracuse Savings Bank v. Rodney E. Gravatt, D. Kansas, C.A. No. 86-2522-0

(B-180) Syracuse Savings Bank v. Ruey Shiung Lin, et al., D. Maryland, C.A. No. JH86-3436

(B-181) Syracuse Savings Bank v. Ram Rastogi, D. Maryland, C.A. No. B86-3437

(B-182) Syracuse Savings Bank v. Saliem Abrahams, et al., E.D. Michigan, C.A. No. 86-CV-74611-DT

(B-183) Syracuse Savings Bank v. Franklin R. Lozen, E.D. Michigan, C.A. No. 86-CV-74612-DT

(Continued on next page)

JPML FORM 1A

JUDICIAL PANEL

MULTIDISTRICT LITIGATION

DOCKET NO. 712   In re Boardwalk Marketplace Securities Litigation

(B-184) <u>Syracuse Savings Bank v. Venkata P.S. Puttagunta, et al.</u>,
E.D. Michigan, C.A. No. 86-CV-40515-FL
(B-185) <u>Syracuse Savings Bank v. Harish C. Rawal, et al.</u>, E.D.
Michigan, C.A. No. 86-CV-60473-AA
(B-186) <u>Syracuse Savings Bank v. Donald J. Flanagan</u>, D. New
Jersey, C.A. No. 38-3596
(B-187) <u>Syracuse Savings Bank v. Robert A. Lee</u>, D. New Jersey, C.A.
No. 86-3897
(B-188) <u>Syracuse Savings Bank v. Henry Parietti</u>, D. New Jersey,
C.A. No. 86-3597
(B-189) <u>Syracuse Savings Bank v. William B. Smith</u>, M.D. North
Carolina, C.A. No. C-86-932-WS
(B-190) <u>Syracuse Savings Bank v. Walter Ickert, et al.</u>, W.D. North
Carolina, C.A. No. C-C-86-536-M
(B-191) <u>Syracuse Savings Bank v. Edgar B. Montague, Jr., et al.</u>,
W.D. North Carolina, C.A. No. C-C-86-537-M
(B-192) <u>Syracuse Savings Bank v. Leandro M. Tolentino, et al.</u>,
W.D. North Carolina, C.A. No. C-C-86-535-P
(B-193) <u>Syracuse Savings Bank v. Don V. Whelchel, et al.</u>, W.D.
North Carolina, C.A. No. C-C-86-538-M
(B-194) <u>Syracuse Savings Bank v. William G. Bracey</u>, M.D.
Pennsylvania, C.A. No. CV-86-1635
(B-195) <u>Syracuse Savings Bank v. Wayne Fisher, et al.</u>, N.D. Texas,
C.A. No. CA3-86-2815-D
(B-196) <u>Syracuse Savings Bank v. Robert L. Howisey, et al.</u>,
W.D.Washington, C.A. No. C86-1757-R
(B-197) <u>Syracuse Savings Bank v. Gerald D. Hyde, et al.</u>,
W.D.Washington, C.A. No. C86-1759-D

87/04/14      CONDITIONAL TRANSFER ORDERS FILED TODAY in following a
(B-227 THRU B-271) Notified involved counsel and judges ( )
(B-227) Syracuse Savings Bank v. Vane E. Suter, et al. v.
John Peter Galanis, et al., C.D. California, C.A. No.
86-6484-KN(Px)
(B-228) Syracuse Savings Bank v. Gerald Margolis, et al. v.
John Peter Galanis, et al., C.D. California, C.A. No.
86-6479-KN(Px)
(B-229) James W. Kelly, et al. v. John Peter Galanis, et
al., C.D. California, C.A. No. 86-7305-CBM(Kx)
(B-230) Syracuse Savings Bank v. Aaron Feit, et al., C.D.
California, C.A. No. 86-6333-CBM(Kx)
(B-231) Lewis C. Solmon, et al. v. John Peter Galanis, et
al., C.D. California, C.A. No. 86-7236-JGD(Bx)
(B-232) Syracuse Savings Bank v. Paul Goldstein, et al., C.D.
California, C.A. No. 86-6478-KN(Px)
(B-233) Syracuse Savings Bank v. Robert Boze, et al., C.D.
California, C.A. No. 86-6650-CBM(KX)
(B-234) Syracuse Savings Bank v. Bhupal Kommineni, et al. v.
John Peter Galanis, et al., C.D. California, C.A. No.
86-6105-CBM(Kx)
(B-235) Syracuse Savings Bank v. Christopher Cramer, et al.,
N.D. Illinois, C.A. No. 86-C-8427
(B-236) Syracuse Savings Bank v. Harold E. Wisted, N.D.
Illinois, C.A. No. 86-C-8422

(CONTINUED ON NEXT PAGE)

JPML FORM 1A

P-14

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 712 -- IN RE BOARDWALK MARKETPLACE SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/04/14 | | (CONTINUED FROM PREVIOUS PAGE) |

(B-237) Syracuse Savings Bank v. John R. Myers, et al., N.D. Illinois, C.A. No. 86-C-8786
(B-238) Syracuse Savings Bank v. David Duerson, et al., N.D. Illinois, C.A. No. 86-C-8430
(B-239) Syracuse Savings Bank v. Charles Levander, et al., N.D. Illinois, C.A. No. 86-C-8420
(B-240) Syracuse Savings Bank v. Isadore Sborofsky, D. Maryland, C.A. No. 86-3568  HAR
(B-241) Syracuse Savings Bank v. Shreepad R. Naik, E.D. Michigan, C.A. No. 86-CV7-4608 DT
(B-242) Syracuse Savings Bank v. Sam Ortisi, E.D. Michigan, C.A. No. 86-CV7-4609DT
(B-243) Syracuse Savings Bank v. Donmenic Tringale, et al.,E.D. Michigan, C.A. No. 86-CV7-4610DT
(B-244) Syracuse Savings Bank v. Ahmad T. Hannan, E.D. Michigan, C.A. No. 86-40514-FL
(B-245) Syracuse Savings Bank v. Penelope Chamis, M.D. North Carolina, C.A. No. C-86-931-WS
(B-246) Syracuse Savings Bank v. Michael Giglio, D. New Jersey, C.A. No. 86-4032
(B-247) Idatonye I. Afonya, et al. v. Douglas C. Adams, et al., D. New Jersey, C.A. No. 86-4342
(B-248) William C. Scopetto, et al. v. John Peter Galanis, et al., D. New Jersey, C.A. No. 86-4243 (JFG)
(B-249) Craig S. Brown, et al. v. John Peter Galanis, et al., D. New Jersey, C.A. No. 87-0694
(B-250) Paul Rheingold, etc. v. John Peter Galanis, et al., D. New Jersey, C.A. No. 86-4534-JFG
(B-251) Syracuse Savings Bank v. Diane Friedman, D. New Jersey, C.A. No. 86-3889
(B-252) Syracuse Savings Bank v. Harry Schein, et al., D. New Jersey, C.A. No. 86-3895
(B-253) James Minardi v. John Peter Galanis, et al., D. New Jersey, C.A. No. 86-4418
(B-254) Jeffrey J. Milani v. John Peter Galanis, et al., D. New Jersey, C.A. No. 86-4419
(B-255) Martin Rothstein v. John Peter Galanis, et al., D. New Jersey, C.A. No. C-86-4780-JFG
(B-256) Anthony Nastasi, et al. v. John Peter Galanis, et al., D. New Jersey, C.A. No. 86-4987-JFG
(B-257) Jesse I. Haddock, et al. v. John Peter Galanis, et al., D. New Jersey, C.A. No. 86-4770-JFG
(B-258) Syracuse Savings Bank v. Charles Galiszewski, et al., D. New Jersey, C.A. No. 86-4035
(B-259) Syracuse Savings Bank v. Chitnis Sitaram, D. New Jersey, C.A. No. 86-3898
(B-260) Syracuse Savings Bank v. Larry Fauci, et al., D. New Jersey, C.A. No. 86-4034

(CONTINUED ON NEXT PAGE)

JPML FORM 1A

P-15

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 712 -- IN RE BOARDWALK MARKETPLACE SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/04/14 | | (CONTINUED FROM PREVIOUS PAGE) |
| | | (B-261) Syracuse Savings Bank v. Roy Baldomero, et al., D. New Jersey, C.A. No. 86-3896 |
| | | (B-262) Syracuse Savings Bank v. Daniel Iannascolio, D. New Jersey, C.A. No. 86-3891 |
| | | (B-263) Syracuse Savings Bank v. Anthony Kasday, et al., Nevada, C.A. No. 86-1127 (LDG) |
| | | (B-264) John R. Hansel, et al. v. Syracuse Savings Bank, N.D. Ohio, C.A. No. C-86-5048-A |
| | | (B-265) Mihir K. Datta, et al. v. John P. Galanis, et al., N.D. Ohio, C.A. No. C86-4743 |
| | | (B-266) Robert A. Baranek, et al. v. Syracuse Savings Bank, N.D. Ohio, C.A. No. C-86-5046-A |
| | | B-267) Raghvendra K. Tamasker, et al. v. John Peter Galanis, et al., N.D. Ohio, C.A. No. C-86-4533 |
| | | (B-268) Syracuse Savings Bank v. Jeffrey S. Chase, et al., E.D. Pennsylvania, C.A. No. 86-5836 |
| | | (B-269) Syracuse Savings Bank v. William G. Bracey, M.D. Pennsylvania, C.A. No. CV-86-1635 |
| | | (B-270) Syracuse Savings Bank v. Paruchri Krishnaiah,W.D. Pennsylvania, C.A. No. 86-2402 |
| | | (B-271) Syracuse Savings Bank v. Alfred King, E.D. Virginia, C.A. No. 86-0718-R |
| 87/04/23 | 52 | NOTICE OF OPPOSITION -- Filed by pltf. in B-266 Robert A. Baranek, et al. v. Syracuse Savings Bank, N.D. Ohio, C.A. No. C-86-5046-A -- w/cert. of svc. -- Notified involved counsel and judges (rh) |
| 87/04/28 | 53 | NOTICE OF OPPOSITION -- Filed by pltf. in B-247 Idatonye I. Afonya, et al. v. Douglas C. Adams, et al., D. New Jersey, C.A. No. 86-4342 (rh) |
| 87/04/28 | 54 | NOTICE OF OPPOSITION -- Filed by Deft. Tri-County Savings & Loan Association -- B-247 Idatonye I. Afonya, et al. v. Douglas C. Adams, et al., D. New Jersey, C.A. No. 86-4342 -- w/cert. of svc. (rh) |
| 87/04/28 | 55 | NOTICE OF OPPOSITION -- Filed by pltf. in B-264 John R. Hansel, et al. v. Syracuse Savings Bank, N.D. Ohio, C.A. No. C-86-5048-A -- w/cert. of svc. (rh) |
| 87/04/28 | 56 | LETTER -- Filed by Grant Thornton (signed by Herbert L. Zarov dated 4/23/87) -- withdrawing letter pldg. #40 -- w/cert. of svc. (rh) |

B.16.

DOCKET   NO.712

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| 87/04/29 | 57 | NOTICE OF OPPOSITION -- Filed by Deft. Grant Thornton -- B-247 Idatonye I. Afonya, et al. v. Douglas C. Adams, et al., D. New Jersey, C.A. No. 86-4342 (rh) |
| 87/04/29 | 58 | NOTICE OF OPPOSITION -- Filed by Deft. Syracuse Savings Bank -- B-247 Idatonye I. Afonya, et al. v. Douglas C. Adams, et al., D. New Jersey, C.A. No. 86-4342 (rh) |
| 87/04/29 | 59 | NOTICE OF OPPOSITION -- Filed by Defts. American Funding Limited, First American Services, Inc., Westmor Financial And William Dacey -- B-247 Idatonye I. Afonya, et al. v. Douglas C. Adams, et al., D. New Jersey, C.A. No. 86-4342 (rh) |
| 87/04/29 | 60 | NOTICE OF OPPOSITION -- Filed by Deft. Barclays American/Business Creidt, Inc. -- B-247 Idatonye I. Afonya, et al. v. Douglas C. Adams, et al., D. New Jersey, C.A. No. 86-4342 (rh) |
| 87/04/29 | 61 | NOTICE OF OPPOSITION -- Filed by pltf. David Beach, et al. (in A-1) -- B-247 Idatonye I. Afonya, et al. v. Douglas C. Adams, et al., D. New Jersey, C.A. No. 86-4342 (rh) |
| 87/04/29 | 62 | NOTICE OF OPPOSITION -- Filed by pltf. in B-261 Syracuse Savings Bank v. Roy Baldomero, et al., D. New Jersey, C.A. No. 86-3896 (rh) |
| 87/04/29 | 63 | NOTICE OF OPPOSITION -- Filed by Deft. Empire of America Federal Savings Bank -- B-247 Idatonye I. Afonya, et al. v. Douglas C. Adams, et al., D. New Jersey, C.A. No. 86-4342 (rh) |
| 87/04/29 | 64 | NOTICE OF OPPOSITION -- Filed by Deft. First Northern Cooperative Bank -- B-247 Idatonye I. Afonya, et al. v. Douglas C. Adams, et al., D. New Jersey, C.A. No. 86-4342 (rh) |
| 87/04/29 | 65 | NOTICE OF OPPOSITION -- Filed by Deft. Community Federal Savings & Loan Association -- B-247 Idatonye I. Afonya, et al. v. Douglas C. Adams, et al., D. New Jersey, C.A. No. 86-4342 (rh) |

'JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

712

| | |
|---|---|
| 87/04/30 | CONDITIONAL TRANSFER ORDERS FINAL TODAY in the following actions (B-227 THRU B-246, B-248 THRU B-260, B-262, B-263, 265, B-267 THRU B-271) -- Notified involved judges and clerks (rh) -- (B-227) Syracuse Savings Bank v. Vane E. Suter, et al. v. John Peter Galanis, et al., C.D. California, C.A. No. 86-6484-KN(Px) |

(B-228) Syracuse Savings Bank v. Gerald Margolis, et al. v. John Peter Galanis, et al., C.D. California, C.A. No. 86-6479-KN(Px)

(B-229) James W. Kelly, et al. v. John Peter Galanis, et al., C.D. California, C.A. No. 86-7305-CBM(Kx)

(B-230) Syracuse Savings Bank v. Aaron Feit, et al., C.D. California, C.A. No. 86-6333-CBM(Kx)

(B-231) Lewis C. Solmon, et al. v. John Peter Galanis, et al., C.D. California, C.A. No. 86-7236-JGD(Bx)

(B-232) Syracuse Savings Bank v. Paul Goldstein, et al., C.D. California, C.A. No. 86-6478-KN(Px)

(B-233) Syracuse Savings Bank v. Robert Boze, et al., C.D. California, C.A. No. 86-6650-CBM(KX)

(B-234) Syracuse Savings Bank v. Bhupal Kommineni, et al. v. John Peter Galanis, et al., C.D. California, C.A. No. 86-6105-CBM(Kx)

(B-235) Syracuse Savings Bank v. Christopher Cramer, et al., N.D. Illinois, C.A. No. 86-C-8427

(B-236) Syracuse Savings Bank v. Harold E. Wisted, N.D. Illinois, C.A. No. 86-C-8422

(B-237) Syracuse Savings Bank v. John R. Myers, et al., N.D. Illinois, C.A. No. 86-C-8786

(B-238) Syracuse Savings Bank v. David Duerson, et al., N.D. Illinois, C.A. No. 86-C-8430

(B-239) Syracuse Savings Bank v. Charles Levander, et al., N.D. Illinois, C.A. No. 86-C-8420

(B-240) Syracuse Savings Bank v. Isadore Sborofsky, D. Maryland, C.A. No. 86-3568  HAR

(B-241) Syracuse Savings Bank v. Shreepad R. Naik, E.D. Michigan, C.A. No. 86-CV7-4608 DT

(B-242) Syracuse Savings Bank v. Sam Ortisi, E.D. Michigan, C.A. No. 86-CV7-4609DT

(B-243) Syracuse Savings Bank v. Donmenic Tringale, et al., E.D. Michigan, C.A. No. 86-CV7-4610DT

(B-244) Syracuse Savings Bank v. Ahmad T. Hannan,, E.D. Michigan, C.A. No. 86-40514-FL

(B-245) Syracuse Savings Bank v. Penelope Chamis, M.D. North Carolina, C.A. No. C-86-931-WS

(B-246) Syracuse Savings Bank v. Michael Giglio, D. New Jersey, C.A. No. 86-4032

(CONTINUED ON NEXT PAGE)

JPML FORM 1A

B-18

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 712 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/04/30 | | (B-248) William C. Scopetto, et al. v. John Peter Galanis, et al., D. New Jersey, C.A. No. 86-4243 (JFG) |
| | | (B-249) Craig S. Brown, et al. v. John Peter Galanis, et al., D. New Jersey, C.A. No. 87-0694 |
| | | (B-250) Paul Rheingold, etc. v. John Peter Galanis, et al., D. New Jersey, C.A. No. 86-4534-JFG |
| | | (B-251) Syracuse Savings Bank v. Diane Friedman, D. New Jersey, C.A. No. 86-3889 |
| | | (B-252) Syracuse Savings Bank v. Harry Schein, et al., D. New Jersey, C.A. No. 86-3895 |
| | | (B-253) James Minardi v. John Peter Galanis, et al., D. New Jersey, C.A. No. 86-4418 |
| | | (B-254) Jeffrey J. Milani v. John Peter Galanis, et al., D. New Jersey, C.A. No. 86-4419 |
| | | (B-255) Martin Rothstein v. John Peter Galanis, et al., D. New Jersey, C.A. No. C-86-4780-JFG |
| | | (B-256) Anthony Nastasi, et al. v. John Peter Galanis, et al., D. New Jersey, C.A. No. 86-4987-JFG |
| | | (B-257) Jesse I. Haddock, et al. v. John Peter Galanis, et al., D. New Jersey, C.A. No. 86-4770-JFG |
| | | (B-258) Syracuse Savings Bank v. Charles Galiszewski, et al., D. New Jersey, C.A. No. 86-4035 |
| | | (B-259) Syracuse Savings Bank v. Chitnis Sitaram, D. New Jersey, C.A. No. 86-3898 |
| | | (B-260) Syracuse Savings Bank v. Larry Fauci, et al., D. New Jersey, C.A. No. 86-4034 |
| | | (B-262) Syracuse Savings Bank v. Daniel Iannascolio, D. New Jersey, C.A. No. 86-3891 |
| | | (B-263) Syracuse Savings Bank v. Anthony Kasday, et al., Nevada, C.A. No. 86-1127 (LDG) |
| | | (B-265) Mihir K. Datta, et al. v. John P. Galanis, et al., N.D. Ohio, C.A. No. C86-4743 |
| | | (B-267) Raghvendra K. Tamasker, et al. v. John Peter Galanis, et al., N.D. Ohio, C.A. No. C-86-4533 |
| | | (B-268) Syracuse Savings Bank v. Jeffrey S. Chase, et al., E.D. Pennsylvania, C.A. No. 86-5836 |
| | | (B-269) Syracuse Savings Bank v. William G. Bracey, M.D. Pennsylvania, C.A. No. CV-86-1635 |
| | | (B-270) Syracuse Savings Bank v. Paruchri Krishnaiah, W.D. Pennsylvania, C.A. No. 86-2402 |
| | | (B-271) Syracuse Savings Bank v. Alfred King, E.D. Virginia, C.A. No. 86-0718-R |

B. 19

JPML FORM 1A

DOCKET ... FILE

ON ... TRANSCRIPTION

DX ... 712

| | | |
|---|---|---|
| 87/04/30 | 66 | NOTICE OF OPPOSITION -- Filed by Deft. Jay Botchman -- B-247 --Idatonye I. Afonya, et al. v. Douglas C. Adams, et al., D. New Jersey, C.A. No. 86-4342  (rh) |
| 87/05/12 | 67 | REQUEST FOR EXTENSION OF TIME FOR FILING MOTION & BRIEF -- Deft. Grant Thornton  (re B-247 Afonya) -- Granted to and including May 28, 1987.   (paa) |
| 87/05/12 | 68 | MOTION & BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Pltfs. (re B-266) Robert A. Baranek, et al. v. Syracuse Savings Bank, N.D. Ohio, C.A. No. C-86-5046-A  -- W/cert. of svc. (paa) |
| 87/05/13 | 69 | MOTION & BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Deft. Tri-County Savings & Loan Association (re B-247 Afonya) -- W/Exhibits and Cert. of Svc.  (paa) |
| 87/05/13 | 70 | MOTION & BRIEF TO VACATE CONDITONAL TRANSFER ORDER -- Pltf. (B-264) John R. Hansel, et al. v. Syracuse Savings Bank, N.D. Ohio, C.A. No. C-86-5048-A -- W/Schedule & Cert. of Svc. (paa) |
| 87/05/14 | 71 | MOTION & BRIEF TO VACATE CONDITIONNAL TRANSFER ORDER -- Plaintiffs Idatonye I. Afonya, M.D., et al.(re B-247) -- W/Cert. of Svc.  (paa) |
| 87/05/14 | 72 | MOTION & BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (re B-247 Afonya)  Deft.Empire of America Federal Savings Bank -- W/Cert. of Svc.  (paa) |
| 87/05/14 | 73 | MOTION & BRIEF TO VACATE CONDITONAL TRANSFER ORDER -- (re B-247 Afonya) Defts. American Funding Limited, First American Services, Inc., Westmor Financial, and William Dacey -- W/Cert. of Svc.  (paa) |
| 87/05/14 | 74 | MOTION & BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (Re B-247 Afonya)  Syracuse Savings Bank -- W/Cert. of Svc. (paa) |
| 87/05/14 | 75 | MOTION & BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Plaintiff in B-261 Syracuse Savings Bank v. Roy Baldomero, et al. D. New Jersey, C.A. No. 86-3896 -- W/Cert. of Svc.  (paa) |
| 87/05/15 | 76 | MOTION & BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (re B-247 Afonya)  BarclaysAmerican/Business Credit, Inc. -- W/Cert. of Svc.  (tmq) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 712 -- In re ~~Syracuse Savings Bank~~ Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/05/15 | 77 | MOTION & BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (re B-247 _Afonya_) -- deft. Community Federal Savings and Loan Association -- w/Exhibits A-D and cert. of service  (cds) |
| 87/05/19 | 78 | MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (re B-247 **Afonya**) Defendant Jay Botchman -- W/Cert. of Svc. (paa) |
| 87/05/26 | 79 | RESPONSE -- (to pldg. #68) Filed by Syracuse Savings Bank -- w/cert. of svc. (rh) |
| 87/05/28 | 80 | MOTION & BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (re B-247 **Idatonye I. Afonya**) -- Deft. Grant Thornton -- W/Exhibit A and Cert. of Svc.  (paa) |
| 87/05/28 | 81 | RESPONSE to pldg. #70 -- Syracuse Savings Bank -- W/Exhibit A and Cert. of Svc.  (paa) |
| 87/06/02 | | CONDITIONAL TRANSFER ORDERS FILED TODAY (40 ACTIONS) -- (B-272) Ann K. Gromatsky, et al. v. Syracuse, etc., et al., N.Y.,E., #CV-86-3954;  (B-273) Syracuse, etc. v. Bashir Azher, et al. v. Nashua Trust Company, et al., Ariz., #CIV-86-1793-PCT-CAM;  (B-274) Syracuse, etc. v. Jeffrey M. Seretan, Cal.,C., #CV86-6481-KN (Px);  (B-275) Syracuse, etc. v. Rick Polisky, et al., Cal.,C., #CV86-6482-CBM (Gx); (B-276) Syracuse, etc. v. Sultan Allaudin, et al., Cal.,C., #CV86-6640-CBM (Kx);  (B-277) Syracuse, etc. v. James Sheehan, et al., Cal.,C., #CV86-6642-CBM (Kx);  (B-278) Syracuse, etc. v. Jaishankar N. Kenchetty, Cal.,C., #CV86-7358-FW;  (B-279) Syracuse, etc. v. Loren T. Loppnow , Cal.,C., #CV86-7359-CBM (Kx);  (B-280) Syracuse, etc. v. Frank A. Petrilli, et al., Cal.,C., #CV86-7360-CBM (Kx); (B-281) Syracuse, etc. v. Iftikhar Ali Khan, et al., Cal.,C., #CV86-7364-CBM (Kx);  (B-282) Syracuse, etc. v. Mohan W. Bhasker, Cal.,C., #CV86-7388-KN (Kx);  (B-283) Syracuse, etc. v. Margaret A. Loesch, Cal.,C., #CV86-7403-CBM (Kx);  (B-284) Syracuse, etc. v. James A. Banker, Cal.,C., #CV86-7404-CBM (Kx);  (B-285) Syracuse, etc. v. Jack G. Weinstock, Cal.,C., #CV86-7663-CBM (Kx);  (B-286) Syracuse, etc. v. Albert Stassis, Cal.,C., #CV86-7670-CBM (Kx);  (B-287) Joseph N. Shehab, et al. v. John Peter Galanis, et al., Cal.,C., #CV87-1920-CBM (Kx);  (B-288) Syracuse, etc. v. Stanton Aron, Ill.,N., #86-C-8421;  (B-289) Syracuse, etc. v. Leon Shlofrock, et al., Ill.,N., #86-C-8678;  (B-290) Syracuse, etc. v. Christopher R. Cline, et al., Ill.,N., #86-C-9614; (B-291) Syracuse, etc. v. Syed Arif Ahmed, Mich.,E., #86-CV-30145-PH;  (B-292) Syracuse, etc. v. Christopher Easley, Nev., #CV-S-86-1124-RDF;  (B-293) Syracuse, etc. v. Peter Licata, et al., Nev., #CV-S-86-1125-LDG;  (B-294) |

Continued on page 21

PML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

712 -- In re Boardwalk Marketplace Securities Litigaton

| | | |
|---|---|---|
| 87/06/02 | | Continued -- (B-287) Joseph N. Shehab, et al. v. John Peter Galanis, et al., Cal.,C., #CV87-1920-CBM (Kx); (B-288) Syracuse, etc. v. Stanton Aron, Ill.,N., #86-C-8421; (B-289) Syracuse, etc. v. Leon Shlofrock, et al., Ill.,N., #86-C-8678; (B-290) Syracuse, etc. v. Christopher R. Cline, et al., Ill.,N., #86-C-9614; (B-291) Syracuse, etc. v. Syed Arif Ahmed, Mich.,E., #86-CV-30145-PH; (B-292) Syracuse, etc. v. Christopher Easley, Nev., #CV-S-86-1124-RDF; (B-293) Syracuse, etc. v. Peter Licata, et al., Nev., #CV-S-86-1125-LDG; (B-294) Syracuse, etc. v. Richard Secchiaroli, Nev., #CV-S-86-1126-HDM; (B-295) Syracuse, etc. v. Frank Porcaro, et al. , N.J., #86-3539 (SSB); (B-296) Syracuse, etc. v. Ralph Cicero, N.J., #86-3892 (HAA); (B-297) Syracuse, etc. v. Steven G. Siegel, N.J., #86-3893 (JWB); (B-298) Syracuse, etc. v. John Brescher, et al., N.J., #86-3961 (REC); (B-299) Syracuse, etc. v. William Wingard, et al., N.J., #86-3962 (GEB); (B-300) Syracuse, etc. v. Elliott D. Wexler, et al., N.J., #86-4834 (HLS); (B-301) Syracuse, etc. v. Cedric D. Jones, et al., N.C.,E., #86-56-CIV-2; (B-302) Syracuse, etc. v. Bhaguan R. Malladi, et al., Tex.,E., #L-86-168-CA; (B-303) Syracuse, etc. v. Ravinder Bachireddy, et al., Tex.,E., #L-86-169-CA; (B-304) Syracuse, etc. v. Allen Christopherson, et al., Tex.,N., #CA-4-86-898-K; (B-305) Syracuse, etc. v. John C. Cooper, et al., Tex.,N., #CA-4-86-899-E; (B-306) Syracuse, etc. v. John Sharpe, et al., Tex.,S., #H-86-4140; (B-307) Syracuse, etc. v. Sudhir J. Kapadia, et al., Tex.,S., #H-86-4141; (B-308) Syracuse, etc. v. Cecil Cooper, et al., Tex.,S., #H-86-4142; (B-309) Syracuse, etc. v. Laurance Hamner, et al., Va.,E., #CA-86-0724-R; (B-310) Syracuse, etc. v. Zane Davis, et al., Va.,E., #CA-86-0725-R; (B-311) Syracuse, etc. v. John K. Miller, et al., Wash.,W., #C86-890-TB -- Notified involved judges and counsel  (cds) |
| 87/06/02 | 82 | REPLY(to pldg. #81) -- Pltf. Hanson -- w/cert. of svc. (tmq) |
| 87/06/15 | 83 | NOTICE OF OPPOSTION -- Filed by Laurance and Dorothea Hamner in B-309 -- Notified involved counsel and judges. (tmq) |
| 87/06/16 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-312 Syracuse Savings Bank v. Malladi Reddy, et al., E.D. California, C.A. No. CV-F-86-581-REC; B-313 Syracuse Savings Bank v. W. James Dobson, E.D. California, C.A. No. CIV-S-86-1321-LKK-JFM; B-314 Syracuse Savings Bank v. Frank Del Negro, D. New Jersey, C.A. No. 86-3598 (JWB); B-315 Syracuse Savings Bank v. Morton Kantrowitz, et al., New Jersey, C.A. No. 86-4033; B-316 Syracuse Savings Bank v. Joseph A. Ginarte, et al., D. New Jersey, C.A. No. 86-4730 (AJL) and B-317 Baruch Coleman v. Bernard J. Pitkoff, et al., S.D. New York, C.A. No. 86-CIV-8336 -- Notified involved counsel and judges (rh) |

JPML FORM 1A

22

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ --  _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/06/16 | 84 | NOTICE OF OPPOSITION -- Dr. Bashir Azher and Mrs. Rubina Azher (re: B-273) -- Notified involved counsel and judges.p (tmq) |
| 87/06/18 | | 36 |
| | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (~~40~~ ACTIONS) -- (B-272) Ann K. Gromatsky, et al. v. Syracuse, etc., et al., N.Y.,E., #CV-86-3954; (B-274) Syracuse, etc. v. Jeffrey M. Seretan, Cal.,C., #CV86-6481-KN (Px); (B-275) Syracuse, etc. v. Rick Polisky, et al., Cal.,C., #CV86-6482-CBM (Gx); (B-276) Syracuse, etc. v. Sultan Allaudin, et al., Cal.,C., #CV86-6640-CBM (Kx); (B-277) Syracuse, etc. v. James Sheehan, et al., Cal.,C., #CV86-6642-CBM (Kx); (B-278) Syracuse, etc. v. Jaishankar N. Kenchetty, Cal.,C., #CV86-7358-FW; (B-279) Syracuse, etc. v. Loren T. Loppnow , Cal.,C., #CV86-7359-CBM (Kx); (B-280) Syracuse, etc. v. Frank A. Petrilli, et al., Cal.,C., #CV86-7360-CBM (Kx); (B-281) Syracuse, etc. v. Iftikhar Ali Khan, et al., Cal.,C., #CV86-7364-CBM (Kx); (B-282) Syracuse, etc. v. Mohan W. Bhasker, Cal.,C., #CV86-7388-KN (Kx); (B-283) Syracuse, etc. v. Margaret A. Loesch, Cal.,C., #CV86-7403-CBM (Kx); (B-284) Syracuse, etc. v. James A. Banker, Cal.,C., #CV86-7404-CBM (Kx); (B-285) Syracuse, etc. v. Jack G. Weinstock, Cal.,C., #CV86-7663-CBM (Kx); (B-286) Syracuse, etc. v. Albert Stassis, Cal.,C., #CV86-7670-CBM (Kx); (B-287) Joseph N. Shehab, et al. v. John Peter Galanis, et al., Cal.,C., #CV87-1920-CBM (Kx); (B-288) Syracuse, etc. v. Stanton Aron, Ill.,N., #86-C-8421; (B-289) Syracuse, etc. v. Leon Shlofrock, et al., Ill.,N., #86-C-8678; (B-290) Syracuse, etc. v. Christopher R. Cline, et al., Ill.,N., #86-C-9614; (B-291) Syracuse, etc. v. Syed Arif Ahmed, Mich.,E., #86-CV-30145-PH; (B-292) Syracuse, etc. v. Christopher Easley, Nev., #CV-S-86-1124-RDF; (B-293) Syracuse, etc. v. Peter Licata, et al., Nev., #CV-S-86-1125-LDG; (B-294) Syracuse, etc. v. Richard Secchiaroli, Nev., #CV-S-86-1126-HDM; (B-295) Syracuse, etc. v. Frank Porcaro, et al. , N.J., #86-3539 (SSB); (B-296) Syracuse, etc. v. Ralph Cicero, N.J., #86-3892 (HAA); (B-297) Syracuse, etc. v. Steven G. Siegel, N.J., #86-3893 (JWB); (B-298) Syracuse, etc. v. John Brescher, et al., N.J., #86-3961 (REC); (B-299) <div align="center">Continued on page 23</div> |

23

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 712 -- In re Boardwalk Marketplace Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/06/18 | | Continued -- Syracuse, etc. v. William Wingard, et al., N.J., #86-3962 (GEB); **(B-300)** Syracuse, etc. v. Elliott D. Wexler, et al., N.J., #86-4834 (HLS); **(B-301)** Syracuse, etc. v. Cedric D. Jones, et al., N.C.,E., #86-56-CIV-2; **(B-302)** Syracuse, etc. v. Bhaguan R. Malladi, et al., Tex.,E., #L-86-168-CA; **(B-303)** Syracuse, etc. v. Ravinder Bachireddy, et al., Tex.,E., #L-86-169-CA; **(B-306)** Syracuse, etc. v. John Sharpe, et al., Tex.,S., #H-86-4140; **(B-307)** Syracuse, etc. v. Sudhir J. Kapadia, et al., Tex.,S., #H-86-4141; **(B-308)** Syracuse, etc. v. Cecil Cooper, et al., Tex.,S., #H-86-4142; **(B-309)** Syracuse, etc. v. Laurance Hamner, et al., Va.,E., #CA-86-0724-R; **(B-310)** Syracuse, etc. v. Zane Davis, et al., Va.,E., #CA-86-0725-R; **(B-311)** Syracuse, etc. v. John K. Miller, et al., Wash.,W., #C86-890-TB -- Notified involved judges and clerks. (tmq) |
| 87/06/19 | | HEARING ORDER -- Setting Oppositions of defendants in B-247 Afonya; B-264 John R. Hansel (plaintiffs); B-266 Robert A. Baranek; and B-261 defendant Roy Baldomero -- Boston, Mass. July 23, 1987, Notified counsel, involved judges and clerks. (rew) |
| 87/06/19 | 85 | NOTICE OF OPPOSITION -- Allen Christopherson, et al. (B-30) and John C. Cooper, et al. (B-305) -- Notified involved counsel and judges. (tmq) |
| 87/06/25 | 86 | STIPULATION OF DISMISSAL (from D. New Jersey) -- (B-261) Syracuse v. Roy Baldomero, et al., D. New Jersey, C.A. No. 86-3896 -- signed by J. Lechner (cds) |
| 87/06/25 | | ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING HEARING -- (B-261) Syracuse v. Roy Baldomero, et al., D. New Jersey, C.A. No. 86-3896 -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |
| 87/06/29 | 87 | MOTION & BRIEF TO VACATE CONDITIONAL TRANSFER ORDER (re: B-309 Hamner)(pldg.#83) -- w/cert. of svc. (tmq) |
| 87/06/30 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-318 & B-319 -- B-318 Syracuse Savings Bank v. Michael Witt, et al., C.D. California, C.A. No. 86-7672 (CBM) (Kx); B-319 Syracuse Savings Bank v. Boyd Browne, et al., N.D. Illinois, C.A. No. 86-C-8423 -- NOTIFIED INVOLVED JUDGES & COUNSEL -- (paa) |

JPML FORM 1A

*p. 24*

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 712 --

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/06/30 | 88 | REQUEST FOR EXTENSION OF TIME -- Baruch Coleman (B-317) -- Granted To and Including July 22, 1987 for Motion and Brief. (tmq) |
| 87/06/30 | 89 | NOTICE OF OPPOSITION -- Filed by pltf. Baruch Coleman v. Bernard J. Pitkoff, et al., S.D. N.Y. C.A. No. 86 Civ 8336 -- w/cert. of svc. (tmq) |
| 87/07/02 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (5 actions) -- B-312 Syracuse v. Malladi Reddy, et al., E.D. Cal., #CV-F-86-581-REC; B-313 Syracuse v. James Dobson, E.D. Cal., #CIV-S-86-1321-LKK-JFM; B-314 Syracuse v. Frank Del Negro, D. N.J., #86-3598 (JWB); B-315 Syracuse v. Morton Kantrowitz, et al., D. N.J., #86-4033; B-316 Syracuse v. Joseph A. Ginarte, et al., D. N.J., #86-4730 (AJL) -- Notified involved judges and clerks (cds) |
| 87/07/08 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- B-273 Syracuse Savings Bank v. Bashir Azher, et al. v. Nashua Trust Company, et al., D. Arizona, C.A. No. Civ-86-1793-PCT-CAM -- NOTIFIED INVOLVED JUDGES, CLERKS & COUNSEL. (paa) |
| 87/07/10 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-320 Syracuse Savings Bank v. Seshaiah Chittivelu, C.D. Cal., C.A. No. CV86-6548 ER (JRx); C-321 Syracuse Savings Bank v. Neil Stefanides, et al., C.D. Cal., C.A. No. 86-6639 CBM (Kx); C-322 Syracuse Savings Bank v. Paul Nicholson, C.D. Cal., C.A. No. 86-6643 CBM (Kx) and C-323 Syracuse Savings Bank v. Mohammed S. Musvee, et al., C.D. Cal., C.A. No. 86-7379 CBM (Kx) -- Notified involved counsel and judges (rh) |
| 87/07/15 | 90 | RESPONSE (to pldg. #87) -- deft. Syracuse Savings Bank (now know as Norstar Bank of Central NY) -- w/Exhibits A and B and cert. of service (cds) |
| 87/07/16 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-318 Syracuse v. Michael Witt, et al., C.D. Cal., #86-7672 CBM(Kx); and B-319 Syracuse v. Boyd Browne, et al., N.D. Ill., #86-C-8423 -- Notified involved judges and clerks (cds) |
| 87/07/20 | 91 | REQUEST FOR EXTENSION OF TIME FOR FILING MOTION & BRIEF (re pldg. #89) -- pltf. Baruch Coleman -- GRANTED TO & INCLUDING JULY 24, 1987 -- Notified involved counsel (cds) |

p. 25

712          In re Boardwalk Marketplace Securities Litigation
712          In re Boardwalk Marketplace Securities Litigation

| | | |
|---|---|---|
| 87/07/22 | | HEARING APPEARANCES FOR 7/23/87 HEARING:  STANLEY J. PARZEN, ESQ. for Grant Thornton; DAVID G. HETZEL, ESQ. for BarclaysAmerican/Business Credit, Inc.; EDWARD F. MANNINO, ESQ. for Tri-County Savings & Loan Association; ROBERT B. FISKE, JR., ESQ. for Empire of America Federal Savings Bank; WILLIAM R. THOMPSON, ESQ. for Syracuse Savings Bank. (tmq) |
| 87/07/22 | | WAIVERS OF ORAL ARGUMENT FOR 7/23/87 HEARING:  Jeremy D. Van Ness, Steven G. Polard, P.C.; Jay Botchman; Robert A. Baranek, et al.; American Funding Limited, First American Services, Inc., Westmor Financial; Community Federal Savings & Loan Association; Gary Meyers, Esq.; First Northern Cooperative Bank; Arthur D. Mason. (tmq) |
| 87/07/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-324 Syracuse Savings Bank v. George Barnitt, et al., C.D. California, C.A. No. CV86-6552 KN (BX) -- Notified involved counsel and Judges. (paa) |
| 87/07/23 | 92 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER, W/EXHIBITS A AND B, MEMORANDUM AND AFFIRMATION -- pltf. in B-317 Baruch Coleman v. Bernard J. Pitkoff, et al., S.D. New York, C.A. No. 86-CIV-8336 -- w/cert. of service  (cds) |
| 87/07/30 | | HEARING ORDER -- setting oppositions of defendant (B-317) Baruch Coleman v. Bernard J. Pitkoff, et al., S.D. Texas, C.A. No. 86-Civ-8336; plaintiff (B-304) Syracuse Savings Bank v. Allen Christopherson, et al., N.D. Texas, C.A. No. CA-4-86-898-K; plaintiff (B-305) Syracuse Savings Bank v. John C. Cooper, et al., N.D. Texas, C.A. No. CA-4-86-899-E; and plaintiff (B-309) Syracuse Savings Bank v. Laurance Hamner, et al., E.D. Virginia, C.A. No. CA-86-0724-R for hearing on September 16, 1987, in Philadelphia, Pa. -- Notified counsel, clerks and involved judges rew |
| 87/08/03 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-321 Syracuse v. Neil Stefanides, et al., C.D. California, #86-6639 CBM (Kx); C-322 Syracuse v. Paul Nicholson, C.D. California, #86-6643 CBM (Kx); C-323 Syracuse v. Mohommed S. Musvee, et al., C.D. California, #86-7379 CBM (Kx) -- Notified involved judges and clerks  (cds) |
| 87/08/03 | 93 | NOTICE OF DISMISSAL BY PLAINTIFF (Re C-320) -- filed in C.D. California on Feb. 23, 1987  (cds) |
| 87/08/03 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- (C-320) Syracuse v. Seshaiah Chittivelu, C.D. California, #CV86-6548 ER (JRx) -- Notified involved Judges, Clerks and counsel  (cds) |



JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/08/06 | 94 | RESPONSE -- (to pldg. #92) Filed by Deft. Public Loan Co., Inc. -- w/cert. of svc. (rh) |
| 87/08/07 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-324 Syracuse Savings Bank v. George Barnitt, et al., C.D. California, C.A. No. CV-86-6552 KN (Bx) -- NOTIFIED INVOLVED CLERKS and JUDGES -- (paa) |
| 87/08/07 | | ORDER VACATING HEARING ORDER AND LIFTING STAY OF CONDITIONAL TRANSFER ORDERS -- B-304 Syracuse Savings Bank v. Allen Christopherson, et al., N.D. Texas, C.A. No. CA-4-86-899-E; B-305 Syracuse Savings Bank v. John C. Cooper, et al., N.D. Texas, C.A. No. CA-4-86-899-E -- NOTIFIED INVOLVED CLERKS, JUDGES & COUNSEL -- (paa) |
| 87/08/10 | | ORDER -- Transferring B-264 John R. Hansel, et al. v. Syracuse Savings Bank, N.D. Ohio, C.A. No. 86-5048-A; B-266 Robert A. Baranek, et al. v. Syracuse Savings Bank, N.D. Ohio, C.A. No. C-86-5046-A; Denying B-247 Idatonye I. Afonya, et al. v. Douglas c. Adams, et al., D. New Jersey, C.A. No. 86-4342 -- Notified involved counsel, clerks and judges. (tmq) |
| 87/08/31 | 95 | LETTER/W STIPULATION -- Filed by pltf. Baruch Coleman -- Re: B-317 Baruch Coleman v. Bernard J. Pitkoff, et al. -- w/cert. of svc. (rh) |
| 87/09/16 | | HEARING APPEARANCES:  WILLIAM THOMPSON, ESQ. FOR Syracuse Savings Bank  (cds) |
| 87/09/16 | | WAIVERS OF ORAL ARGUMENT:  Lawrence Hamner; ptf. Coalman; Public Loan Co.  (cds) |
| 87/09/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-326 Vincent Lanteri, M.D. v. Agulnick & Company, et al. v. Binghamton Savings Bank, et al., D. New Jersey, C.A. No. 86-4544 -- Notified involved counsel and judges (rh) |
| 87/09/28 | | ORDER* -- Transferring B-309 Syracuse Savings Bank v. Laurence Hamner, et al., E.D. Virginia, C.A. No. 86-0724-R to the D. Connecticut and remanding first eleven claims to S.D. Texas, B-317 Baruch Coleman v. Bernard J. Pitkoff, et al., S.D. Texas, C.A. No. 86-Civ-8336 transfer to D. Connecticut -- Notified judges, clerks and counsel. (tmq) |

JPML FORM 'lA

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 712 __ IN RE BOARDWALK MARKETPLACE SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/09/28 | | ORDER -- Transferring B-309 Syracuse Savings Bank v. Laurence Hamner, et al., E.D. Virginia, C.A. No. 86-0724-R to the D. Connecticut; and transferring B-317 Baruch Coleman v. Bernard J. Pitkoff, et al., S.D. New York, C.A. No. 86-Civ-8336 to D. Connecticut and remanding the twelfth through twenty-third causes of action to S.D. New York -- Notified judges, clerks and counsel (tmq) |
| 87/10/02 | | CORRECTION ORDER -- correcting September 28, 1987 Order by deleting reference to "S.D. Texas" and inserting "S.D. New York" -- notified involved counsel, clerks, and judges by sending Correction Order and CORRECTED copy of September 28, 1987 order  (cds) |
| 87/10/05 | | SECOND CORRECTION ORDER -- correcting September 28, 1987 Order, as corrected October 2, 1987, with reference to causes of action to be remanded -- should read "twelfth through twenty-third causes of action" -- notified involved counsel, clerks and judges by sending Second Correction Order and SECOND CORRECTED ORDER (filed stamped September 28, 1987 (cds) |
| 87/10/08 | 96 | NOTICE OF OPPOSITION FILED TODAY -- Filed by plaintiff in C-326 Vincent Lanteri, M.D. v. Agulnick & Company, et al. v. Binghampton Savings Bank, et al., D. New Jersey, C.A. No. 86-4544 -- w/cert. of svc. (tmq) |
| 87/10/14 | 97 | REQUEST FOR EXTENSION OF TIME FOR FILING MOTION & BRIEF (re: pldg.96) -- Plaintiff Vincent Lanteri -- GRANTED To and Including 11/9/87 for Filing of Motion -- Notified involved counsel. (tmq) |
| 87/10/19 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-327 Syracuse Savings Bank v. Douglas E. Fleit, E.D. Virginia, C.A. No. 86-1335-A -- Notified involved counsel and judges (rh) |
| 87/11/04 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-327 Syracuse Savings Bank v. Douglas E. Fleit, E.D. Virginia, C.A. No. 86-1335-A -- Notified involved judges and clerks  (cds) |
| 87/11/09 | 98 | MOTION/BRIEF TO PARTIALLY VACATE CONDTIONAL TRANSFER ORDER -- C-326 Vincent Lanteri, M.D. v. Agulnick & Company, et al., D. New Jersey, C.A. No. 86-4544 -- w/Exhibits A & B and cert. of svc. ( paa) |

JPML FORM 1A

P-28

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 712 -- ___IN RE BOARDWALK MARKETPLACE SECURITIES LITIGATION___

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/11/16 | 99 | RESPONSE (to pldg. #98) -- third party deft. Binghamton Savings Bank -- w/cert. of service  (cds) |
| 87/12/14 | | HEARING ORDER -- Setting motion to transfer C-326 for Panel hearing in Ft. Lauderdale, Florida, on January 28, 1988. (tmq) |
| 87/12/21 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-325 Syracuse Savings Bank v. Thomas E. Seidel, et al.  v. Timothy Hopkins, et al., S.D. California, C.A. No. 86-2109-E (IEG) -- Notified involved judges and counsel  (cds) |
| 88/01/06 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- Syracuse Savings Bank v. Thomas S. Seidel, et al. v. Timothy Hopkins, et al., S.D. California, CA. No. 86-209-E- (IEG) -- NOTIFIED INVOLVED JUDGES & CLERKS.  (paa) |
| 88/01/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-329 Syracuse Saings Bank v. Mosiula F. Tatupu, et al., S.D. California, C.A. No. 86-2108 E (IEG) -- Notified involved counsel and judge. (tmq) |
| 88/01/12 | 100 | LETTER -- Counsel for Binghamton Savings Bank -- re:  C-326 Vincent Lanteri action recent developments.  (paa) |
| 88/01/27 | 101 | ORDER OF DISMISSAL OF C-326 -- Sign by Judge Dickinson R. Debevoise in the District of New Jersey (rh) |
| 88/01/27 | | ORDER VACATING CONDITIONAL TRANSFER ORDER AND JANUARY 28, 1988 HEARING -- C-326 Vincent Lanteri, M.D. v. Agulnick & Company, et al. v. Binghampton Savings Bank, et al., D. New Jersey, C.A. No. 86-4544 -- Notified involved judges, clerks and counsel (rh) |
| 88/01/27 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-329 Syracuse Savings Bank v. Mosiula F. Tatupu, et al., S.D. California, C.A. No. 86-2108-E (IEG) -- Notified involved judges and clerks  (cds) |

P. 2

9 /02/16   102   MOTION, BRIEF, SCHEDULE (D-337) -- for transfer of D-337
National Union Fiore Ins. Co. of Pittsburgh, Pa. v. Mason,
Perrin & Kanovsky, D.D.C., C.A. No. 89-CV-2196 -- filed by
Investors' Executive Committee -- w/cert. of service  (cds)

90/02/28   103   REQUEST FOR EXTENSION OF TIME -- submitted by Stephen P.
Hoffman on behalf of all parties -- GRANTED TO ALL PARTIES
FOR RESPONSES TO AND INCLUDING MARCH 15, 1990, AND FOR
REPLIES TO AND INCLUDING MARCH 23, 1990 -- Notified involved
counsel  (cds)

90/03/15   104   REQUEST FOR EXTENSION OF TIME TO RESPONSE TO PLDG. #102 --
filed by deft. James F. McConnell, Jr. w/cert. of svc. --
**EXTENSION OF TIME GRANTED FOR RESPONSE TO 3/23/90 AND REPLIES
TO 3/30/90** -- Notified involved counsel  (ds)

90/03/23   105   RESPONSE (to pldg. #102) -- deft. Home Bank and Trust Company
n/k/a Connecticut National Bank (Home) w/cert. of svc.  (ds)

90/03/26   106   RESPONSE (to pldg. #102) -- defts. Mason Perrin and Arthur
Mason, Richard P. Perrin, pro se, Helen R. Kanovsky, pro se
and James F. McConnell, Jr. w/cert. of svc.  (ds)

90/03/28   107   AFFICAVIT AND INDICTMENT -- filed by National Union Fire
Insurance of Pittsburgh, Pa.  w/cert. of svc.  (ds)

90/03/28   108   REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- Investors'
Executive Committee w/cert. of svc.  -- EXTENSION OF TIME FOR
REPLY GRANTED TO AND INCLUDING APRIL 6, 1990 -- Notified
invovled counsel  (ds)

90/03/30   109   RESPONSE (to pldg. #102) -- filed by defts. Steven G. Polard,
P.C. and Jeremy VanNess -- w/cert. of service  (cds)

90/04/06   110   REPLY -- Investors' Executive Committee -- w/cert. of svc.
(received 4/6/90)  (rh)

90/04/09         HEARING ORDER -- setting motion to transfer D-337 National
Union Fire Ins. Co. of Pittsburgh, Pa. v. Mason, Perrin &
Kanovsky, D.D.C., #89-CV-2196 for Panel Hearing in Sioux
Falls, South Dakota on May 31, 1990 -- notified involved
judges, clerks and counsel (cds)

90/04/09   111   RESPONSE (to pldg. #102) -- defts. Joel P. Arndt, Esq.,
Donald Burnsic, Esq., P.C., Dean Friedman, Esq., P.C.,
Raymond Gustini, Esq., Verlyn Jensen, Esq., Andrew Katz,
Esq., Ernest Leff, Esq., P.C., John Minor, Esq., Jerry
Patterson, Esq., Samuel Rees, P.C., Berne Rolston, Esq.,
P.C., Gregory Sanders, Esq. and Robert Thornton, Esq., P.C.
-- w/cert. of service  (cds)

JPML FORM 1A

*p. 30*

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 90/05/30 | | HEARING APPEARANCES -- STEPHEN P. HOFFMAN, ESQ. for Plaintiff Investors; MYLES J. AMBROSE, ESQ. or NORMAN B. ARNOFF, ESQ. for National Union Fire Insurance Company of Pittsburgh, Pa. (ds) |
| 90/05/30 | | WAIVERS OF ORAL ARGUMENT for 5/31/90 -- Binghamton Savings Bank; Steven G. Polard, P.C. and Jeremy VanNess; Helen Kanovsky, Pro se; Grant Thornton; Jay L. Botchman; Richard Young; Home Bank & Trust Co. n/k/a Connecticut National Bank; Columbia Federal Savings Bank  (ds) |
| 90/06/07 | | ORDER DENYING TRANSFER -- D-337 National Union Fire Insurance Company of Pittsburgh, Pa. v. Mason, Perrin & Kanovsky, et al., D. District of Columbia, C.A. No. 89-CV-2196 -- Notified involved counsel, judges and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. _712_ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:   IN RE BOARDWALK MARKETPLACE SECURITIES LITIGATION

| SUMMARY OF LITIGATION | | | | | | |
|---|---|---|---|---|---|---|
| Hearing Dates | Orders | | | Transferee | | |
| January 29, 1987 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 18, 1987 | TO | Unpublished | D. Connecticut **205** | Hon. Warren W. Eginton | |

**Special Transferee Information**

DATE CLOSED: _7/28/94_

LISTING OF INVOLVED ACTIONS

D. Connecticut
Hon Warren W. Eginton

DOCKET NO.            In re Boardwalk Marketplace Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | David Beach, et al. v. John Peter Galanis, et al. | Conn. Eginton | B-86-353(WWE) | | | | |
| A-2 | Steven Seidman, et al. v. John Peter Galanis, et al. | Conn. Eginton | B-86-363(WWE) | | | | |
| A-3 | Richard Saunders v. John Peter Galanis, et al. | Conn. Cabranes | B-86-369(JAC) | | | | |
| A-4 | Robert N. Bowker, et al. v. John Peter Galanis, et al. | Conn. Eginton | B-86-394(WWE) | | | | |
| A-5 | Brij Mohan, et al. v. John Peter Galanis, et al. | Conn. Burns | B-86-395(EBB) | | | | |
| A-6 | Donald Rice, et al. v. John Peter Galanis, et al. | Conn. | 86-461(TFGD) | | | | |
| A-7 | Joseph L. Augeri, et al. v. John Peter Galanis, et al. | N.Y.,S. Owen | 86 Civ 6937 | 2-18-87 | B87-308 | | |
| A-8 | Pravin J. Doshi, et al. v. John Peter Galanis, et al. | N.Y.,S. Owen | 86 Civ 7168 | 2-18-87 | B87-007 | | |
| A-9 | Wijayan Ranathicam, et al. v. John Peter Galanis, et al. | N.Y.,S. Owen | 86 Civ 7698 | 2-18-87 | B87-306 | | |
| A-10 | Jerome Krevolin, etc. v. John Peter Galanis, et al. | N.J. Gerry | 86-3022(JHR) | 2-18-87 | B87-157 | | |
| A-11 | Joseph G. Constabile, et al. v. John Peter Galanis, et al. | N.J. | 86-3178(JFG) | 2-18-87 | B87-159 | | |
| A-12 | Enzo Fusaro, et al. v. John Peter Galanis, et al. | N.J. | 86-3915(JFG) | 2-18-87 | B87-158 | | |

JPML FORM 1 -- Continuation

Listing of Involved Actions -- p. 2

DOCKET NO. 712 -- In re Boardwalk Marketplace Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | William A. Vitiello v. BarclaysAmerican/Business Credit, Inc. | N.Y.,E. Dearie | 86 CIV 2761(RJD) | 2-18-87 | B87-174 WWE | | |
| A-14 | Gus Leontarakis, et al. v. John Peter Galanis, et al. | N.J. Gerry | 86-3434(JFG) | 2-18-87 | B87-156 | | |
| A-15 | BarclaysAmerican/Business Credit, Inc. v. Mir Arif Ali | Conn. Cabranes | H-86-959(JAC) | | | 4/27/88 D | |
| A-16 | BarclaysAmerican/Business Credit, Inc. v. Marvin Bernstein, et al. | Conn. Cabranes | H-86-953(JAC) | | | 4/27/88 D | |
| A-17 | BarclaysAmerican/Business Credit, Inc. v. Richard Bloom | Conn. Clarie | H-86-960(TEC) | | | 1/13/89 D | |
| A-18 | BarclaysAmerican/Business Credit, Inc. v. Milton Boverman | Conn. Dorsey | H-86-961(PCD) | | | 4/27/88 D | |
| A-19 | BarclaysAmerican/Business Credit, Inc. v. Kathleen Cazzi | Conn. Nevas | H-86-962(AHN) | | | 1/13/89 D | |
| A-20 | BarclaysAmerican/Business Credit, Inc. v. Isaac Cohen | Conn. Dorsey | H-86-963(PCD) | | | X | |
| A-21 | BarclaysAmerican/Business Credit, Inc. v. Arthur Dubron, et al. | Conn. Nevas | H-86-1011(AHN) | | | 1/13/89 D | |
| A-22 | BarclaysAmerican/Business Credit, Inc. v. Mike E. Farnsworth, et al. | Conn. Burns | H-86-954(EBB) | | | X | |
| A-23 | BarclaysAmerican/Business Credit, Inc. v. Fenando Fillat | Conn. Nevas | H-86-964(AHN) | | | 4/27/88 D | |
| A-24 | BarclaysAmerican/Business Credit, Inc. v. Carol Gillam | Conn. Blumenfeld | H-86-965(MJB) | | | 4/27/88 D | |
| A-25 | BarclaysAmerican/Business Credit, Inc. v. David Glanz | Conn. Cabranes | H-86-1004(JAC) | | | 1/13/89 D | |

JBML FORM 1 -- Continuation          Listing of Involved Actions -- p. 3

DOCKET NO. 712 -- In re Boardwalk Marketplace Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-26 | BarclaysAmerican/Business Credit, Inc. v. Brian Glasser | Conn. Clarie | H-86-966(TEC) | | | 6/22/87 D | |
| A-27 | BarclaysAmerican/Business Credit, Inc. v. Leverne Green | Conn. Burnes | H-86-1005(EBB) | | | 4/27/88 D | |
| A-28 | BarclaysAmerican/Business Credit, Inc. v. Samuel L. Hagan | Conn. Dorsey | H-86-967(PCD) | | | 1/13/89 D | |
| A-29 | BarclaysAmerican/Business Credit, Inc. v. Leonard M. Hausman, et al. | Conn. Dorsey | H-86-1012(PCD) | | | 1/13/89 D | |
| A-30 | BarclaysAmerican/Business Credit, Inc. v. Mark L. Hessel, et al. | Conn. Clarie | H-86-956 | | | 4/27/88 D | |
| A-31 | BarclaysAmerican/Business Credit, Inc. v. Emmett Hickey | Conn. Nevas | H-86-968 | | | 1/13/89 D | |
| A-32 | BarclaysAmerican/Business Credit, Inc. v. Dorothy Holmes, et al. | Conn. Nevas | H-86-1013(AHN) | | | 4/27/88 D | |
| A-33 | BarclaysAmerican/Business Credit, Inc. v. William Horton | Conn. Burns | H-86-970(EBB) | | | 1/13/89 D | |
| A-34 | BarclaysAmerican/Business Credit, Inc. v. Gary Kaltbaum, et al. | Conn. Blumenfeld | H-86-1014(MJB) | | | 1/13/89 D | |
| A-35 | BarclaysAmerican/Business Credit, Inc. v. Lenore Kellerman | Conn. Blumenfeld | H-86-971(MJB) | | | 1/13/89 D | |
| A-36 | BarclaysAmerican/Business Credit, Inc. v. Ernest Kollitudes | Conn. Cabranes | H-86-969 | | | 4/27/88 D | |
| A-37 | BarclaysAmerican/Business Credit, Inc. v. Sheldon Kraft | Conn. Clarie | H-86-1025(TEC) | | | 1/13/89 D | |
| A-38 | BarclaysAmerican/Business Credit, Inc. v. Louis Lambran | Conn. Clarie | H-86-972(TEC) | | | 1/13/89 D | |

JPML FORM 1 -- Continuation ⊕

DOCKET NO. 712 -- In re Boardwalk Marketplace Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-39 | BarclaysAmerican/Business Credit, Inc. v. John Lazorchak | Conn. Dorsey | H-86-973(PCD) | | | 4/27/88D | |
| A-40 | BarclaysAmerican/Business Credit, Inc. v. Richard Leavitt | Conn. Nevas | H-86-974(AHN) | | | 1/13/89D | |
| A-41 | BarclaysAmerican/Business Credit, Inc. v. Catherine Leontarakis, et al. | Conn. Clarie | H-86-1015(TEC) | | | 10/21/86D | |
| A-42 | BarclaysAmerican/Business Credit, Inc. v. Robert E. Long | Conn. Cabranes | H-86-975(JAC) | | | 1/13/89D | |
| A-43 | BarclaysAmerican/Business Credit, Inc. v. Durgesh Mankikar, M.D. | Conn. Clarie | H-86-976(TEC) | | | 10/10/86D | |
| A-44 | BarclaysAmerican/Business Credit, Inc. v. Charles Martino | Conn. Dorsey | H-86-977(PCD) | | | 4/27/88D | |
| A-45 | BarclaysAmerican/Business Credit, Inc. v. Roger Maulfair | Conn. Nevas | H-86-978(AHN) | | | 4/27/88D | |
| A-46 | BarclaysAmerican/Business Credit, Inc. v. James E. Moeller, Jr. | Conn. Dorsey | H-86-979(PCD) | | | 1/13/89D | |
| A-47 | BarclaysAmerican/Business Credit, Inc. v. Robert Mondshine | Conn. Nevas | H-86-980(AHN) | | | 11/12/86D | |
| A-48 | BarclaysAmerican/Business Credit, Inc. v. F.M. Motala, et al. | Conn. Nevas | H-86-1017(AHN) | | | 4/13/89D | |
| A-49 | BarclaysAmerican/Business Credit, Inc. v. Abdool Motala, et al. | Conn. Dorsey | H-86-1016(PCD) | | | 1/13/89D | |
| A-50 | BarclaysAmerican/Business Credit, Inc. v. Michael R. Mruzik | Conn. Blumenfeld | H-86-981(MJB) | | | 1/13/89D | |
| A-51 | BarclaysAmerican/Business Credit, Inc. v. Brian R. Needel, et al. | Conn. Dorsey | H-86-957(PCD) | | | 4/27/88D | |

DOCKET NO. 712 -- In re Boardwalk Marketplace Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-52 | BarclaysAmerican/Business Credit, Inc. v. Elis Nourafchon | Conn. Dorsey | H-86-1006(PCD) | | | 1/13/89 D | |
| A-53 | BarclaysAmerican/Business Credit, Inc. v. Gilbert Nutt | Conn. Clarie | H-86-982(TEC) | | | 4/27/88 D | |
| A-54 | BarclaysAmerican/Business Credit, Inc. v. Alfred W. Oliver | Conn. Nevas | H-86-1007(AHN) | | | 1/13/89 D | |
| A-55 | BarclaysAmerican/Business Credit, Inc. v. Ramesh Pandey | Conn. Dorsey | H-86-983(PCD) | | | 1/13/89 D | |
| A-56 | BarclaysAmerican/Business Credit, Inc. v. Mjr. Bernard D. Perkins | Conn. Nevas | H-86-984(AHN) | | | 2/2/88 dismissed | |
| A-57 | BarclaysAmerican/Business Credit, Inc. v. Roger Peterson, et al. | Conn. Cabranes | H-86-1018(JAC) | | | 1/13/89 D | |
| A-58 | BarclaysAmerican/Business Credit, Inc. v. Frederick L. Polakoff | Conn. Cabranes | H-86-985(JAC) | | | 1/13/89 D | |
| A-59 | BarclaysAmerican/Business Credit, Inc. v. Alexis Poole | Conn. Cabranes | H-86-1008(JAC) | | | 12/2/86 dismissed | |
| A-60 | BarclaysAmerican/Business Credit, Inc. v. Janet L. Quintero, et al. | Conn. Blumenfeld | H-86-955(MJB) | | | 1/13/89 D | |
| A-61 | BarclaysAmerican/Business Credit, Inc. v. Bruce Ratner | Conn. Burns | H-86-986(EBB) | | | 1/13/89 D | |
| A-62 | BarclaysAmerican/Business Credit, Inc. v. Adam L. Reardon | Conn. Blumenfeld | H-86-987(MJB) | | | 1/13/89 D | |
| A-63 | BarclaysAmerican/Business Credit, Inc. v. Hari Reddy, D.D.S. | Conn. Clarie | H-86-988(TEC) | | | 1/13/89 D | |
| A-64 | BarclaysAmerican/Business Credit, Inc. v. Bonnie S. Richardson, et al. | Conn. Burns | H-86-1019(EBB) | | | 4/27/88 D | |
| A-65 | BarclaysAmerican/Business Credit, Inc. v. Sunil Roy | Conn. Dorsey | H-86-989(PCD) | | | 1/13/89 D | |

JPML FORM 1 -- Continuation ⊕

DOCKET NO. 712 --  In re Boardwalk Marketplace Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-66 | BarclaysAmerican/Business Credit, Inc. v. Lilen Sanger | Conn. Nevas | H-86-990(AHN) | | | 4/27/88 D | |
| A-67 | BarclaysAmerican/Business Credit, Inc. v. Isadore Sborofsky | Conn. Cabranes | H-86-991(JAC) | | | 4/27/88 D | |
| A-68 | BarclaysAmerican/Business Credit, Inc. v. Arnold Scherz | Conn. Clarie | H-86-992(TEC) | | | 4/27/88 D | |
| A-69 | BarclaysAmerican/Business Credit, Inc. v. Malcolm Schwartz | Conn. Dorsey | H-86-993(PCD) | | | 4/27/88 D | |
| A-70 | BarclaysAmerican/Business Credit, Inc. v. Jack Scott, et al. | Conn. Blumenfeld | H-86-1020(MJB) | | | 4/27/88 D | |
| A-71 | BarclaysAmerican/Business Credit, Inc. v. George Serban, et al. | Conn. Clarie | H-86-1021(TEC) | | | 1/13/89 D | |
| A-72 | BarclaysAmerican/Business Credit, Inc. v. Thomas Sochacki | Conn. Nevas | H-86-994(AHN) | | | 4/27/88 D | |
| A-73 | BarclaysAmerican/Business Credit, Inc. v. Jacqueline Stoffel, et al. | Conn. Dorsey | H-86-1022(PCD) | | | 4/27/88 D | |
| A-74 | BarclaysAmerican/Business Credit, Inc. v. Richard Taylor | Conn. Clarie | H-86-1009(TEC) | | | 1/13/89 D | |
| A-75 | BarclaysAmerican/Business Credit, Inc. v. Michael Watson | Conn. Nevas | H-86-996(AHN) | | | 1/13/89 D | |
| A-76 | BarclaysAmerican/Business Credit, Inc. v. Alan Weiner | Conn. Dorsey | H-86-1010(PCD) | | | 4/27/88 D | |
| A-77 | BarclaysAmerican/Business Credit, Inc. v. Jerold Weinger | Conn. Blumenfeld | H-86-997(MJB) | | | 4/27/88 D | |
| A-78 | BarclaysAmerican/Business Credit, Inc. v. Mayuri Zaveri, et al. | Conn. Nevas | H-86-1023(AHN) | | | 1/13/89 D | |
| A-79 | BarclaysAmerican/Business Credit, Inc. v. Elizabeth Bruce, et al. | Conn. Dorsey | H-86-1329(PCD) | | | 1/13/89 D | |

DOCKET NO. 712 -- In re Boardwalk Marketplace Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-80 | BarclaysAmerican/Business Credit, Inc. v. Thomas Conlon | Conn. Nevas | H-86-1330(AHN) | | | 1/13/89D | |
| A-81 | BarclaysAmerican/Business Credit, Inc. v. George Connor | Conn. Cabranes | H-86-1331(JAC) | | | 1/13/89D | |
| A-82 | BarclaysAmerican/Business Credit, Inc. v. Jack Engel | Conn. Burns | H-86-1332(EBB) | | | 1/13/89D | |
| A-83 | BarclaysAmerican/Business Credit, Inc. v. Richard Gehron | Conn. Clarie | H-86-1333(EBB) | | | 4/27/88D | |
| A-84 | BarclaysAmerican/Business Credit, Inc. v. Russell E. Haas | Conn. Dorsey | H-86-1334(PCD) | | | 11/21/86D | |
| A-85 | BarclaysAmerican/Business Credit, Inc. v. Nathaniel Karlins | Conn. Nevas | H-86-1335(AHN) | | | 1/13/89D | |
| A-86 | BarclaysAmerican/Business Credit, Inc. v. Robert Miller | Conn. Cabranes | H-86-1336(JAC) | | | 4/27/88D | |
| A-87 | BarclaysAmerican/Business Credit, Inc. v. Igbel Nasir | Conn. Clarie | H-86-1337(TEC) | | | 4/27/88D | |
| A-88 | BarclaysAmerican/Business Credit, Inc. v. Carol Neuner, et al. | Conn. Dorsey | H-86-1338(PCD) | | | 4/27/88D | |
| A-89 | BarclaysAmerican/Business Credit, Inc. v. Morris Patrizzi | Conn. Dorsey | H-86-1340(PCD) | | | 1/13/89D | |
| A-90 | BarclaysAmerican/Business Credit, Inc. v. Viswantha B. Reddy | Conn. Nevas | H-86-1339(AHN) | | | 4/27/88D | |
| A-91 | BarclaysAmerican/Business Credit, Inc. v. Frank Severino | Conn. Clarie | H-86-1341(TEC) | | | 4/27/88D | |
| A-92 | BarclaysAmerican/Business Credit, Inc. v. Joseph Suoboda, M.D. | Conn. Dorsey | H-86-1342(PCD) | | | 4/27/88D | |
| A-93 | BarclaysAmerican/Business Credit, Inc. v. Bill G. Tuttle, et al. | Conn. Nevas | H-86-1343(AHN) | | | 1/13/89D | |

JBML FORM I -- Continuation ⊕

DOCKET NO. 712 -- In re Boardwalk Marketplace Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-94 | BarclaysAmerican/Business Credit, Inc. v. James Yahata | Conn. | H-86-1344(JAC) | | | 4/27/88D | |
| A-95 | BarclaysAmerican/Business Credit, Inc. v. Margaret Yarborough | Conn. Burns | H-86-1345(EBB) | | | 4/27/88D | |
| A-96 | BarclaysAmerican/Business Credit, Inc. v. HRL Joint Ventures | Conn. Clarie | H-86-1346(TEC) | | | 4/27/88D | |
| A-97 | Home Bank & Trust Co. v. Jerome Bloomberg, et al. | Conn. Burns | N86-329(EBB) | | | 1/13/89D | |
| B-98 | BarclaysAmerican/Business Credit, Inc. v. Barry Vogelstein | Conn. Eginton | B-86-508(WWE) | | | 1/13/89D | |
| B-99 | BarclaysAmerican/Business Credit, Inc. v. Hani Tuffaha | Conn. Eginton | B-86-509 (WWE) | | | 4/27/88D | |
| B-100 | BarclaysAmerican/Business Credit, Inc. v. Elias Tsigounis | Conn. Eginton | B-86-510(WWE) | | | 4/27/88D | |
| B-101 | BarclaysAmerican/Business Credit, Inc. v. Stuart Spencer, et al. | Conn. Eginton | B-86-511(WWE) | | | 4/27/88D | |
| B-102 | BarclaysAmerican/Business Credit, Inc. v. Marvin A. Spector, et al. | Conn. Eginton | B-86-512(WWE) | | | 4/27/88D | |
| B-103 | BarclaysAmerican/Business Credit, Inc. v. Praksh Shenoy | Conn. Eginton | B-86-513(WWE) | | | 4/27/88D | |
| B-104 | BarclaysAmerican/Business Credit, Inc. v. Ronald Shatilla | Conn. Eginton | B-86-514(WWE) | | | | |
| B-105 | BarclaysAmerican/Business Credit, Inc. v. Robert Seeley, et al. | Conn. Eginton | B-86-515(WWE) | | | 1/13/89D | |
| B-106 | BarclaysAmerican/Business Credit, Inc. v. Mosali S. Reddy | Conn. Eginton | B-86-516(WWE) | | | 10/29/86D | |

DOCKET NO. 712 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-107 | BarclaysAmerican/Business Credit, Inc. v. Willem Ouw | Conn. Eginton | B-86-517(WWE) | — | | 1/13/89 D | |
| B-108 | BarclaysAmerican/Business Credit, Inc. v. Raanan Mallett | Conn. Eginton | B-86-518(WWE) | | | 1/13/89 D | |
| B-109 | BarclaysAmerican/Business Credit, Inc. v. Richard A. Loftland, et al. | Conn. Eginton | B-86-519(WWE) | | | 1/13/89 D | |
| B-110 | BarclaysAmerican/Business Credit, Inc. v. Nicol A. Laly | Conn. Eginton | B-86-520(WWE) | | | 11/6/86 D | |
| B-111 | BarclaysAmerican/Business Credit, Inc. v. Mark Haynes, et al. | Conn. Eginton | B-86-522(WWE) | | | 1/13/89 D | |
| B-112 | BarclaysAmerican/Business Credit, Inc. v. Everett Coldman, et al. | Conn. Eginton | B-86-523(WWE) | | | 1/13/89 D | |
| B-113 | BarclaysAmerican/Business Credit, Inc. v. Don R. Dixon | Conn. Eginton | B-86-524(WWE) | | | 12/5/86 | |
| B-114 | BarclaysAmerican/Business Credit, Inc. v. Louis DelPrete, et al. | Conn. Eginton | B-86-525(WWE) | | | 1/13/89 D | |
| B-115 | BarclaysAmerican/Business Credit, Inc. v. J.P. Christodoulous | Conn. Eginton | B-86-526(WWE) | | | 12/5/86 | |
| B-116 | Home Bank and Trust Company v. Jerome Bloomberg, et al. SAME AS A-97 | Conn. Burns | N-86-329(EBB) [DUP. A-97] | | | | |
| B-117 | Home Bank and Trust Company v. William Brown, et al. | Conn. Cabranes | N-86-1428(JAC) | — | | 1/13/89 D | |
| B-118 | Home Bank and Trust Company v. Previn Doshi, et al. | Conn. Burns | H-86-1430(EBB) | — | | 1/13/89 D | |
| B-119 | Home Bank and Trust Company v. Ronald Koegler, et al. | Conn. Nevas. | N-86-379(AHN) | — | | 1/13/89 D | |

DOCKET NO. 712 -- IN re Boardwalk Marketplace Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-120 | Home Bank and Trust Co. v. Robert S. Milne, et al. | Conn. Nevas | N-86-365 (AHN) | | | 1/13/89 D | |
| B-121 | Home Bank and Trust Co. v. Donald K. Rice, et al. | Conn. Burns | N-86-388 (EBB) | | | 1/13/89 D | |
| B-122 | BarclaysAmerican/Business Credit, Inc. v. Ghassem Vakili | Conn. | E-86-995 (WWE) | | | Closed 11/10/86 | |
| B-123 | Barclays American/Business Credit, Inc. v. Fred Krokenberger | Conn. Eginton | B-86-521 (WWE) | | | 1/13/89 D | |
| B-124 | Bernard Savetz v. Barclays American/Business Credit, Inc. | N.Y.,E. | 86CIV3474 (RJD) | 2/18/87 | 87-173 | 11/13/89 | |
| B-125 | Syracuse Savings Bank v. Robert Kennedy, et al. 3-23-87 | Ariz. Muecke | 86-1791 Phx-Cam | 4-8-87 | 87-265 | 1/13/89 D | |
| B-126 | Syracuse Savings Bank v. Nick Mangeris, et al. 3-23-87 | Ariz. Copple | 86-1792 Phx-WPC | 4-8-87 | 87-251 | 1/13/89 D | |
| B-127 | Syracuse Savings Bank v. Alan Bricklin, et al. 3-23-87 | Cal.,C. Marshall | 86-6473 CBM(Kx) | 4-8-87 | B87-433 | 1/13/89 D | |
| B-128 | Syracuse Savings Bank v. Dieter Brock, et al. 3-23-87 | Cal.,C. Kenyon | 86-6476 KN(Px) | 4-8-87 | B87-173 | 1/13/89 D | |
| B-129 | Syracuse Savings Bank v. Darrell Carsey 3-23-87 | Cal.,C. Marshall | 86-7383 CBM(Kx) | 4-8-87 | B87-434 | 1/13/89 D | |
| B-130 | Syracuse Savings Bank v. James Celmayster, et al. 3-23-87 | Cal.,C. Rafeedie | 86-6546 ER(JRx) | 4-8-87 | B87-440 | 1/13/89 D | |
| B-131 | Syracuse Savings Bank v. Stephen Chandler, et al. 3-23-87 | Cal.,C. Hupp | 86-6568 HLH(Kx) | 4-8-87 | B87-443 | 1/13/89 D | |
| B-132 | Syracuse Savings Bank v. Donald W. Cody 3-23-87 | Cal.,C. Marshall | 86-6641 CBM(Gx) | 4-8-87 | B87-407 | 1/13/89 D | |

JBML FORM 1 -- Continuation ⊕

DOCKET NO. 712 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-133 | Syracuse Savings Bank v. Jose Cruz, et al. *3-23-87* | Cal.,C. Kenyon | 86-6485 KN (Px) | 4-8-87 | B87-438 | 1/13/89D | |
| B-134 | Syracuse Savings Bank v. Louis A. DeMerschman, et al. *3-23-87* | Cal.,C. Marshall | 86-7370 CBM(JRx) (Kx) | 4-8-87 | B87-449 | 1/13/89D | |
| B-135 | Syracuse Savings Bank v. Calvin Fong, et al. *3-23-87* | Cal.,C. Marshall | 86-6468 CBM(Kx) | 4-8-87 | B87-459 | 1/13/89D | |
| B-136 | Syracuse Savings Bank v. Yosef Freedland, et al. *3-23-87* | Cal.,C. Kenyon | 86-7371 KN(Gx) | 4-8-87 | B87-429 | 1/13/89D | |
| B-137 | Syracuse Savings Bank v. Sol Gerber, et al. *5-23-87* | Cal.,C. Davies | 86-7671 JGD(JRx) | 4-8-87 | B87-772 | 1/13/89D | |
| B-138 | Syracuse Savings Bank v. Jerome Gottleib, et al. *3-23-87* | Cal.,C. Marshall | 86-7382 CBM(JRx) (Kx) | 4-8-87 | B87-432 | 1/13/89D | |
| B-139 | Syracuse Savings Bank v. Ramesh Gowda, D.D.S. *3-23-87* | Cal.,C. Hatter | 86-6579 TJH(Gx) CBM(Kx) | 4-8-87 | B87-445 | 1/13/89D | |
| B-140 | Syracuse Savings Bank v. William J. Grant, et al. *3-23-87* | Cal.,C. Rafeedie | 86-6547 ER(JRx) | 4-8-87 | B87-436 | 1/13/89D | |
| B-141 | Syracuse Savings Bank v. Jack Grund, et al. *3-23-87* | Cal.,C. Marshall | 86-6472 CBM(Kx) | 4-8-87 | B87-430 | 1/13/89D | |
| B-142 | Syracuse Savings Bank v. Gary Hallenbeck, et al. *3-23-87* | Cal.,C. Kenyon | 86-6480 KN(Px) | 4-8-87 | B87-437 447 | 1/13/89D | |
| B-143 | Syracuse Savings Bank v. Anthony Haralambos, et al. *3-23-87* | Cal.,C. Marshall | 86-6474 CBM(Kx) | 4-8-87 | B87-530 | 1/13/89D | |
| B-144 | Syracuse Savings Bank v. Douglas Holmes, et al. *3-23-87* | Cal.,C. Hatter | 86-6559 TJH(Px) ER(Jrx) | 4-8-87 | B87-444 | 1/13/89D | |

DOCKET NO. 712 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-145 | Syracuse Savings Bank v. James Hopper, et al. 3-23-87 | Cal.,C. Tashima | 86-6567 AWT(Gx) | 4-8-87 | B-87-441 | 1/13/89 D | |
| B-146 | Syracuse Savings Bank v. Theodore Hylwa, M.D. 3-23-87 | Cal.,C. Marshall | 86-6558 CBM(JRx)(Kx) | 4-8-87 | B87-458 | 1/13/89 D | |
| B-147 | Syracuse Savings Bank v. Bruce Kaump, et al. 3-23-87 | Cal.,C. Marshall | 86-6475 CBM(Kx) | 4-8-87 | B87-437 | 1/13/89 D | |
| B-148 | Syracuse Savings Bank v. Bernard J. Kurtin, et al. 3-23-87 | Cal.,C. Marshall | 86-6384 CBM(Kx) | 4-8-87 | B87-529 | 1/13/89 D | |
| B-149 | Syracuse Savings Bank v. Sitikantha Mahapatra 3-23-87 | Cal.,C. Keniry | 86-6486 KN(Px) | 4-8-87 | B87-439 | 1/13/89 D | |
| B-150 | Syracuse Savings Bank v. Fombe Ndiforchu, et al. 3-23-87 | Cal.,C. Marshall | 86-7367 CBM(Kx) | 4-8-87 | B87-528 | 1/13/89 D | |
| B-151 | Syracuse Savings Bank v. Richard Neill, et al. 3-23-87 | Cal.,C. Whelan | 86-7405 FW | 4-8-87 | B87-435 | 1/13/89 D | |
| B-152 | Syracuse Savings Bank v. Robert S. Newman 3-23-87 | Cal.,C. Marshall | 86-6551 CBM(Kx) | 4-8-87 | B87-456 | 1/13/89 D | |
| B-153 | Syracuse Savings Bank v. Stephen L. Nitzberg, et al. 3-23-87 | Cal.,C. Marshall | 86-7361 CBM(Kx) | 4-8-87 | B87-428 | 1/13/89 D | |
| B-154 | Syracuse Savings Bank v. Elis Nourafchan 3-23-87 | Cal.,C. Marshall | 86-6385 CBM(Kx) | 4-8-87 | H-861006 | 1/13/89 D | |
| B-155 | Syracuse Savings Bank v. Jona Perlmutter, et al. 3-23-87 | Cal.,C. Wilson | 86-7679 SVW(Px) | 4-8-87 | B87-446 | 1/13/89 D | |
| B-156 | Syracuse Savings Bank v. Naga Prasad 3-23-87 | Cal.,C. Marshall | 86-6578 CBM(Kx) | 4-8-87 | B87-457 | 1/13/89 D | |
| B-157 | Syracuse Savings Bank v. Sampath Raghavan, et al. 3-23-87 | Cal.,C. Marshall | 86-6586 CBM(Kx) | 4-8-87 | B87-460 | 1/13/89 D | |

JBML FORM 1 -- Continuation  ⊕

DOCKET NO. ___ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-158 | Syracuse Savings Bank v. Krishna Reddy, D.D.S. *3-23-87* | Cal.,C. Marshall | 86-6647 CBM(Kx) | 4-8-87 | B87-526 | 1/13/89 D | |
| B-159 | Syracuse Savings Bank v. Mahesh Shastri, et al. *3-23-87* | Cal.,C. Marshall | 86-7362 CBM(Kx) | 4-8-87 | B87-431 | 1/13/89 D | |
| B-160 | Syracuse Savings Bank v. Dennis Shepard, et al. *3-23-87* | Cal.,C. Marshall | 86-7380 CBM(Kx) | 4-8-87 | B87-450 | 1/13/89 D | |
| B-161 | Syracuse Savings Bank v. Donald Sutton, et al. *3-23-87* | Cal.,C. Rafeedie | 86-6571 ER(JRx) | 4-8-87 | B87-426 | 1/13/89 D | |
| B-162 | Syracuse Savings Bank v. Richard W. Thon *3-23-87* | Cal.,C. Kenyon | 86-6477 KN(Px) | 4-8-87 | B87-442 | 1/13/89 D | |
| B-163 | Syracuse Savings Bank v. Stephen Wexler, et al. *3-23-87* | Cal.,C. Wilson | 86-6580 CBM(Kx) SVW(Kx) | 4-8-87 | B87-448 | 1/13/89 D | |
| B-163a | Syracuse Savings Bank v. Sakrepatna Monohara, et al. *3-23-87* | Cal.,E. Price | CV-F-86-579 EDP | 4-8-87 | B87-281 | 1/13/89 D | |
| B-164 | Syracuse Savings Bank v. Rashmikant K. Shah, et al. *3-23-87* | Cal.,E. Price | CV-F-86-582 EDP | 4-8-87 | B87-283 | 1/13/89 D | |
| B-165 | Syracuse Savings Bank v. Gilbert Shaw, et al. *3-23-87* | Cal.,E. Coyle | CV-F-86-580 REC | 4-8-87 | B87-282 | 1/13/89 D | |
| B-166 | Syracuse Savings Bank v. Charles Shults, et al. *3-23-87* | Cal.,E. Ramirez | CIV S-86-1320 RAR JFM | 4-8-87 | B87-268 | 1/13/89 D | |
| B-167 | Syracuse Savings Bank v. Virginia Anne Collins, et al. *3-23-87* | Cal.,N. Williams | C86-20793-SW | 4-8-87 | B87-533 | 1/13/89 D | |
| B-168 | Syracuse Savings Bank v. John Kataoka, et al. *3-23-87* | Cal.,N. Ingram | C86-20792-WAI | 4-8-87 | B87-357 | 1/13/89 D | |
| B-169 | Syracuse Savings Bank v. James Pulaski *3-23-87* | Cal.,S. Schwartz | 86-2293 S(Cm) | 4-8-87 | B87-287 | 1/13/89 D | |
| B-170 | Syracuse Savings Bank v. Leonard Brundage, et al. *3-23-87* | Colo. Weinshienk | 86-Z-2315 | 4-8-87 | B87-257 | 1/13/89 D | |

JBML FORM 1 -- Continuation ⊕

Listing of Involved Actions -- p. 14

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-171 | Syracuse Savings Bank v. Stephen Fries, et al. 3-23-87 | Colo. Weinshienk | 86-Z-2316 | 4-8-87 | B87-255 | 1/13/89 D | |
| B-172 | Syracuse Savings Bank v. Yo-Jun Song, et al. 3-23-87  corrected 5/5/94 | Colo. Weinshienk | 86-Z-2314 | 4-8-87 | B87-258 | 1/13/89 D | |
| B-173 | Syracuse Savings Bank v. Robert Claus Boyd Browne, et al. 3-23-87 | Ill.,N. Williams | 86-C-8424 | 4-8-87 | B87-540 | 1/13/89 D | |
| B-174 | Syracuse Savings Bank v. Wayne M. Kulik 3-23-87 | Ill.,N. Leighton | 86-C-8787 | 4-8-87 | B87-399 | 1/13/89 D | |
| B-175 | Syracuse Savings Bank v. Harold Sakelaris 3-23-87 | Ill.,N. Aspen | 86-C-8428 | 4-8-87 | B87-263 | 1/13/89 D | |
| B-176 | Syracuse Savings Bank v. Mitchell Sawko, et al. 3-23-87 | Ill.,N. Moran | 86-C-8429 | 4-8-87 | B87-300 | 1/13/89 D | |
| B-177 | Syracuse Savings Bank v. Jay A. Gravatt 3-23-87 | Kans. Saffels | 86-2520S | 4-8-87 | B87-269 | 1/13/89 D | |
| B-178 | Syracuse Savings Bank v. Melford E. Gravatt 3-23-87 | Kans. O'Connor | 86-2521-O | 4-8-87 | B87-270 | 1/13/89 D | |
| B-179 | Syracuse Savings Bank v. Rodney E. Gravatt 3-23-87 | Kans. O'Connor | 86-2522-O | 4-8-87 | B87-271 | 1/13/89 D | |
| B-180 | Syracuse Savings Bank v. Ruey Shiung Lin, et al. 3-23-87 | Md. Howard | JH86-3436 | 4-8-87 | B87-390 | 1/13/89 D | |
| B-181 | Syracuse Savings Bank v. Ram Rastogi 3-23-87 | Md. Black | B86-3437 | 4-8-87 | B87-406 | 1/13/89 D | |
| B-182 | Syracuse Savings Bank v. Saliem Abrahams, et al. 3-23-87 | Mich.,E. Taylor | 86-CV-74611-DT | 4-8-87 | — | 4/8/87 D | |
| B-183 | Syracuse Savings Bank v. Franklin R. Lozen 3-23-87 | Mich.,E. Cohn | 86-CV-74612-DT | 4-8-87 | B87-382 | 1/13/89 D | |

JBML FORM I Continuation    Case MDL No. 712   Document 112   Filed 06/11/15   Page 46 of 107    Listing of Involved Actions -- p. __

15

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-184 | Syracuse Savings Bank v. Venkata P.S. Puttagunta, et al. *3-23-87* | Mich.,E. Newblatt | 86-CV-40515-FL | 4·8·87 | B87-9 | 1/13/89 D | |
| B-185 | Syracuse Savings Bank v. Harish C. Rawal, et al. *3-23-87* | Mich.,E. Laplata | 86-CV-60473-AA | 4·8·87 | B87-252 | 1/13/89 D | |
| B-186 | Syracuse Savings Bank v. Donald J. Flanagan *3-23-87* | N.J. Lechner Gerry | 86-3596 | 4·8·87 | B87-277 | 1/13/89 D | |
| B-187 | Syracuse Savings Bank v. Robert E. Lee *3-23-87* | N.J. Debevoise Gerry | 86-3897 | 4·8·87 | B87-275 | 1/13/89 D | |
| B-188 | Syracuse Savings Bank v. Henry Parietti *3-23-87* | N.J. Barry | 86-3597 | 4·8·87 | B87-276 | 1/13/89 D | |
| B-189 | Syracuse Savings Bank v. William B. Smith *3-23-87* | N.C.,M. Erwin | C-86-932-WS | 4·8·87 | B87-? | 1/13/89 D | |
| B-190 | Syracuse Savings Bank v. Walter Ickert, et al. *3-23-87* | N.C.,W. McMillan | C-C-86-536-M | 4·8·87 | B87-303 | 1/13/89 D | |
| B-191 | Syracuse Savings Bank v. Edgar B. Montague, Jr., et al. *3-23-87* | N.C.,W. McMillan | C-C-86-537-M | 4·8·87 | B87-304 | 1/13/89 D | |
| B-192 | Syracuse Savings Bank v. Leandro M. Tolentino, et al. *3-23-87* | N.C.,W. Potter | C-C-86-535-P | 4·8·87 | B87-302 | 1/13/89 D | |
| B-193 | Syracuse Savings Bank v. Don V. Whelchel, et al. *3-23-87* | N.C.,W. McMillan | C-C-86-538-M | 4·8·87 | B87-301 | 1/13/89 D | |
| B-194 | Syracuse Savings Bank v. William G. Bracey *3-23-87* | Pa.,M. Nelon | CV-86-1635 | 4·8·87 | B87-266 | 1/13/89 D | |
| B-195 | Syracuse Savings Bank v. Wayne Fisher, et al. *3-23-87* | Tex.,N. Fitzwater | CA3-86-2815-D | 4·8·87 | B87-744 | 1/13/89 D | |
| B-196 | Syracuse Savings Bank v. Robert L. Howisey, et al. *3-23-87* | Wash.,W. Rothstein | C86-1757-R | 4·8·87 | B87-264 | 1/13/89 D | |
| B-197 | Syracuse Savings Bank v. Gerald D. Hyde, et al. *3-23-87* | Wash.W. | C86-1759-D | 4·8·87 | B87-286 | 1/13/89 D | |

DOCKET NO. 712 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-198 | Home Bank & Trust Co. v. Raymond P. Caldeiro, et al. | Conn. Eginton | N-86-503 | | | 5/3/89 | |
| XYZ-199 | Home Bank & Trust Co. v. Susyn Esau | Conn. Eginton | 86-544 | | | | |
| XYZ-200 | Public Loan Co., Inc. v. Bruce L. Poliquin | Conn. Eginton | B-86-549 | | | 1/13/89 D | |
| XYZ-201 | Syracuse Savings Bank v. John P. Marcucci, et al. | Conn. Eginton | B-86-615 | | | | |
| XYZ-202 | Home Bank & Trust Co. v. Arthur L. Minardi, et al. | Conn. Eginton | H-86-1488 | | | 5/3/89 | |
| XYZ-203 | Syracuse Savings Bank v. Joseph J. Perelka, et al. | Conn. Eginton | B-87-13 | | | | |
| XYZ-204 | Public Loan Co. v. Forbco Management Corp. | Conn. Eginton | B-87-93 | | | 1/13/89 D | |
| XYZ-205 | Public Loan Co. v. Alan J. Hadley, et al. | Conn. Eginton | B-87-94 | | | 1/13/89 D | |
| XYZ-206 | Public Loan Co. v. Rand L. Jackson, et al. | Conn. Eginton | B-87-95 | | | 1/13/89 D | |
| XYZ-207 | Public Loan Co. v. Tan Chew Lam, et al. | Conn. Eginton | B-87-96 | | | 1/13/89 D | |
| XYZ-208 | Public Loan Co. v. David E. Lang, et al. | Conn. Eginton | 87-0097 | | | 1/13/89 D | |
| XYZ-209 | Public Loan Co. v. Eugene Levy, et al. | Conn. Eginton | B-87-98 | | | 1/13/89 D | |

DOCKET NO. 712 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-210 | Public Loan Co. v. Frank Manchik, et al. | Conn. Eginton | B-87-99 | | | 1/13/89 D | |
| XYZ-211 | Public Loan Co. v. Albert Miller, et al. | Conn. Eginton | B-87-101 | | | 1/13/89 D | |
| XYZ-212 | Public Loan Co. v. John W. Olenczak | Conn. Eginton | B-87-103 | | | 1/13/89 D | |
| XYZ-213 | Public Loan Co. v. Calvin H. Owens, et al. | Conn. Eginton | B-87-105 | | | 1/13/89 D | |
| XYZ-214 | Public Loan Co. v. Albert D. Rutherford, et al. | Conn. Eginton | B-87-106 | | | 1/13/89 D | |
| XYZ-215 | Public Loan Co. v. Jabir Sharif, et al. | Conn. Eginton | B-87-107 | | | 1/13/89 D | |
| XYZ-216 | Public Loan Co. v. Neal E. Sullenger | Conn. Eginton | B-87-109 | | | 1/13/89 D | |
| XYZ-217 | Public Loan Co. v. Mike Visbal | Conn. Eginton | B-87-110 | | | 1/13/89 D | |
| XYZ-218 | Public Loan Co. v. Alan Wiener | Conn. Eginton | B-87-111 | | | 1/13/89 D | |
| XYZ-219 | Public Loan Co. v. Stephen K. Whitmore, et al. | Conn. Eginton | B-87-112 | | | 1/13/89 D | |
| XYZ-220 | Public Loan Co. v. Rick Willard, et al. | Conn. Eginton | B-87-113 | | | 1/13/89 D | |
| XYZ-221 | Public Loan Co. v. Herbert Woldoff | Conn. Eginton | B-87-114 | | | 1/13/89 D | |
| XYZ-222 | Barclays American Business Credit, Inc. v. Arthur E. De Cordova | Conn. Eginton | B-87-139 | | | | |

DOCKET NO.  712  -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-223 | Barclays American Business Credit, Inc. v. Tom Dynjan, et al. | Conn. Eginton | B-87-141 | | | X | |
| XYZ-224 | Barclays American Business Credit, Inc. v. John G. Ross | Conn. Eginton | B-87-145wwE | | | X | |
| XYZ-225 | Barclays American Business Credit, Inc. v. Katheryn A. Missert | Conn. Eginton | B-87-143 wwE | | | X | |
| XYZ-226 | Public Loan Co., Inc. v. Timothy A. Brown, et al. | Conn. Eginton | B-87-92 | | | 1/13/89 D | |
| B-227 | Syracuse Savings Bank v. Vane E. Suter, et al. v. John Peter Galantis, et al. 4-14-87 | Cal.,C. Kenyon | 86-6484-KN | 4-30-87 | ——— | 3/24/87 ✱ | |
| B-228 | Syracuse Savings Bank v. Gerald Margolis, et al. v. John Peter Galantis, et al. 4-14-87 | Cal.,C. Kenyon | 86-6479-KN (Px) | 4-30-87 | ——— | 3/24/87 ✱ | |
| B-229 | James W. Kelly, et al. v. John Peter Galanis, et al. 4-14-87 | Cal.,C. Marshall | 86-7305-CBM (Kx) | 4-30-87 | 87-527 | | |
| B-230 | Syracuse Savings Bank v. Aaron Feit, et al. 4-14-87 | Cal.,C. Marshall | 86-6333-CBM (Kx) | 4-30-87 | ——— | 3/30/87 ✱ | |
| B-231 | Lewis C. Solmon, et al. v. John Peter Galanis, et al. 4-14-87 | Cal.,C. Davies | 86-7236-JGD (Bx) | 4-30-87 | 87-525 | | |
| B-232 | Syracuse Savings Bank v. Paul Goldstein, et al. 4-14-87 | Cal.,C. Kenyon | 86-6478-LTL (Gx) | 4-30-87 | ——— | 3/24/87 ✱ | |
| B-233 | Syracuse Savings Bank v. Robert Boze, et al. 4-14-87 | Cal.,C. Marshall | 86-6650-CBM (Kx) | 4-30-87 | ——— | 3/30/87 ✱ | |

✱ Dis'd prior to transfer but on 1987 Statistics

DOCKET NO. 712 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-234 | Syracuse Savings Bank v. Bhupal Kommineni, et al. v. John Peter Galanis, et al. 4-14-87 | Cal.,C. Marshall | 86-6105-CBM(Kx) 4-30-87 | | — | 3/30/87* | |
| B-235 | Syracuse Savings Bank v. Christopher Cramer, et al. 4-14-87 | Ill.,N. Leighton | 86-8427 | 4-30-87 | B87-348 | 1/13/89D | |
| B-236 | Syracuse Savings Bank v. Harold E. Wisted 4-14-87 | Ill.,N. Norgle | 86-C-8422 | 4-30-87 | B87-386 | 1/13/89D | |
| B-237 | Syracuse Savings Bank v. John R. Myers, et al. 4-14-87 | Ill.,N. Williams | 86-8786 | 4-30-87 | B87-340 | 1/13/89D | |
| B-238 | Syracuse Savings Bank v. David Duerson, et al. 4-14-87 | Ill.,N. Marovitz | 86-8430 | 4-30-87 | B87-333 | 1/13/89D | |
| B-239 | Syracuse Savings Bank v. Charles Levander, et al. 4-14-87 | Ill.,N. Grady | 86-C-8420 | 4-30-87 | B87-344 | 1/13/89D | |
| B-240 | Syracuse Savings Bank v. Isadore Sborofsky 4-14-87 | Md. Hargrove | 86-3568 | 4-30-87 | B87-391 | 1/13/89D | |
| B-241 | Syracuse Savings Bank v. Shreepad R. Naik 4-14-87 | Mich.,E. Cohn | 86-CV7-4608 | 4-30-87 | B87-379 | 1/13/89D | |
| B-242 | Syracuse Savings Bank v. Sam Ortisi 4-14-87 | Mich.,E. Zatkoff | 86-CV7-4609 | 4-30-87 | B87-380 | 1/13/89D | |
| B-243 | Syracuse Savings Bank v. Domenic Tringale, et al. 4-14-87 | Mich.,E. Cook | 86-CV7-4610 | 4-30-87 | B87-381 | 1/13/89D | |
| B-244 | Syracuse Savings Bank v. Ahmad T. Hannan 4-14-87 | Mich.,E. Newblatt | 86-CV4-0514 | 4-30-87 | B87-299 | 1/13/89D | |
| B-245 | Syracuse Savings Bank v. Penelope Chamis 4-14-87 | N.C.,M. Ward | C-86-931-WS | 4-30-87 | B87-334 | 1/13/89D | |
| B-246 | Syracuse Savings Bank v. Michael Giglio 4-14-87 | N.J. Gerry | 86-4032 | 4-30-87 | B87-367 | 1/13/89D | |
| B-247 | Idatonye I. Afonya, et al. v. Douglas C. Adams, et al. 4-14-87 OBBOSed 4-28-87 | N.J. Gerry | 86-4342 | | | UACATED | |

* Dis'd prior to trans. but on 1987 Stats-

DOCKET NO. 712 -- *In re Boardwalk Marketplace Securities Litigation*

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-248 | William C. Scopetto, et al. v. John Peter Galanis, et al. *4-14-87* | N.J. Gerry | 86-4243 | 4-30-87 | B87-315 | | |
| B-249 | Craig S. Brown, et al. v. John Peter Galanis, et al. *4-14-87* | N.J. Gerry | 87-0694 | 4-30-87 | B87-316 | | |
| B-250 | Paul Rheingold, etc. v. John Peter Galanis, et al. *4-14-87* | N.J. Gerry | 86-4534 | 4-30-87 | B87-317 | | |
| B-251 | Syracuse Savings Bank v. Diane Friedman *4-14-87* | N.J. Lechner | 86-3889 | 4-30-87 | B87-361 | 1/13/89D | |
| B-252 | Syracuse Savings Bank v. Harry Schein, et al. *4-14-87* | N.J. Lechner | 86-3895 | 4-30-87 | B87-366 | 1/13/89D | |
| B-253 | James Minardi v. John Peter Galanis, et al. *4-14-87* | N.J. Gerry | 86-4418 | 4-30-87 | B87-318 | | |
| B-254 | Jeffrey J. Milani v. John Peter Galanis, et al. *4-14-87* | N.J. Gerry | 86-4419 | 4-30-87 | B87-319 | | |
| B-255 | Martin Rothstein v. John Peter Galanis, et al. *4-14-87* | N.J. Gerry | C-86-4780 | 4-30-87 | B87-320 | | |
| B-256 | Anthony Nastasi, et al. v. John Peter Galanis, et al. *4-14-87* | N.J. Gerry | 86-4987 | 4-30-87 | B8-321 | | |
| B-257 | Jesse I. Haddock, et al. v. John Peter Galanis, et al. *4-14-87* | N.J. Gerry | 86-4770 | 4-30-87 | B-87-322 | | |
| B-258 | Syracuse Savings Bank v. Charles Galiszewski, et al. *4-14-87* | N.J. Ackerman | 86-4035 | 4-30-87 | B87-365 | 1/13/89D | |
| B-259 | Syracuse Savings Bank v. Sitaram Chitnis *4-14-87* | N.J. Sarokin | 86-3898 | 4-30-87 | B87-394 | 1/13/89D | |
| B-260 | Syracuse Savings Bank v. Larry Fauci, et al. *4-14-87* | N.J. Sarokin | 86-4034 | 4-30-87 | B87-362 | 1/13/89D | |
| B-261 | Syracuse Savings Bank v. Roy Baldomero, et al. *4-14-87* ~~Obtal~~ *4-29-87* | N.J. Lechner | 86-3896 | | ~~C401AC0 625/88~~ | | Dis'd in RIS. |

DOCKET NO. 712 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-262 | Syracuse Savings Bank v. Daniel Iannascolio _4-14-87_ | N.J. Gerry | 86-3891 | 4-30-87 | B87-376 | 1/13/89D | |
| B-263 | Syracuse Savings Bank v. Anthony Kasday, et al. _4-14-87_ | Nev. George | 86-1127 | 4-30-87 | B87-543 | 1/13/89D | |
| B-264 | John R. Hansel, et al. v. Syracuse Savings Bank _4-14-87_ _Dropped 9-28-87_ | Ohio,N. Bell | C-86-5048-A | 8/10/87 | B87-595 | 1/13/89D | |
| B-265 | Mihir K. Datta, et al. v. John P. Galanis, et al. _4-14-87_ | Ohio,N. Aldrich | C86-4743 | 4-30-87 | B87-34 L | | |
| B-266 | Robert A. Baranek, et al. v. Syracuse Savings Bank _4-14-87_ _Dropped 4-23-87_ | Ohio,N. Bell | C-86-5046-A | 8/10/87 | B87-594 | 1/13/89D | |
| B-267 | Raghvendra K. Tamasker, et al. v. John Peter Galanis, et al. _4-14-87_ | Ohio,N. Aldrich | C-86-4533 | 4-30-87 | B87-339 | | |
| B-268 | Syracuse Savings Bank v. Jeffrey S. Chase, et al. _4-14-87_ | Pa.,E. Lundwig | 86-5836 | 4-30-87 | B87-335 | 1/13/89D | |
| B-269 | Syracuse Savings Bank v. William G. Bracey _4-14-87_ _Duplicate 5/4/94_ | Pa.,M. Nealon | CV-86-1635 | 4-30-87 | B-87-266 | 1/13/89D | _Pg 194_ |
| B-270 | Syracuse Savings Bank v. Paruchuri Krishnaiah _4-14-87_ | Pa.,W. Weber | 86-2402 | 4-30-87 | B87-336 | 1/13/89D | |
| B-271 | Syracuse Savings Bank v. Alfred King _4-14-87_ | Va.,E. Bryan | 86-0718-R | 4-30-87 | B87-354 | 1/13/89D | |

DOCKET NO. 712 -- In re Boardwalk Marketplace Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-272 | Ann K. Gromatsky, et al. v. Syracuse Savings Bank, et al. JUN - 2 1987 | N.Y.,E. McLaughlin | CV-86-3954 | 6/18/87 | B87-472 | 1/13/89 D | |
| B-273 | Syracuse Savings Bank v. Bashir Azher, et al. v. Nashua Trust Company, et al. JUN - 2 1987 opposed 6/16/87 | Ariz. Meucke | CIV-86-1793-PCT-CAM | 7/8/87 | B87-514 | 1/13/89 D | |
| B-274 | Syracuse Savings Bank v. Jeffrey M. Seretan JUN - 2 1987 | Cal.,C. Kenyon | CV86-6481-KN (Px) | 6/18/87 | B87-571 | 1/13/89 D | |
| B-275 | Syracuse Savings Bank v. Rick Polisky, et al. JUN - 2 1987 | Cal.,C. Marshall | CV86-6482-CBM (Gx) | 6/18/87 | B87-559 | 1/13/89 D | |
| B-276 | Syracuse Savings Bank v. Sultan Allaudin, et al. JUN - 2 1987 | Cal.,C. Marshall | CV86-6640-CBM (Kx) | 6/18/87 | B87-561 | 1/13/89 D | |
| B-277 | Syracuse Savings Bank v. James Sheehan, et al. JUN - 2 1987 | Cal.,C. Marshall | CV86-6642-CBM (Kx) | 6/18/87 | B87-560 | 1/13/89 D | |
| B-278 | Syracuse Savings Bank v. Jaishankar N. Kenchetty JUN - 2 1987 | Cal.,C. Whelan | CV86-7358-FW | 6/18/87 | B87-570 | | |
| B-279 | Syracuse Savings Bank v. Loren T. Loppnow JUN - 2 1987 | Cal.,C. Marshall | CV86-7359-CBM (Kx) | 6/18/87 | B87-562 | 1/13/89 D | |
| B-280 | Syracuse Savings Bank v. Frank A. Petrilli, et al. JUN - 2 1987 | Cal.,C. Marshall | CV86-7360-CBM (Kx) | 6/18/87 | B87-563 | 1/13/89 D | |
| B-281 | Syracuse Savings Bank v. Iftikhar Ali Khan, et al. JUN - 2 1987 | Cal.,C. Marshall | CV86-7364-CBM (Kx) | 6/18/87 | B87-564 | 1/13/89 D | |
| B-282 | Syracuse Savings Bank v. Mohan W. Bhasker JUN - 2 1987 | Cal.,C. Kenyon | CV86-7388-KN (Kx) | 6/18/87 | B87-569 | 1/13/89 D | |
| B-283 | Syracuse Savings Bank v. Margaret A. Loesch JUN - 2 1987 | Cal.,C. Marshall | CV86-7403-CBM (Kx) | 6/18/87 | B87-565 | 1/13/89 D | |
| B-284 | Syracuse Savings Bank v. James A. Banker JUN - 2 1987 | Cal.,C. Marshall | CV86-7404-CBM (Kx) | 6/18/87 | B87-566 | 1/13/89 D | |

DOCKET NO. 712 -- In re Boardwalk Marketplace Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-285 | Syracuse Savings Bank v. Jack G. Weinstock   JUN - 2 1987 | Cal.,C. Marshall | CV86-7663-CBM (Kx) | 6|18|87 | B87-567 | 1/3/89 D | |
| B-286 | Syracuse Savings Bank v. Albert Stassis   JUN - 2 1987 | Cal.,C. Marshall | CV86-7670-CBM (Kx) | 6|18|87 | B87-568 | 1/13/89 D | |
| B-287 | Joseph N. Shehab, et al. v. John Peter Galanis, et al.   JUN - 2 1987 | Cal.,C. Marshall | CV87-1920-CBM (Kx) | 6|18|87 | B87-572 | | |
| B-288 | Syracuse Savings Bank v. Stanton Aron   JUN - 2 1987 | Ill.,N. Nordberg | 86-C-8421 | 6|18|87 | B87-476 | 1/13/89 D | |
| B-289 | Syracuse Savings Bank v. Leon Shlofrock, et al.   JUN - 2 1987 | Ill.,N. Leinenweber | 86-C-8678 | 6|18|87 | B87-503 | 1/13/89 D | |
| B-290 | Syracuse Savings Bank v. Christopher R. Cline, et al.   JUN - 2 1987 | Ill.,N. Bua | 86-C-9614 | 6|18|87 | B87-498 | 1/13/89 D | |
| B-291 | Syracuse Savings Bank v. Syed Arif Ahmed   JUN - 2 1987 | Mich.,E. Harvey | 86-CV-30145-PH | 6|18|87 | B87-326 | 1/13/89 D | |
| B-292 | Syracuse Savings Bank v. Christopher Easley   JUN - 2 1987 | Nev. Foley | CV-S-86-1124-RDF | 6|18|87 | B87-586 | 1/13/89 D | |
| B-293 | Syracuse Savings Bank v. Peter Licata, et al.   JUN - 2 1987 | Nev. George | CV-S-86-1125-LDG | 6|18|87 | B87-587 | 1/13/89 D | |
| B-294 | Syracuse Savings Bank v. Richard Secchiaroli   JUN - 2 1987 | Nev. McKibben | CV-S-86-1126-HDM | 6|18|87 | B87-588 | 1/13/89 D | |
| B-295 | Syracuse Savings Bank v. Frank Boncaro, et al.   JUN - 2 1987 | N.J. Brotman | 86-3539 (SSB) | 6|18|87 | B87-468 | 1/13/89 D | |
| B-296 | Syracuse Savings Bank v. Ralph Ginero   JUN - 2 1987 | N.J. Ackerman | 86-3892 (HAA) | 6|18|87 | B87-495 | 1/13/89 D | |
| B-297 | Syracuse Savings Bank v. Steven G. Siegel   JUN - 2 1987 | N.J. Bissell | 86-3893 (JWB) | 6|18|87 | B87-513 | 1/13/89 D | |

DOCKET NO. 712 -- In re Boardwalk Marketplace Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-298 | Syracuse Savings Bank v. John Brescher, et al. **JUN 2 1987** | N.J. Cowen | 86-3961 (REC) | 6/18/87 | B 87-467 | 1/13/89D | |
| B-299 | Syracuse Savings Bank v. William Wingard, et al. JUN - 2 1987 | N.J. Brown | 86-3962 (GEB) | 6/18/87 | ———— | 11/5/87D | |
| B-300 | Syracuse Savings Bank v. Elliott D. Wexler, et al. JUN - 2 1987 | N.J. Sarokin | 86-4834 (HLS) | 6/18/87 | B87-489 | 1/13/89D | |
| B-301 | Syracuse Savings Bank v. Cedric D. Jones, et al. JUN - 2 1987 | N.C.,E. Fox | 86-56-CIV-2 | 6/18/87 | B87-469 | 1/13/89D | |
| B-302 | Syracuse Savings Bank v. Bhaguan R. Malladi, et al. JUN - 2 1987 | Tex.,E. Steger | L-86-168-CA | 6/18/87 | B87-465 | 1/13/89D | |
| B-303 | Syracuse Savings Bank v. Ravinder Bachireddy, et al. JUN - 2 1987 | Tex.,E. Steger | L-86-169-CA | 6/18/87 | B87-466 | 1/13/89D | |
| B-304 | Syracuse Savings Bank v. Miller Christopherson, et al. JUN - 2 1987 opposed 6/8/87 | Tex.,N. Belew | CA-4-86-898-K | 7/1/87 | B87-604 | 1/13/89D | |
| B-305 | Syracuse Savings Bank v. John C. Cooper, et al. JUN - 2 1987 opposed 6/8/87 | Tex.,N. Mahon | CA-4-86-899-E | 7/1/87 | B87-603 | 1/13/89D | |
| B-306 | Syracuse Savings Bank v. John Sharpe, et al. JUN - 2 1987 | Tex.,S. Sterling | H-86-4140 | 6/18/87 | B87-478 | | |
| B-307 | Syracuse Savings Bank v. Sudhir J. Kapadia, et al. JUN - 2 1987 | Tex.,S. Black | H-86-4141 | 6/18/87 | B87-479 | 1/13/89D | |
| B-308 | Syracuse Savings Bank v. Cecil Cooper, et al. JUN - 2 1987 | Tex.,S. De Anda | H-86-4142 | 6/18/87 | B87-477 | 1/13/89D | |
| B-309 | Syracuse Savings Bank v. Laurance Hamner, et al. JUN - 2 1987 opposed 6/5/87 | Va.,E. Spencer | CA-86-0724-R | 9/28/87 | B87-707 | 1/13/89D | |
| B-310 | Syracuse Savings Bank v. Zane Davis, et al. JUN - 2 1987 | Va.,E. Spencer | CA-86-0725-R | 6/18/87 | B87-480 | 1/13/89D | |
| B-311 | Syracuse Savings Bank v. John K. Miller, et al. JUN - 2 1987 | Wash.,W. Bryan | C86-890-TB | 6/18/87 | B87-521 | 1/13/89D | |

DOCKET NO. 712 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-312 | Syracuse Savings Bank v. Malladi Reddy, et al. 6-16-87 | Cal.,E. Coyle | CV-F-86-581-REC | 7/2/87 | B87-515 | 1/13/89 D | |
| B-313 | Syracuse Savings Bank v. W. James Dobson 6-16-87 | Cal.,E. Karlton | CIV-S-86-1321-LKK-JFM | 7/2/87 | B87-520 | 1/13/89 D | |
| B-314 | Syracuse Savings Bank v. Frank Del Negro 6-16-87 | N.J. Bissell | 86-3598 (JWB) | 7/2/87 | B87-532 | 1/13/89 D | |
| B-315 | Syracuse Savings Bank v. Morton Kantrowitz, et al. 6-16-87 | N.J. Debevoise | 86-4033 | 7/2/87 | B87-488 | 1/13/89 D | |
| B-316 | Syracuse Savings Bank v. Joseph A. Ginarte, et al. 6-16-87 | N.J. Lechner | 86-4730 (AJL) | 7/02/87 | B87-512 | 1/13/89 D | |
| B-317 | Baruch Coleman v. Bernard J. Pitkoff, et al. 6-16-87  opposed 6/30/87 | N.Y.,S. Knapp | 86-CIV-8336 | 9/28/87 | B87-735 | | |

[Note: Oppositions filed in B-247; B-261; B-264; B-266; B-273; B-304; B-305; 309
July '987 - 160 TR/143 XYZ/11 Dis/29 2 Pending (8 opp)

| B-318 | Syracuse Savings Bank v. Michael Witt, et al. 6/30/87 | Cal.,C. Marshall | 86-7672 CBM (Kx) | 7/16/87 | Closed Closed | | |
| B-319 | Syracuse Savings Bank v. Boyd Browne, et al. 6/30/87 | Ill.,N. Shadur | 86-C-8423 | 7/16/87 | B87-540 | 1/13/89 D | Transferee District # same as B-17B |

DOCKET NO. 712 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-320 | Syracuse Savings Bank v. Seshaiah Chittivelu 9-10-89 | Cal.,C. Rafeedie | CV86-6548 ER (JRx) | | | | Vacated 8/3/87 |
| C-321 | Syracuse Savings Bank v. Neil Stefanides, et al. 9-10-89 | Cal.,C. Marshall | 86-6639 CBM (Kx) | 8/3/87 | B87-655 | 1/3/89D | |
| C-322 | Syracuse Savings Bank v. Paul Nicholson 9-10-89 | Cal.,C. Marshall | 86-6643 CBM (Kx) | 8/3/87 | B87-656 | 1/13/89D | |
| C-323 | Syracuse Savings Bank v. Mohammed S. Musvee, et al. 9-10-89 | Cal.,C. Marshall | 86-7379 CBM (Kx) | 8/3/87 | BB7-657 | 1/13/89D | |
| C-324 | Syracuse Savings Bank v. George Barnitt, et al. 7-22-87 | Cal.,C. Kenyon | CV86-6552 KN (Bx) | 8-7-87 | B87-657x | | |
| C-325 | Syracuse Savings Bank v. Thomas E. Seidel, et al. v. Timothy Hopkins, et al. 12/21/87 | Cal.,S. Enright | 86-2109-E (IEG) | 1-6-88 | B88-25 | 1/13/89D | |
| C-326 | Vincent Lanteri, M.D. v. Agulnick & Company, et al. v. Binghampton Savings Bank, et al. 9-24-87 oppose 10/08/87 | N.J. Debevoise | 86-4544 Vacated | | | | CTO Vacated 1-27-88 |
| C-327 | Syracuse Savings Bank v. Douglas E. Fleit 10-19-87 | Va.,E. Bryan | 86-1335-A | 11/4/87 | B87-347 | 1/13/89D | |
| XYZ-328 | Syracuse Savings Bank v. Sidney Gael, et al. | D. Conn. | 87-0651 | | | | |
| C-329 | Syracuse Savings Bank v. Mosiula F. Tatupu, et al. 1/11/87 | Cal.,S. Enright | 86-2108 E (IEG) | 1/27/88 | B88-89 | | |
| XYZ-330 | Lawrence Stern v. John Peter Galanis, et al. | D. Conn. | 88-74 | | | | |

July 1988 - 21 TR/2 XYZ / 8 Dis / 30 7 Pdg.

July 1992 - 181 Tr/153 XYZ/ 287 dismd / 47 Pending

DOCKET NO. 712 _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-320 *31* | Barclays American/Business Credit, Inc. v. Gerald Sherman, et al. | D. Conn. | B-87-147 ------- | | | 4/27/88D | |
| XYZ-321 *32* | Barclays American/Business Credit, Inc. v. Suguna Siramdasu | D. Conn. | B-87-240 ------- | | | 4/27/88D | |
| XYZ-322 *33* | Barclays American/Business Credit, Inc. v. Porter S. Little, et al. | D.Conn. | B-87-243------- | | | 4/27/88D | |
| XYZ-323 *334* | Barclays American/Business Credit, Inc. v. David Weston | D. Conn. | B-87-245------- | | | 4/27/88D | |
| XYZ-324 *335* | Barclay American/Business Credit, Inc. v. Gilbert Nutt | D. Conn. | H-86-982------- | | | 4/27/88D | |
| XYZ-325 *336* | Federal Savings and Loan Ins. Co. v. John P. Galintis, et al. | D. Conn. | B-88-0501 | | *MDL-712* | | |
| D-325 *337* | National Union Fire Insurance Company of Pittsburgh, PA. v. Mason, Perrin & Kanovsky, et al. | D. D.C. Jackson | 89-CV-2196 | *denied* | | *6/6/90 D* | |
| D-338 | Syracuse Savings Bank v. Robert Claus, et al. | D. Conn. | B87-497-WWE | | | | |
| D-339 | Syracuse Savings Bank v. Deborah L. McCullough | D. Conn. | B87-650-WWE | | | | |
| D-340 | Syracuse Savings Bank v. Wm Orlowski | D. Conn. | B87-670-WWE | | | | |

*July 1989 — 5 XYZ/259 Dis/53 Pdg.*

*July 1990 - 2 XYZ/8 Dis/46 Pending*

JPML FORM 1 -- Continuation    Listing of Involved Actions --.p._____

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-341 | Barclays American/Business Credit, Inc. v. Arthur B. De Cordova | D. Conn. Eginton | 87-CV-172 | | | | |
| XYZ-342 | Raghvendra K. Tamasker, et al. v. John Peter Galanis, et al. | D. Conn. Eginton | 87-CV-239 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 712 -- In re Boardwalk Marketplace Securities Litigation

Adopted by Panel 4/3/90 - List Provided by Magistrate Margolis

PLAINTIFF/DEFENDANTS INVESTOR LIAISONS
Richard Fuchs, Esq.
Joan C. Harrington, Esq.
Michael P. Koskoff, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT  06604

Stephen P. Hoffman, Esq.
Stanley M. Grossman, Esq.
Pomerantz, Levy, Haudek,
  Block & Grossman
295 Madison Avenue
New York, NY  10017

GALLO
Eugene A. Spector, Esq.
John F. Innelli, Esq.
Eugene A. Spector & Associates
Lewis Tower Bldg., Suite 624
Philadelphia, PA  19102

Bertram Bronzaft, Esq.
Scott W. Fisher, Esq.
1501 Broadway
New York, NY  10036

SYRACUSE SAVINGS BANK
John Spellman, Esq.
Klehr, Harrison, Harvey, Branzburg
  & Ellers
1401 Walnut Street
Philadelphia, PA  19102

POLARD & VANESS
Arnold J. Bai, Esq.
Bai, Pollock & Dunigan
10 Middle Street
Bridgeport, CT  06604

BINGHAMTON SAVINGS BANK
David W. Schneider, Esq.
Ben A. Solnit, Esq.
Alan Sobol, Esq.
Tyler, Cooper & Alcorn
P.O. Box 1936
New Haven, CT  06509

AFL
DACEY & WESTMAR
Jack L. Block, Esq.
Candace J. Fabri, Esq.
Steven A. Drizin, Esq.
Sachnoff, Weaver & Rubenstein, Ltd.
30 South Wacker Drive, Suite 2900
Chicago, IL  60606

MASON, ET AL.
Richard Slavin, Esq.
Richard G. Kent, Esq.
Richard L. Albrecht, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604

Robert E. Meshel, Esq.
Stephen F. Willig, Esq.
D'Amato & Lynch
70 Pine Street
New York, NY  10270-0927

MP&K
Mark B. Seiger, Esq.
Halloran, Sage, Phelon & Hagarty
1 Financial Plaza
Hartford, CT  06103

GRANT THORNTON
Staney J. Parzen, Esq.
Herbert L. Zarov, Esq.
Mayer, Brown & Platt
231 South LaSalle Street
Chicago, IL  60604

JOHN PETER GALANIS
(No address)

CONTINUED ON NEXT PAGE

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. __712__ -- In re Boardwalk Marketplace Securities Litigation

Magistrate Margolis list continued

BOTCHMAN
Graeme W. Bush, Esq.
Julia L. Porter, Esq.
Chaplin & Drysdale, Chartered
One Thomas Circle N.W.
Washington, D.C. 20005

PUBLIC LOAN CO.
Bennett H. Last, Esq.
Gilbride, Tusa, Last & Spellane
420 Lexington Avenue
New York, NY 10170

HOME BANK
Ann M. Siczewicz, Esq.
Schatz & Schatz, Ribicoff & Kotkin
90 State House Square
Hartford, CT 06103-3902

EMPIRE
Richard Moot, Esq.
Moot & Sprague
2300 Main Place Tower
Buffalo, NY 14202

L & M
Raymond B. Green, Esq.
Hyacinth Douglas-Bailey, Esq.
Karen Goodwin, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103-3499

COLUMBIA FEDERAL SAVINGS BANK
Alfred J. Jennings, Esq.
Zeldes, Needle & Cooper
333 State Street
P.O. Box 1740
Bridgeport, CT 06601

FRIEDMAN & SHAFTAN, P.C.
Marc S. Dreier, Esq.
Fulbright, Jaworski & Reavis
  McGrath
345 Park Avenue
New York, NY 10154

Peter Clark, Esq.
Williams, Cooney & Sheehy
1 Lafayette Circle
Bridgeport, CT 06604

MR. LOUIS ROSEN (pro se)
32750 Cedar Road
Pepper Pike, OH 44124

(???)
Cameron Clark, Esq.
Paul, Weiss, Rifkind, Whareton
  & Garrison
1285 Avenue of the Americas
New York, NY 10019

TOUCHE ROSS
Harold Langsan, Esq.
Shea & Gould
1251 Ave. of the Americas
New York, NY 10020-1193

GERSTAR MFG. CORP.
Philip L. Graham, Esq.
Sullivan & Cromwell
125 Broad Street
New York, NY 10004

MR. SAMUEL ROSENGARTEN (pro se)
799 N.W. 3rd Ave.
Boca Raton, FL 39487   Corr. Returned

YOUNG
Scott Harrington, Esq.
Richard E. Castiglioni, Esq.
Scott S. Centrella, Esq.
Deserio, Martin, O'Connor &
  Castiglioni
One Atlantic Street
Stamford, CT 06901

DEFENDANTS
Frederick V. Conard, Esq.
Richard R. Steinmetz, Esq.
Shipman & Goodwin
799 Main Street
Hartford, CT 06103

D. William Subin, Esq.
Michael Learn, Esq.
2307 New Road
Northfield, NJ 08225

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __712__ -- __In re Boardwalk Marketplace Securities Litigation__

| Notice of Oppositions | |
|---|---|
| LAURANCE HAMNER *(B-309)* (opposed 6/15/87)<br>Parket E. Cherry, Esquire<br>Purcell, Cherry, Kerns, Abady<br>  & Seymour<br>806 Mutual Building<br>Richmond, Virginia | THE PUBLIC LOAN COMPANY, INC. *(B-317)*<br>Bennett H. Last, Esquire<br>Gilbride, Tusa, Last & Spellane<br>420 Lexington Avenue<br>New York, New York 10170 |
| BASHIR AZHER (opposed 6/16/87)<br>RUBINA AZHER<br>NASHUA TRUST COMPANY<br>James E. Brophy, III, Esquire<br>Ryley, Carlock & Applewhite, P.A.<br>101 N. 1st Avenue<br>26th Floor, Arizona Bank Bldg.<br>Phoenix, Arizona 85003-1973 | |
| ALLEN CHRISTOPHERSON, ET AL.<br>JOHN C. COOPER (opposed 6/18/87)<br>David R. Seidler, Esquire<br>Shannon, Gracey, Ratliff & Miller<br>2200 First City Bank Tower<br>201 Main Street<br>Fort Worth, Texas 76102-3191 | ALLEN CHRISTOPHERSON, ET AL.<br>JOHN C. COOPER (opposed 6/18/87)<br>Michael J. McDanold, Esquire<br>Reynolds, White, Allen & Cook<br>  Chartered<br>1667 K Street, N.W., Suite 300<br>Washington, D.C. 20006 |
| (Opposed 6/30/87)<br>BARUCH COLEMAN (B-317)<br>Robert L. Rattet, Esq.<br>600 Third Avenue<br>New York, New York 10016 | |
| BERNARD J. PITKOFF *(defts B-317)*<br>KAREN PITKOFF<br>BERNARD J. PITKOFF & COMPANY<br>BERNARD J. PITKOFF & COMPANY, INC.<br>Lester Esterman, Esq.<br>Hart & Hume<br>10 East 40th Street<br>New York, NY 10170 | SYRACUSE SAVINGS BANK *(B-309)*<br>William A. Harvey, Esq.<br>Klehr, Harrison, Harvey, Branzburg<br>  Ellers & Weir<br>1401 Walnut Street<br>Philadelphia, PA 19102 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. ___712___ -- _____

OPPOSITION TO CTO FILED 10/08/87

VINCENT LANTERI, M.D. (C-326)
A. Dennis Terrell, Esq.
Shanley & Fisher
131 Madison Avenue
Morristown, New Jersey 07960

AGULNICK & COMPANY
BRUCE AGULNICK
SANFORD A. SCHWARTZ (Defts. in C-326)
Charles K. Meuse, Esq.
Tompkins, McGuire & Wachenfeld
550 Broad Street
Newark, New Jersey 07102

BINGHAMPTON SAVINGS BANK (Dfts. C-326)
David W. Schneider, Esq.
Tylor Cooper & Alcorn
P.O. Box 1936
New Haven, Connecticut 06509

SAMUEL ROSENGARTEN (Deft. C-326)
Howard M. Davis, P.C.
743 Northfield Avenue
W. Orange, New Jersey 07052

JAY BOTCHMAN (Deft. C-326)
Graeme W. Bush, Esq.
Caplin & Drysdale
One Thomas Circle, N.W.
Suite 1200
Washington, D.C. 20005

Salber, Schlesinger, Satz &
  Goldstein
One Gateway Center, Suite 9
Newark, New Jersey 07102

CHURCHILL INVESTMENT CORPORATION
  (Deft. in C-326)
Laurie E. Brecher, Esq.
Howard, Darby & Levin
10 East 53rd St. - 35th Floor
New York, New York 10022

AMERICAN FUNDING (Deft. in C-326)
Jack L. Block, Esq.
Sachnoff, Weaver & Rubenstein
30 South Wacker Drive
Suite 2900
Chicago, Illinois 60606

GRANT THORNTON, CO. (Deft. C-326)
Teresa N. Cavenagh, Esq.
Duane, Morris & Heckscher
1500 One Franklin Plaza
Philadelphia, Pennsylvania 19102

JOHN PETER GALANIS (Deft. C-326)
Pullman, Comley, Bradley & Reeves
855 Main Street
Bridgeport, Connecticut 06604

STANLEY ORLICKI
DOUGLAS C. ADAMS
RICHARD D. YOUNG
CHURCHILL PRIVATE CAPITLA CORP.
 NASHUA HOLDINGS, INC.

unable to determine counsel
and address

CTO Vacated

JPML FORM 2A -- Continuation ⊕

Counsel of Record -- p. _1-A_

DOCKET NO. _712_ -- In re Boardwalk Marketplace Securities Litigation

Atty. #001

    Stanley M. Grossman, Esq.
    Pomerantz, Levy, Haudeck, Block &
      Grossman
    295 Madison Avenue
    New York, New York   10017

Atty. #002

    Lawrence Sucharow, Esquire
    Goodkind, Wechsler, Labaton & Rudoff
    122 East 42nd Street
    New York, New York   10168

Atty. #003

    Marian Probst Rosner, Esquire
    Wolf, Popper, Ross, Wolf & Jones
    845 Third Avenue
    New York, New York   10022

Atty. #004

    Michael P. Koskoff, Esquire
    Koskoff, Koskoff & Bieder, P.C.
    55 Chapel Street
    Bridgeport, CT   06604

Atty. #005

    Barry I. Fredericks, Esquire
    Certilman Haft Lebow Balin
      Buckley & Kremer
    805 Third Avenue
    New York, New York   10022

Atty. #006

    Stuart H. Savett, Esquire
    Kohn, Savett, Klein & Graf, P.C.
    1101 Market Street
    Philadelphia, PA   19103

Atty. #007

    Daniel W. Krasner, Esquire
    Wolf, Haldenstein, Adler, Freeman & Hertz
    270 Madison Avenue
    New York, New York

Atty. #008

    Eugene A. Spector, Esquire
    624 Lewis Tower Building
    15th & Locust Streets
    Philadelphia, PA 19102

Atty. #009

    Jeffrey M. Zalkin, Esquire
    Shaw, Goldman, Licitra, Levine
      & Weinberg
    1010 Franklin Avenue
    Garden City, New York   11530

Atty. #010

    Michael A. Zielinski, Esquire
    Weiner & Hendler, P.A.
    P.O. Box 1367
    New Brunswick, N.J. 08903

Atty. #011

    Teresa N. Cavenagh, Esquire
    Duane, Morris & Heckscher
    1500 One Franklin Plaza   opposed 10/08/87
    Philadelphia, PA   19102

Atty. #012

    Dennis H. Sherman, Esquire
    217 PDC Building
    3659 South Green Road
    Cleveland, OH   44122

Atty. #013

    David W. Schneider, Esquire
    Tylor Cooper & Alcorn
    P.O. Box 1936   opposed 10/08/87
    New Haven, CT   06509

Atty. #014

    Cameron Clark, Esquire
    Paul, Weiss, Rifkind, Whareton &
      Garrison
    1285 Avenue of the Americas
    New York, New York 10019

JPML FORM 2A -- Continuation

Counsel of Record -- p. _2-A_

DOCKET NO. _____ --   In re Boardwalk Marketplace Securities Litigation

---

Atty. #015

    Graeme W. Bush, Esquire
    Caplin & Drysdale
    One Thomas Circle, N.W.  *opposed 10/08/87*
    Suite 1200
    Washington, D. C.   20005

Atty. #016

    Carl T. Holt, Esquire
    Farrell & Barr
    22 Fifth Street
    Stamford, CT  06905

Atty. #017

    Laurie E. Brecher, Esquire  *opposed 10/08/87*
    Howard, Darby & Levin
    10 East 53rd St. - 35th Fl.
    New York, New York 10022

Atty. #018

    C. Daniel Chill, Esquire
    Graubard, Moskovitz, Dannett,
      Horowitz & Mollen
    600 3rd Avenue
    New York, New York  10016

Atty. #019

    Mark Morris, Esquire
    Shaw, Spangler & Roth
    1700 Broadway
    Suite 1400
    Denver, CO  80290-1498

Atty. #020

    Blank, Rome, Comisky & McCauley
    4 Penn Center
    Philadelphia, PA  19103

Atty. #021

    Ann M. Siczewicz, Esquire
    Schatz & Schatz, Ribicoff & Klotkin
    One Financial Plaza
    Hartford, CT  06103

Atty. #022

    Manley Thaler, Esquire
    1300 N. Federal Highway
    Boca Raton, Florida  33432

Atty. #023

    Robert E. Meshel, Esquire
    D'Amato & Lynch
    70 Pine Street
    New York, New York 10270

Atty. #024

    Donald A. Mitchell, Esquire
    30 Main Street, Suite 500 A
    Danbury, CT  06810

Atty. #025

    Bennett H. Last, Esquire
    Gilbride, Tusa, Last & Spellane
    420 Lexington Ave.
    New York, New York  10170

Atty. #026

    Christopher F. Droney, Esquire
    Reid & Riege, P.X.
    One State Street
    Hartford, Connecticut 06103

Atty. #027

    Shea & Gould
    330 Madison Avenue
    New York, New York  10017

Atty. #028

    Frederick U. Conard, Jr., Esquire
    Shipman & Goodwin
    799 Main Street
    Hartford, CT  06103

JPML FORM 2A -- Continuation ●

Counsel of Record -- p. *3-A*

DOCKET NO. *712* --   In re Boardwalk Marketplace Securities Litigation

Atty. #029

> Brenda A. Eckert, Esquire
> Shipman & Goodwin
> 799 Main Street
> Hartford, CT  06103

Atty. #030

> Richard Albrecht, Esquire
> Cohen & Wolf
> 1115 Broad Street
> Bridgeport, CT  06605

Atty. #031

> Michael D. O'Connell, Esquire
> Danaher, O'Connell, Attmore
>   Tedford & Flaherty
> 60 Washington Street
> Hartford, Connecticut 06106

Atty. #032

> Arnold J. Bai, Esquire
> Bai, Pollock & Dunnigan
> 10 Middle Street
> Bridgeport, Connecticut  06604

Atty. #033

> James M. Andrews, Esquire
> Kalb, Friedman & Siegelbaum
> 7 Becker Farm Road
> Roseland, New Jersey  07068

Atty. #034

> Alan J. Barth, Esquire
> Blume, Elbaum & Seidman
> 101 Pearl Street
> Hartford, Connecticut  06103

Atty. #035

> Howard J. Sedran, Esquire
> Levin & Fishbein
> 320 Walnut Street
> Suite 600
> Philadelphia, PA  19106

Atty. #036

> Stuart Levine, Esq.
> Burke, Gerber, Wilen & Francomano
> 9 West Mulberry Street
> Baltimore, Maryland  21201

Atty. #037

> Noram House
> 22 John Street
> London WCI N3BL
> Great Britain

Atty. #038

> Joseph F. Skelley, Jr., Esq.
> Skelley, Clifford, Vinkels, Williams
>   & Rottner, P.C.
> Twelve Charter Oak Place
> Post Office Box 14890
> Hartford, Connecticut  06114

Atty. #039

> James G. Green, Jr., Esq.
> Pepe & Hazard
> One Corporate Center
> Hartford, Connecticut 06103

Atty. #040

> Raymond B. Green, Esq.
> Day, Berry & Howard
> City Place
> Hartford, Connecticut 06103-3499

Atty. #041

> Richard D. Hart, Esq.
> Condon & Forsyth
> 1900 Avenue of the Stars, Suite 650
> Los Angeles, CA  90067

Atty. #042

> Jack Corinblit, Esquire
> Marc M. Seltzer, Esquire
> Corinblit & Seltzer
> 3700 Wilshire Blvd, Ste. 820
> Los Angeles, California  90010

JPML FORM 2A -- Continuation

Counsel of Record -- p. _4·A·_

DOCKET NO. _712_ -- __In re Boardwalk Marketplace Securities Litigation__

---

Atty. #043

    Richard S. Davis, Esquire
    Stanley J. Adelman, Esquire
    Rudnick & Wolfe
    203 North LaSalle St., Suite 1800
    Chicago, IL  60601-1293

Atty. #044

    William J. O'Connor, Esquire
    Roger J. Kelly, Esquire
    Zukowski, Rogers & Flood
    179 W. Washington, Ste. 1025
    Chicago, Illinois  60602

Atty. #045

    Stewart M. Weltman, Esquire
    Anthony C. Valiulis, Esquire
    Howard M. Cohen, Esquire
    Much, Shelist, Freed, Denenberg,
     Ament & Eiger, P.C.
    200 N. LaSalle, Ste. 2100
    Chicago, Illinois  60601

Atty. #046

    Martin Stein, Esquire
    Certilman, Haft, Lebow, Balin,
     Buckley & Kremer
    805 Third Avenue
    New York, New York  10022

Atty. #047

    Elmer L. Roller, Esquire
    Rutledge, Manion, Rabaut & Terry
    2300 Buhl Building
    Detroit, Michigan  48226

Atty. #048

    Robert Kaplow, Esquire
    Kevin Kenna, Esquire
    17220 W. Twelve Mile Road
    Ste. 200
    Southfield, Michigan  48076

Atty. #049

    Austin    Dennis H. Sherman, Esq.
    26111 E    480 Vantage Point Bldg.
    Southfi    27600 Chagrin Blvd.
            Cleveland, OH  44122

Atty. #050

    Bathgate, Wegener, Wouters & Neuman
    Gateway Three Center
    Newark, New Jersey  07102

Atty. #051

    Herbert Kozlov, Esquire
    Certilman, Haft, Lebow, Balin,
     Buckley & Kremer, Esquires
    241 Main Street
    Hackensack, New Jersey  07601

Atty. #052

    Joel H. Aronow, Esquire
    Ballen, Keiser, Gertel
     Feldman & Agre
    Midlantic Bank Building
    Broadway & Cooper Streets
    Camden, New Jersey  08102

Atty. #053

    Jahos, Broege & Shaheen, Esquires
    Irish Building
    176 Riverside Avenue
    Post Office Box 8459
    Red Bank, New Jersey  07701

Atty. #054

    Dominic J. Aprile, Esquire
    Bathgate, Wegener, Wouters
    Gateway III
    Newark, New Jersey  07102

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _5-4_

DOCKET NO. _712_ -- In re Boardwalk Marketplace Securities Litigation

Atty. #055

G. Martin Meyers, Esquire
Meyers & Goldthwaite
35 W. Main Street, Ste. 106
Denville, New Jersey   07834

Atty. #056

Barry I. Fredericks, Esquire
Certilman, Haft, Lebow, Balin,
  Buckley & Kremer
39 Hudson Street
Hackensack, New Jersey   07601

Atty. #057

Harris A. Cahn, Esquire
Sheetwood, Cahn & Klepesch
333 Littleton Road
Parsippany, New Jersey   07054

Atty. #058

Paul R. Rajan, Esquire
2 Lincoln Highway, Ste. 304
Edison, New Jersey   08820

Atty. #059

Wacks, Hersh, Ramsey & Berman
222 Ridgedale Avenue
Post Ofice Box 2249R
Morristown, New Jersey   07960

Atty. #060

Frank J. Cremen, Esquire
302 E. Carson, #1004
Las Vegas, Nevada   89101

Atty. #061

Dennis H. Sherman, Esquire
217 PDC Building
3659 South Green Road
Beachwood, Ohio   44122

Atty. #062

Jay M. Levin, Esquire
1737 Chestnut Street, Ste. 1200
Philadelphia, PA   19103°

Atty. #063

Frank J. McDonnell, Esquire
Haggerty, McDonnell & O'Brien
Jordan Building
203 Franklin Avenue
Scranton, Pennsylvania   18503

Atty. #064

Robert E. Eicher, Esquire
Stephen E. Baril, Esquire
919 East Main Street
Post Office Box 1320
Richmond, Virginia 23210

Atty. #065

Howard M. Davis, P.C.   opposed 10/08/87
743 Northfield Avenue
W. Orange, New Jersey   07052

Atty. #066

Steven G. Janik, Esquire
Ulmer, Berne, Laronge, Glickman & Curtis
900 Bond Court Building
Cleveland, Ohio   44114

Atty. #067

C. William Phillips, Esquire
Howard, Darby & Levin
10 East 53rd St. - 35th Floor
New York, New York   10022

Atty. #068

Jeffrey A. Catanzarite, Esquire
2841 Riviera Drive, #202
Akron, Ohio   44313

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _6-A_

DOCKET NO. _712_ -- In re Boardwalk Marketplace Securities Litigation

Atty. #069

G. Martin Meyers, Esquire
15 Village Plaza
P.O. Box 628
South Orange, New Jersey 07079

Atty. #070

Ann M. Caldwell, Esq.
Baskin, Flaherty, Elliott & Mannino
1800 Three Mellon Bank Center
Philadelphia, Pennsylvania 19102

Atty. #071

McCarter & English Esquires
550 Broad Street
Newark, New Jersey 07102

Atty. #072

Saiber, Schlesinger, Satz & Goldstein
One Gateway Center, Ste. 9
Newark New Jersey 07102   _opposed 10/08/87_

Atty. #073

Robert P. Lobue, Esquire
Patterson, Belknap Webb & Tyer
30 Rockefeller Plaza
New York, New York 10112

Atty. #074

Timothy H. Hanna, Esquire
Amer Cunningham & Brennan
1100 First National Tower
Akron, Ohio 44308

Atty. #075

Denis McInery, Esquire
Davis, Polk & Wardwell
One Chase Manhattan Plaza
New York, New York 10015

Atty. #076

John M. Satalic, Esquire
Mayer, Brown & Platt
190 South LaSalle Street
Chicicago, Illinois 60603

Atty. #077

William A. Harveym, Esquire
Klehr, Harrison, Harvey, Branzburg,
  Ellers & Weir
1401 Walnut St., 8th Floor
Philadelphia, PA 19102

Atty. #078

Jack L. Block, Esq.
Sachnoff, Weaver & Rubenstein
30 South Wacker Drive
Suite 2900
Chicago, Illinois 60606   _opposed 10/08/87_

Atty. #079

David G. Hetzel, Esquire
Hebb & Gitlin
One State Street
Hartford, Connecticut 06103

Atty. #080

Laurence D. Paskowitz, Esq.
Pomerantz, Levy, Haude, Block
  & Grossman
295 Madision Avenue
New York, New York 10017

Atty. #081

William R. Thompson, Esq.
Klehr, Harrision, Harvey,
Branzburg, Ellers & Weir
1401 Walnut Street
Philadelphia, Pennsylvania 19102

Atty. #082

Gutkin, Miller, Shapiro,   _removed already_
  Selesner & Shoobe
225 Milburn Avenue
Millburn, NJ 07041

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _7-A_____

DOCKET NO. _712_ __In re Boardwalk Marketplace Securities Litigation

Atty. #083

Kwiatkowski & Ryan
131 Tulip Avenue
Floral Park, NJ  11001

Atty. #084    *opposed 6/16/87*

James E. Brophy, III, Esq.
Ryley, Carlock & Applewhite, P.A.
101 N. 1st Avenue
26th Floor, Arizona Bank Bldg.
Phoenix, AZ  85003-1973

Atty. #085

Minkow & Benson
First Financial Plaza
16830 Ventura Blvd., Suite 500
Encino, CA  91436

Atty. #086

Paul H. Samuels, Esq.
9440 Santa Monica Blvd., 8th Floor
Beverly Hills, CA  90210

Atty. #087

Gary A. Weinstraub, Esq.
614 W. Monroe Street
Chicago, IL  60606

Atty. #088

Robert A. Bush, Esq
Bush & Bush, P.C.
200 Myrtle Street
Elizabeth, IL  61028

Atty. #089

W. Leslie Sully, Jr., Esq.
Sully, Leinhard & Raizin
1414 Valley Bank Plaza
300 South Fourth Street
Las Vegas, NV  89101

Atty. #090

Jeffrey N. Samuels, Esq.
1409 South Eastern Avenue
Las Vegas, NV  89104

Atty. #091

Steven G. Siegel
8 Exeter Lane
Morristown, NJ  07960

Atty. #092

Schwartz, Pizano, Simon & Edelstein
293 Eisenhower Pky.
Livingston, NJ  07039

Atty. #093

Martin Stein, Esq.
Certilman, Haft, Lebow, Esqs.
241 Main Street
Hackensack, NJ  07601

Atty. #094

Joseph H. Stallings, Esq.
Beaman, Kellum & Stallings, P.A.
Post Office Box 866
New Bern, NC  28560

Atty. #095

C. David Porter, Esq.
Porter & Duran
111 South Second
Lufkin, TX  75901

Atty. #096    *opposed 6/18/87*

David R. Seidler, Esq.
Shannon, Gracey, Ratliff & Miller
2200 First City Bank Tower
201 Main Street
Fort Worth, TX  76102-3191

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 8-A

DOCKET NO. 712 -- In re Boardwalk Marketplace Securities Litigation

Atty. #097

    Merrill Shields, Esq.
    Dula, Shields & Egbert
    6960 Texas Commerce Tower
    Houston, TX 77002

Atty. #098

    Robert A. Shults, Esq.
    Shults, Hetherington, Linder & Tarics
    1800 West Loop South, Suite 950
    Houston, TX 77027

Atty. #099

    Parker E. Cherry, Esq.
    Purcell, Cherry, Kerns, Abady & Seymour
    806 Mutual Building
    Richmond, VA 23219

Atty. #100

    Herbert C. Gill, Jr., Esq.
    Rudy, Gill, Keown, Evans and Mikula
    Post Office Box 21 or 58
    Chesterfield, VA 23832

Atty. #101

    Hollis H. Barnett, Esq.
    Campbell, Dille, Barnett, McCarthy &
    Adams
    317 So. Meridican
    Puyallup, WA 98371

Atty. #

    SULTAN ALLAUDIN
    ALMAS ALLAUDIN
    18946 Granada Circle
    Northridge, CA 91326

Atty. #

    JOHN & ANTOINETTE BRESCHER
    161 Dyckman Place
    Basking Ridge, NJ 07920

Atty. #

    KELLY A. PETRILLI
    22043 Paruin Drive
    Saugus, CA 91350

Atty. #

    IFTIKHAR & MARIA KHAN
    4154 Tenango Road
    Claremont, CA 91711

Atty. #

    JAMES A. BANKER
    640 Hermosa Avenue, #3
    Hermosa Beach, CA 90254

Atty. #

    JACK G. WEINSTOCK
    24314 W. Malibu Road
    Malibu, CA 90265

Atty. #

    ALBERT STASSIS
    9818 Hamden Street
    Pico Rivera, CA 90660

Atty. #

    JAMES SHEEHAN    returned
    BETTE SHEEHAN
    11658 Wake Circle
    Cypress, CA 90630

Atty. #

    CAROL & HOWARD NEUNER
    16921 Englewood Rd., N.E. #304
    Bothell, WA 98011

Atty. #

    ROGER & SANDRA PETERSON
    6501 Antares, N.E.
    Albuquerque, N.M. 87111

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____ *9-A*

DOCKET NO. ___712___ --   In re Boardwalk Marketplace Securities Litigation

Atty. #

  DOUGLAS C. ADAMS *Copy returned*
  Suite 200, 2435 Faber Place
  Palo Alto, CA  94303

Atty. #

  ALAN WEINER
  21515 Chagrin Boulevard
  Suite 101
  Beachwood, Ohio  44122

Atty. #

  JOSE PELAYO *Coll. returned*
  ~~aCalle:~~ Francisco Fidel Suredo 30
  Palma De Mallovca, ~~Spain~~

Atty. #

  LAURENCE H. KLUSKY
  Court Road
  Beadford Village, New York  10506

Atty. #

  NATCO FINANCE CO.
  Agent for Service
  Thomas Williams, Esquire
  790 Lake Avenue
  Greenwich, CT 06830

Atty. #

  MALCOLM SCHWARTZ
  54 Skylark Road
  Springfield, New Jersey 07081

Atty. #

  MILTON BOVERMAN
  3 Glen Avenue
  Royslyn, New York  11576

Atty. #

  SHELDON KRAFT
  95 Horatio Street
  New York, New York  10014

Atty. #

  JAMES & STEPHANIE POLSKA
  35 Bridle Way
  Oakdale, New York  11769

Atty. #

  ISAAC COHEN
  25 Stone Arche Road
  Old Westbury, New York  11568

Atty. #

  MARGARET YARBOROUGH
  3501 Alsace Avenue
  Los Angeles, CA  90016

Atty. #

  JACQUELINE & DAVID STOFFEL
  240 30th Street
  Boulder, CO  80303

Atty. #

  JACK ENGEL
  11641 Pendleton
  Sun Valley, California  91352

Atty. #

  FENANDO FILLAT
  13 Redfield Street
  Rye, New York  10580

Atty. #

  C. CHANDRA GALANIS
  JOHN P. GALANIS
  P.O. BOX 2587
  2928 Camino Del Mar
  Del Mar, California 92014

Atty. #

  RICHARD GEHRON
  5201 Camilla Dr.
  Charlotte, N.C. 28226

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _10-A_

DOCKET NO. _712_ -- __In re Boardwalk Marketplace Securities Litigation__

Atty. #

    GEMSTAR PACIFIC FINANCIAL CORP.
    c/o IMASCO
    1177 West Hastings Street
    Vancouver, B.C. Canada V6E3Y

Atty. #

    CAROL GILLAM
    1325 S. El Molwo Avenue
    Pasadena, CA   91106

Atty. #

    JEROLD WEINGER
    4 Woodgreen Place
    Rockville Center, NY   11570-1344

Atty. #

    VISWANTHA B. REDDY
    13602 Idlewild Dr.
    Orland Park, IL   60462

Atty. #

    SAMUEL L. HAGAN
    908 Fourth Avenue
    Brooklyn, New York 11232

Atty. #

    HELEN R. KANOVSKY
    c/o Mason, Perin & Kanoiusky
    1020 19th Street, N.W.
    Washington, D.C.

Atty. #

    ROBERT & GRACE BOZE
    5343 Appian Way
    Long Beach, California   90803

Atty. #

    PARUCHURI KRISHNAIAH
    119 Shadow Ridge Drive
    Pittsburgh, Pennsylvania   15238

Atty. #

    PENELOPE CHAMIS
    2520 Country Club Drive
    Winston Salem, North Carolina   27104

Atty. #

    THOMAS CONLON
    14118 Condary Avenue
    Hawthorne, California   90250

Atty. #

    CHARLES MARTINO
    25 Hemlock Street
    Floral Park, New York   11001

Atty. #

    ROBERT MILLER
    170 McKinley Place
    Glen Rock, New Jersey   07652

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____1_____

DOCKET NO. 712 -- ~~In re Boardwalk Marketplace Securities Litigation~~

ABRAHAMS, SALIEM & FATIMA [Atty.#041]
ADAMS, DOUGLAS C. A-15 thru A-96 [Atty.#]
AHMED, SYED ARIF [Atty.#049]
ALEXANDER GRANT & CO., a/k/a GRANT THORNTON
  [Atty.#011]
ALI, MIR ARIF [Atty.#012]
ALLAUDIN, SULTAN & ALMAS [Atty.#*]
AMERICAN FUNDING LIMITED [Atty.#078]
~~AMERICAN FUNDING LIMITED [Atty.#]~~
ANN K. GROMATSKY, ET AL. (B-272) [Atty.#083]
ANTHONY NASTASI, ET AL. (B-256) [Atty.#056]
APFEL, JEROME B. [Atty.#]
ARNDT, JOEL P. [Atty.#040]
ARON, STANTON [Atty.#087]
ATLANTIC CITY CONSULTANTS, INC. [Atty.#]
AZHER, BASHIR & RUBINA [Atty.#084]
BACHIREDDY, RAVINDER & ARUNA [Atty.#095]
BACHMAN, ARTHUR [Atty.#]
~~BALDOMERO, ANITA [Atty.#082]~~
~~BALDOMERO, ROY [Atty.#082]~~
BANKER, JAMES A. [Atty.#*]
BARCLAYS AMERICAN/BUSINESS CREDIT, INC.
  [Atty.#017]
BARCLAYSAMERICAN/BUSINESS CREDIT, INC.
  [Atty.#080]
BARCLAYSAMERICAN/BUSINESS CREDIT, INC.
  [Atty.#079]
BECKER, SAMUEL H. [Atty.#]
BENSER, LAWRENCE J. [Atty.#]
BERGER, WILLIAM [Atty.#]
BERNSTEIN, MARVIN & JACQUELINE [Atty.#036]
BERSHAD, JACK R. [Atty.#]
BHASKER, MOHAN W. [Atty.#041]
BIEL, MARK [Atty.#038]
BINGHAMTON SAVINGS BANK [Atty.#013]
BIRON, THOMAS E. [Atty.#]
BLANK ROME COMISKY & MCCAULEY [Atty.#014]
BLATT, MARTIN L. [Atty.#038]
BLOOM, RICHARD [Atty.#028]
BLOOMBERG, JEROME & SANDRA [Atty.#005]
BLUME, FRED [Atty.#]
BONO, ALEXANDER D. [Atty.#]
BOONIN, LAWRENCE I. [Atty.#]
BOSCH, FREDERICK J. [Atty.#]
BOTCHMAN, JAY [Atty.#015]
BOTCHMAN, JAY [Atty.#072]
BOVERMAN, MILTON [Atty.#*]
BOYER, PETER J. [Atty.#]
BOZE, GRACE [Atty.#*]
BRACEY, WILLIAM G. [Atty.#063]

BRAVERMAN, ELLIOTT K. [Atty.#]
BRESCHER, JOHN & ANTOINETTE [Atty.#*]
BRICKLIN, ALAN & BONNIE [Atty.#041]
BRIJ MOHAN, ET AL. (A-5) [Atty.#004]
BROCK, DIETER & KATHY [Atty.#041]
BRODER, ROBERT M. [Atty.#]
BROKER, GERALD [Atty.#]
BRUCE, WILLIAM & ELIZABETH [Atty.#028]
BRUNDAGE, LEONARD [Atty.#041]
BURNSIC, DONALD J. [Atty.#040]
BURRILL & BESSER [Atty.#086]
BURRILL, CLAIR [Atty.#086]
CALIFORNIA SECURITY BANK [Atty.#]
CANEL, JR., RICHARD L. [Atty.#]
CARSEY, DARRELL [Atty.#041]
CAZZI, KATHLEEN [Atty.#016]
CELMAYSTER, JAMES & DIANA [Atty.#041]
CHAMIS, PENELOPE [Atty.#*]
CHANDLER, STEPHEN & MAUREEN [Atty.#041]
CHASE, JEFFREY S. [Atty.#062]
CHASE, MYRA [Atty.#062]
CHITNIS, SITARAM [Atty.#058]
CHRISTOPHERSON, ALLEN & CELIA A. [Atty.#096]
CHURCHILL INVESTMENT CORP. [Atty.#017]
CICERO, RALPH [Atty.#093]
CLAUS, ROBERT AND MARCIA [Atty.#041]
CLINE, CHRISTOPHER R. & PAMELA J.
  [Atty.#088]
CODY, DONALD W. [Atty.#041]
COHEN, ISAAC [Atty.#*]
COHEN, MITCHELL S. [Atty.#]
COLLINS, VIRGINIA ANNE & CHARLES R.
  [Atty.#041]
COLUMBIA FEDERAL SAVINGS BANK [Atty.#]
COLUMBUS HOTEL LIMITED PARTNERSHIP [Atty.#]
COMISKY, IAN M. [Atty.#]
COMISKY, MARVIN [Atty.#]
COMMUNITY FEDERAL SAVINGS [Atty.#071]
CONLON, THOMAS [Atty.#*]
CONNER, GEORGE [Atty.#028]
CONSOLIDATED MORTAGE COMPANY [Atty.#]
COOPER, CECIL & OCTAVIA [Atty.#098]
COOPER, JOHN C. & HILDA T. [Atty.#096]
COX, ROGER F. [Atty.#]
CRAIG S. BROWN, ET AL. (B-249) [Atty.#051]
CRAMER, CHRISTOPHER [Atty.#043]
CRAMER, PATRICIA [Atty.#043]
CRUZ, JOSE & ZORAIDA [Atty.#041]
DACEY, WILLIAM [Atty.#078]
DAVID BEACH, ET AL. (A-1) [Atty.#001]

JPME FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. _712_ -- __In re Boardwalk Marketplace Securities Litigation__

DAVIS, MICHAEL A. [Atty.#]
DAVIS, ZANE & CARMEN [Atty.#100]
DEAN, MORRIS J. [Atty.#]
DeMERSCHMAN, LOUIS A. & MARTINA A.
  [Atty.#041]
DEVINE, THOMAS F. [Atty.#]
DONALD RICE, ET AL. (A-6) [Atty.#001]
DREXEL BURNHAM LAMBERT REALTY, INC.
  [Atty.#018]
DUBIN, LEONARD [Atty.#]
DUBRON, ARTHUR & LORRAINE [Atty.#028]
DUERSON, ALICIA [Atty.#045]
DUERSON, DAVID [Atty.#045]
EASLEY, CHRISTOPHER [Atty.#089]
EASTON, EDWIN A. [Atty.#]
EISENBERG, BRUCE A. [Atty.#]
EMPIRE OF AMERICA [Atty.#075]
ENGEL, JACK [Atty.#*]
ENRIGHT, RICHARD [Atty.#]
ENZNO FUSARO, ET AL. (A-12) [Atty.#008]
FARNSWORTH, MIKE & BONNIE [Atty.#046]
FAUCI, JUDITH [Atty.#046]
FAUCI, LARRY [Atty.#046]
FEDERAL DEPOSIT INSURANCE COMPANY [Atty.#]
FEINBERG, JACK [Atty.#038]
FEIT, AARON [Atty.#086]
FEIT, TOBY [Atty.#086]
FERST, BARTON E. [Atty.#]
FILLAT, FENANDO [Atty.#*]
FINE, TOBY [Atty.#041]
FINKELSTEIN, LAWRENCE [Atty.#]
FIRST AMERICAN SERVICES, INC. [Atty.#078]
FIRST NORTHERN COOPERATIVE [Atty.#073]
FISHER, WAYNE & PATRICIA [Atty.#041]
FLANAGAN, DONALD J. [Atty.#041]
FONG, CALVIN & MAY [Atty.#041]
FORMAN, HARVEY I. [Atty.#]
FOXMAN, MICHAEL D. [Atty.#]
FREEDLAND, YOSEF & RACHEL [Atty.#041]
FRIEDMAN & SHAFTAN [Atty.#]
FRIEDMAN, DEAN I. [Atty.#040]
FRIEDMAN, DIANE [Atty.#054]
FRIEDMAN, WILFRED T. [Atty.#]
FRIES, STEPHEN & HARRIET [Atty.#041]
FUCHS, WILLIAM [Atty.#033]
GALANIS, C. CHANDRA [Atty.#*]
GALANIS, JOHN P. [Atty.#*]
GALISZEWSKI, CHARLES [Atty.#057]
GALISZEWSKI, NANCY [Atty.#057]
GEANOULIS, JOHN [Atty.#]

GEHRON, RICHARD [Atty.#*]
GEIGER, ROBERT S. [Atty.#]
GELACK, MICHAEL S. [Atty.#]
GEMSTAR PACIFIC FINANCIAL CORP. [Atty.#*]
GENKIN, BARRY H. [Atty.#]
GERBER, SOL & RUTH [Atty.#041]
GERSHENSON, ALAN C. [Atty.#]
GIGLIO, MICHAEL [Atty.#050]
GILLAM, CAROL [Atty.#*]
GIRARD-DICARLO, DAVID F. [Atty.#]
GLANZ, DAVID [Atty.#028]
GLASSER, BRIAN [Atty.#028]
GLASSMAN, BERNARD [Atty.#]
GLASSMAN, HOWARD T. [Atty.#]
GOLDSTEIN, PAUL [Atty.#086]
GOLDSTEIN, SATINA [Atty.#086]
GORDON, MICHAEL D. [Atty.#]
GOTTLIEB, JEROME & DEBORAH [Atty.#041]
GOWDA, DDS, RAMESH [Atty.#041]
GRANT THORNTON, f/k/a ALEXANDER GRANT & CO.
  [Atty.#011]
GRANT, WILLIAM J. & PATSY J. [Atty.#041]
GRAVATT, JAY A. [Atty.#041]
GRAVATT, MELFORD E. [Atty.#041]
GRAVATT, RODNEY E. [Atty.#041]
GREEN, LAVERNE [Atty.#019]
GREENSPAN, NORMAN E. [Atty.#]
GRIFFITH, GARY R. [Atty.#038]
GRUND, JACK & MIRIAM [Atty.#041]
GUS LEONTARAKIS, ET AL. (A-14) [Atty.#010]
GUSTINI, RAYMOND J. [Atty.#040]
GUTH, PAUL D. [Atty.#020]
HAAS, RUSSELL [Atty.#039]
HAGAN, SAMUEL L. [Atty.#*]
HALLENBECK, GARY & MARILYNN [Atty.#041]
HAMILTON, REED [Atty.#]
HAMNER, LAURANCE & DOROTHEA [Atty.#099]
HANNAN, AHMAD T. [Atty.#049]
HARALAMBOS, ANTHONY & KATHLEEN [Atty.#041]
HATOFF, HAROLD I. [Atty.#]
HAUSMAN, LEONARD & HARIET [Atty.#028]
HEALY LIMITED PARTNERSHIP [Atty.#]
HELLER, F. ARNOLD [Atty.#]
HESSEL, MARK & CAROLYN [Atty.#046]
HICKEY, EMMITT [Atty.#028]
HILLSBERG, JON G. [Atty.#]
HOLMES, DOROTHY & RAYMOND [Atty.#046]
HOLMES, DOUGLAS & PATRICIA [Atty.#041]
HOLMES, NORMAN L. [Atty.#]
HOME BANK & TRUST CO. [Atty.#021]

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _3___

DOCKET NO. _712_  In re Boardwalk Marketplace Securities Litigation _____

HOPPER, JAMES & PATRICIA [Atty.#041]
HORTON, WILLIAM [Atty.#028]
HOWISEY, ROBERT L. & DºANNE [Atty.#041]
HRL JOINT VENTURE [Atty.#046]
HYDE, GERALD D. & MELLISSA J. [Atty.#041]
HYLWA, M.D., THEODORE [Atty.#041]
IANNACOLIO, DANIEL [Atty.#059]
ICKERT, WALTER & LINDA D. [Atty.#041]
~~IDATONYE I. AFONYA, ET AL. (B-247)~~
~~[Atty.#069]~~
JAMES W. KELLY, ET AL. (B-229) [Atty.#086]
JENSEN, VERLYN N. [Atty.#040]
JEROME KREVOLIN, ETC. (A-10) [Atty.#006]
JESSE I. HADDOCK, ET AL. (B-257) [Atty.#056]
~~JOHN R. HANSEL, ET AL. (B-264) [Atty.#074]~~
JONES, CEDRIC D. & SUZAN M. [Atty.#094]
JOSEPH AUGERI, ET AL. (A-7) [Atty.#005]
JOSEPH G. CONSTABILE, ET AL. (A-11)
   [Atty.#007]
JOSEPH N. SHEHAB, ET AL. (B-287) [Atty.#086]
KALTBAUM, GARY & SUZANNE [Atty.#028]
KANOVSKY, HELEN R. [Atty.#*]
KAPADIA, SUDHIR J. & RAJAN S. [Atty.#097]
KASDAY, ANTHONY & CAROL [Atty.#060]
KATAOKA, JOHN & ALICE [Atty.#041]
KATZ, ANDREW W. [Atty.#040]
KAUMP, BRUCE & JANIS [Atty.#041]
KELLERMAN, LENORE [Atty.#046]
KENCHETTY, JAISHANKAR N. [Atty.#041]
KENNEDY, ROBERT & KATHIE [Atty.#041]
KHAN, IFTIKHAR ALI & MARIA [Atty.#*]
KIMMINENI, UDAYASHEREE [Atty.#086]
KING, ALFRED [Atty.#064]
KITNER, DAVID [Atty.#]
KLINGENSMITH, H. JACK [Atty.#]
KLUSKY, LAURENCE H. [Atty.#*]
KOLLITUDES, ERNEST [Atty.#028]
KOMINENI, BHUPAL [Atty.#086]
KRAFT, SHELDON [Atty.#*]
KRESTAL, GONCER M. [Atty.#]
KRISHNAIAH, PARUCHURI [Atty.#*]
KULIK, WAYNE M. [Atty.#041]
KULLER, HENRY M. [Atty.#]
KURTIN, BERNARD J. & LUCILLE [Atty.#041]
LAMBRAN, LOUIS [Atty.#028]
LARKIN, HERZOG KATHLEEN [Atty.#]
LAZORCHAK, JOHN [Atty.#046]
LEAVITT, RICHARD & JUDITH [Atty.#022]
LEE, ROBERT A. [Atty.#041]
LEFF & JENSEN f/k/a LEFF & MASON f/k/a LEFF &

STEPHENSON        [Atty.#040]
LEFF, ERNEST [Atty.#040]
LEVANDER, CHARLES [Atty.#045]
LEVANDER, SANDRA [Atty.#045]
LEVINE, I. STANLEY [Atty.#]
LEVY, DALE PENNYS [Atty.#]
LEWIS C. SOLOMON, ET AL. (B-231) [Atty.#042]
LEWIS, JOHN M. [Atty.#]
LICATA, PETER & BARRY S. [Atty.#090]
LIN, REY SHIUNG & FENG YIN [Atty.#041]
LIPMAN, FREDERICK D. [Atty.#]
LOESCH, MARGARET A. [Atty.#041]
LONG, ROBERT E. [Atty.#028]
LOPPNOW, LOREN T. [Atty.#041]
LORD, G. CRAIG [Atty.#]
LOZEN, FRANKLIN R. [Atty.#041]
LUBLIN, EDWARD L. [Atty.#]
LUONGO, STEPHEN E. [Atty.#]
LYONS CAPITOL CORP. [Atty.#]
MADISON REALTY & DEVEL. CORP [Atty.#]
MADONNA, HARRY D. [Atty.#]
MAHAPATRA, SITIKANTHA [Atty.#041]
MALLADI, BHAGUAN R. & FUHASINI [Atty.#095]
MANGERIS, NICK & CHERYL [Atty.#041]
MANKIKAR, DURGESH [Atty.#028]
MARGOLIS, GERALD [Atty.#086]
MARIRONE, ROBERT V. [Atty.#038]
MARTINO, CHARLES [Atty.#*]
MASON, ARTHUR [Atty.#023]
MASON, ARTHUR D. [Atty.#066]
MASON, PERRIN & KANOVSKY [Atty.#023]
MASON, ROBERT [Atty.#]
MAULFAIR, ROGER [Atty.#026]
MCCAULEY, JR., DANIEL J. [Atty.#]
MCCONNELL JR., JAMES F. [Atty.#030]
MCELROY, RICHARD P. [Atty.#]
MIHIR K. DATTA, ET AL. (B-265) [Atty.#061]
MILANI, JEFFREY J. (B-254) [Atty.#055]
MILLBROOK INVESTER SECURITIES, INC. [Atty.#]
MILLER, JOHN K. & JOYCE L. [Atty.#101]
MILLER, ROBERT [Atty.#*]
MINARDI, JAMES (B-253)    [Atty.#055]
MINOR, JOHN [Atty.#040]
MOELLER, JR., JAMES E. [Atty.#028]
MONDSHINE, ROBERT [Atty.#024]
MONOHARA, SAKREPATNA & JAYASHIREE [Atty.#041]
MONTAGUE, EDGAR B. & SUE C. [Atty.#041]
MOTALA, ABDOOL & HOOSEN [Atty.#028]
MOTALA, F.M. & MOHAMED [Atty.#028]
MRUZIK, MICHAEL [Atty.#028]

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 4

DOCKET NO. 712 -- In re Boardwalk Marketplace Securities Litigation

| | |
|---|---|
| MURPHY, JOSEPH [Atty.#] | PUTTAGUNTA, VENKATA P.S. & CHANDRA K. [Atty.#041] |
| MYERS, JOHN R. [Atty.#043] | QUINTERO, LOUIS & JANET [Atty.#028] |
| NAIK, SHREEPAD R. [Atty.#047] | RABINOWITZ, SAMUEL H. [Atty.#] |
| NALENCZ, LEONARD P. [Atty.#] | RACKLOW, JULIAN P. [Atty.#] |
| NASHUA TRUST COMPANY [Atty.#284] | RAGHAVAN, SAMPATH & JAYANTHI [Atty.#041] |
| NATCO FINANCE CO. [Atty.#*] | RAGHVENDRA K. TAMASKER, ET AL. (B-267) [Atty.#061] |
| NATCO REALTY AND DEVELOPMENT CORP. [Atty.#] | RASTOGI, RAM [Atty.#041] |
| NDIFORCHU, FOMBE & CASSANDRA [Atty.#041] | RATNER, BRUCE [Atty.#029] |
| NEEDEL, BRIAN & MICHELE [Atty.#036] | RAWAL, HARISH & SUCHA [Atty.#041] |
| NEILL, RICHARD & LYNN [Atty.#041] | REARDON, ADAM L. [Atty.#028] |
| NEUNER, CAROL & HOWARD [Atty.#*] | RECKSON, RICHARD E. [Atty.#] |
| NEWMAN, MORTON [Atty.#] | REDDY, D.D.S., KRISHNA [Atty.#041] |
| NEWMAN, ROBERT S. [Atty.#041] | REDDY, VISWANTHA B. [Atty.#*] |
| NITZBERG, STEPHEN L. & EDITH B. [Atty.#041] | REES, SAMUEL T. [Atty.#040] |
| NOPURAFCHAN, ELIS [Atty.#041] | RICHARD SAUNDERS (A-3) [Atty.#003] |
| NORAM ADMINISTRATIVE SERVICES LTD. [Atty.#037] | RICHARDSON, JOSEPH & BONNIE [Atty.#046] |
| NOURAFCHON, ELIS [Atty.#028] | RICHTER, JEROME R. [Atty.#] |
| NUTT, GILBERT [Atty.#046] | ~~ROBERT A. BARANEK, ET AL. (B-266) [Atty.#068]~~ |
| OLIVER, ALFRED W. [Atty.#028 \ 3] | ROBERT BESSER & MARGOLIS [Atty.#086] |
| OLSEN, JR., LEONARD R. [Atty.#] | ROBERT N. BOWKER, ET AL. (A-4) [Atty.#001] |
| OMINSKY, HARRIS [Atty.#] | ROBERTS, WILLIAM H. [Atty.#] |
| ORTISI, SAM [Atty.#048] | ROLSTON, BERNE [Atty.#040] |
| OSHEROW, AARON [Atty.#] | ROME, EDWIN P. [Atty.#] |
| PANTALEO, PETER S. [Atty.#] | ROSEN, LOUIS [Atty.#] |
| PARIETTI, HENRY [Atty.#041] | ROSENBLEETH, RICHARD M. [Atty.#] |
| PATRIZZI, MORRIS [Atty.#035] | ROSENBLOOM, MOREY S. [Atty.#] |
| PATTERSON, JERRY M. [Atty.#] | ROSENGARTEN, SAMUEL [Atty.#065] |
| PAUL RHEINGOLD, ETC. (B-250) [Atty.#052] | ROSENGARTEN, SHIRLEY [Atty.#065] |
| PELAYO, JOSE [Atty.#*] | ROTHSTEIN, MARTIN (B-255) [Atty.#055] |
| PEOPLES NATIONAL BANK [Atty.#] | ROY, SUNIL [Atty.#016] |
| PERLBERGER, NORMAN [Atty.#] | SAKELARIS, HAROLD [Atty.#041] |
| PERLMUTTER, JONA & DONA [Atty.#041] | SANDERS, GREGORY W. [Atty.#040] |
| PERRIN, RICHARD [Atty.#] | SANGER, LILEN [Atty.#046] |
| PETERSON, ROGER & SANDRA [Atty.#*] | SAWKO, MITCHELL & MARILYN [Atty.#041] |
| PETRILLI, FRANK A. & KELLY A. [Atty.#*] | SBOROFSKY, ISADOR [Atty.#028] |
| PLEVINSKY, RICHARD L. [Atty.#] | SBOROFSKY, ISADORE [Atty.#046] |
| POLAKOFF, L. FREDERICK [Atty.#028] | SCHAFFER, LESTER [Atty.#] |
| POLISKY, RICK & CRAIG [Atty.#085] | SCHEIN, HARRY [Atty.#051] |
| POLLARD, STEVEN G. [Atty.#053] | SCHEIN, JANE [Atty.#051] |
| POLLARD, STEVEN G. [Atty.#032] | SCHERZ, ARNOLD [Atty.#028] |
| POLSKA, JAMES & STEPHANIE [Atty.#*] | SCHWARTZ, MALCOLM [Atty.#] |
| PORCARO, FRANK & MARILYN [Atty.#052] | SCHWARTZ, WILLIAM G. [Atty.#] |
| PRASAD, NAGA & RAMA [Atty.#041] | SCOTT, JACK [Atty.#039] |
| PRAVIN J. DOSHI, ET AL. (A-8) [Atty.#005] | SCOTT, TOBY [Atty.#039] |
| PRIVATE CAPITAL CORP. [Atty.#] | SECCHIAROLI, RICHARD [Atty.#089] |
| PUBLIC LOAN CO., INC. [Atty.#025] | SERBAN, GEORGE [Atty.#034] |
| PULASKI, JAMES [Atty.#041] | SERBAN, RITA [Atty.#034] |
| PUTNAM FUNDING, INC. [Atty.#] | SERETAN, JEFFREY M. [Atty.#041] |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ____5____

DOCKET NO. ____12____ -- ~~In re Boardwalk Marketplace Securities Litigation~~

SETO, BONNIE A. [Atty.#043]
SEVERINO, FRANK [Atty.#046]
SHAFTAN, ROBERT P. [Atty.#]
SHAH, RASHMIKANT K. & BHARATI R. [Atty.#041]
SHAPIRO, RAYMOND L. [Atty.#]
SHARPE, JOHN & HENRIETTA [Atty.#097]
SHASTRI, MAHESH & SOMATI [Atty.#041]
SHAW, GILBERT & ALICE K. [Atty.#041]
SHEEHAN, JAMES & BETTE [Atty.#*]
SHEPARD, DENNIS & FRANZISKA [Atty.#041]
SHLOFROCK, LEON & JEAN [Atty.#087]
SHULTS, CHARLES & JOHNNIE RUTH [Atty.#041]
SIEGEL, STEVEN G. [Atty.#091]
SIGMUND, MATTHEW J. [Atty.#]
SMITH, WILLIAM B. [Atty.#041]
SOCHACKI, THOMAS [Atty.#046]
SONG, YO-JUN & EUN-JOO [Atty.#041]
STAKIAS, G. MICHAEL [Atty.#]
STAMM, EARL T. [Atty.#]
STASSIS, ALBERT [Atty.#*]
STEIN, ALEXANDER E. [Atty.#]
STEINMAN, NEAL [Atty.#]
STERN, JOAN N. [Atty.#]
STEVEN SIEDMAN, ET AL. (A-2) [Atty.#002]
STOFFEL, JACQUELINE & DAVID [Atty.#*]
STONELAKE, JR., BENJAMIN G. [Atty.#]
SUOBODA, M.D., JOSEPH [Atty.#028]
SURKIN, RONALD H. [Atty.#]
SUTER, VANE E. [Atty.#086]
SUTTON, DONALD & PATRICIA [Atty.#041]
SWEET, BARRY E. [Atty.#]
SWICHAR, EDWARD I. [Atty.#]
SYRACUSE SAVINGS BANK [Atty.#077]
TAYLOR, III, WILLIAM E. [Atty.#]
TAYLOR, RICHARD [Atty.#028]
THE FRIDAY AGENCY [Atty.#]
THE WHITNEY GROUP, INC. [Atty.#]
THON, RICHARD W. [Atty.#041]
THORNTON, ROBERT R. [Atty.#040]
THRONTON, GRANT [Atty.#076]
TOCICKI, MICHAEL A. [Atty.#]
TOLENTINO, LEANDRO M. & ANITA C. [Atty.#041]
TOUCHE ROSS & CO. [Atty.#027]
TREISER, LEONARD [Atty.#]
TRI-COUNTY SAVINGS & LOANS [Atty.#070]
TRINGALE, DOMENIC [Atty.#048]
TRINGALE, MARION [Atty.#048]
TUTTLE, BILL & DOROTHY [Atty.#028]
VAN NESS, JEREMY D. [Atty.#053]
W.F. HOLDINGS, INC. [Atty.#033]

WAPNBER, ANDREW BERSCHLER [Atty.#]
WATSON, MICHAEL [Atty.#029]
WEINER, ALAN [Atty.#*]
WEINGER, JEROLD [Atty.#*]
WEINSTEIN, STEPHEN D. [Atty.#]
WEINSTOCK, JACK G. [Atty.#*]
WEISBERG, MORRIS L. [Atty.#]
WESTBROOK SECURITIES, INC. [Atty.#]
WESTMOR FINANCIAL [Atty.#078]
WEXLER, ELLIOTT D. & LYNNE N. [Atty.#093]
WEXLER, STEPHEN & BETTE [Atty.#041]
WEYNERT, EDWIN J. [Atty.#]
WHELCHEL, DON V. & DEBORAH K. [Atty.#041]
WIJAYAN RANATHICAM, ET AL. (A-9) [Atty.#005]
WILLIAM A. VITIELLO (A-13) [Atty.#009]
WILLIAM C. SCOPETTO, ET AL. (B-248)
   [Atty.#051]
WILLIAMS, HERBERT [Atty.#]
WILLIAMS, THOMAS J. [Atty.#]
WINGARD, WILLIAM & MARIE [Atty.#092]
WISEMAN, LAWRENCE R. [Atty.#]
WISTED, HAROLD E. [Atty.#044]
WYNKOOP, C. GARY [Atty.#]
YAHATA, JAMES [Atty.#028]
YARBOROUGH, MARGARET [Atty.#*]
YOUNG, RICHARD J. [Atty.#]
ZAVERI, SHAILESH & MAYURI [Atty.#031]
ZIMMERMAN, ROBERT H. [Atty.#]
ZLOTNICK, NORMAN L. [Atty.#038]

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 14

DOCKET NO. 712 -- IN RE BOARDWALK MARKETPLACE SECURITIES LITIGATION

JOHN & HENRIETTA SHARPE (defts. B-306)
SUDHIR J. & RAJAN S. KAPADIA (defts. B-307)
Merrill Shields, Esq.
Dula, Shields & Egbert
6960 Texas Commerce Tower
Houston, TX  77002

CECIL & OCTAVIA COOPER (defts. B-308)
Robert A. Shults, Esq.
Shults, Hetherington, Linder & Tarics
1800 West Loop South, Suite 950
Houston, TX  77027

LAURANCE & DOROTHEA HAMNER (defts. B-309)
Parker E. Cherry, Esq.
Purcell, Cherry, Kerns, Abady & Seymour
806 Mutual Building
Richmond, VA  23219

ZANE & CARMEN DAVIS (defts. B-310)
Herbert C. Gill, Jr., Esq.
Rudy, Gill, Keown, Evans & Mikula
Post Office Box 21 or 58
Chesterfield, VA  23832

JOHN K. & JOYCE L. MILLER (defts. B-311)
Hollis H. Barnett, Esq.
Campbell, Dille, Barnett, McCarthy & Adams
317 So. Meridican
Puyallup, WA  98371

UNABLE TO DETERMINE COUNSEL OF ADDRESS
FOR THE FOLLOWING PARTIES:

MILLBROOK INVESTER SECURITIES, INC.
RICHARD PERRIN
JOHN M. LEWIS
THE WHITNEY GROUP, INC.
WESTBROOK SECURITIES, INC.

MALLADI & PRAVINA REDDY (Defts. in B-312)
Richard D. Hart, Esq.
David A. Senior, Esq.
Condon & Forsyth
1900 Avenue of the Stars
Suite 650
Los Angeles, California  90067

W. JAMES DOBSON (Deft. in B-313)
Joseph Hagler, Esq.
P.O. Box 274
Alamo, California  94507

FRANK DEL NEGRO (Deft. in B-314)
Alan Baldwin, Esq.
Broderick, Newmark, Grather & Aspero
10 Park Place
Morristown, New Jersey  07960

MORTON & BONNIE KANTROWITZ (Defts. in B-315)
Jaffe & Schlesinger
8 Mountain Avenue
Springfield, New Jersey  07081

JOSEPH A. & MARY GINARTE (Defts. in B-316)
Alan L. Zegas, Esq.
20 Northfield Avenue
West Orange,  New Jersey  07052

BARUCH COLEMAN (B-317)
Robert L. Rattet, Esq.          opposed
600 Third Avenue
New York, New York  10016       6/30/87

BERNARD J. PITKOFF
KAREN PITKOFF
BERNARD J. PITKOFF & COMPANY
BERNARD J. PITKOFF & COMPANY, INC.
Lester Esterman, Esq.
Hart & Hume
10 East 40th Street
New York, NY  10170

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. ____712____ -- _____

---

MICHAEL & LISA WITT (Defts. in B-318)
Steven Kay, Esq.
Douglas A. Marshall, Esq.
Blum, Kay & Merkle
100 The Embarcadero, Penthouse
San Francisco, California  94105

BOYD & DONNA BROWN (Defts. in B-319)
Richard D. Hart, Esq.
Condon & Forsyth
1900 Avenue of the Stars
Los Angeles, California  90067

SYRACUSE SAVINGS BANK (C-320 - C-323)

Glenn T. Litwak, Esq.
Herbert N. Wolfe, Esq.
Stone & Wolfe
2121 Avenue of the Stars
Suite 1530
Los Angeles, CA  90067


William A. Harvey, Esq.
Klehr, Harrison, Harvey, Branzburg
  Ellers & Weir
1401 Walnut Street
Philadelphia, PA  19102

SESHAIAH CHITTIVELU (Deft. in C-320)  *Vacated*
604 East Thirty-Ninth
San Bernadino, CA  92404

NEIL & NANCY STEFANIDES  (Defts. in C-321)
30147 Esplendida
Palos Verdes, CA  90274

PAUL NICHOLSON  (Deft. in C-322)  *Corr. Returned*
531 Esplanade, #906
Redondo Beach, CA  90277

MOHAMMED S. MUSVEE
SHAGUFTA S. MUSVEE          (Defts. in C-323)
12375 Edgefield Street
Cerritos, CA  90701

---

SYRACUSE SAVINGS BANK (C-324)
Glenn T. Litwak, Esq.
(Same As C-320)

William A. Harvey, Esq.
(Same As C-320)


GEORGE BARNITT      (Deft. in C-324)  *Corr Ret*
4060 Campus Drive #100
Newport Beach, California  92660

LEE SADTONSTALL      (Deft. in C-324)  *Corr ret*
4060 Campus Drive #100
Newport Beach, California  92660

SYRACUSE SAVINGS BANK (C-325)
Glenn T. Litwak, Esq.  *See LC list*
(Same As C-320)

~~William A. Harvey, Esq. (Same As C-320)~~

THOMAS E. SEIDEL        (Deft. in C-325)
1165 Wales Place
Cardiff, California  92007

FELICIA A. SEIDEL        (Deft. in C-325)
1165 Wales Place
Cardiff, California  92007

TIMOTHY HOPKINS
MEL HERZBERG
TRIST INVESTORS CORPORATION (Defts. in C-325)
F. Latimer Gould, Esq.
956 Vale Terrace
Suite 209
Vista, California    92084

VINCENT LANTERI, M.D. (C-326)
A. Dennis Terrell, Esq.
Shanley & Fisher    *opposed 10/08/87*
131 Madison Avenue
Morristown, New Jersey  07960

*Vacated*

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. __712__ -- IN RE BOARDWALK MARKETPLACE SECURITIES LITIGATION

---

AGULNICK & COMPANY
BRUCE AGULNICK    *opposed 10/08/87*
SANFORD A. SCHWARTZ (Defts. in C-326)
Charles K. Meusé, Esq.
Tompkins, McGuire & Wachenfeld
550 Broad Street
Newark, New Jersey 07102

STANLEY ORLICKI    *opposed 10/08/87*
RICHARD D. YOUNG (Defts. in C-326)
Unable to determine counsel or
address

DOUGLAS E. FLEIT    (Deft. 327)
Martin Stein, Esquire
805 Third Avenue
New York, New York  10022

MOSIULA F. TATUPU, ET AL.(Deft.C-329)
849 Sunnyside Avenue
San Diego, California 92114

COMMON PARTY CHECKLIST   MDL-712

Adams, Douglas C. — A-7, A-8, A-9, A-11, A-12, B-227, B-228; B-229; B-234; 247; B-248, B-249, B-256 - B-257, B-287, C-326

Alexander Grant & Co. — A-1, A-2, A-3, A-4, A-5, A-7, A-8, A-9, A-10, A-11, A-12, A-14, B-231; B-247; B-248, B-249, B-250; B-253, B-254, B-255, B-256, B-257, B-265, B-267, B-272

Ali, Mir Arif — A-15

American Funding Limited — A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-14, B-227; B-228; B-229; B-230; B-231; B-234; B-247; B-248, B-249, B-250, B-253, B-254, B-255, B-256, B-257, B-265, B-267, B-272, B-277, B-294, C-326

Apfel, Jerome B. — A-11

Aresty, Joel M. — A-11

Arndt, Joel P. — A-1, A-2, A-3, A-4, A-5, A-6, A-10, A-11, A-14, B-231; B-247; B-250, B-253, B-254, B-255, B-272

Ayash, Irving — A-7, A-8, A-9, B-248, B-249, B-256, B-257,

Bachman, Arthur — A-11

Barclays American/Business Credit, Inc. — A-1, A-2, A-3, A-4, A-5, A-7, A-8, A-9, A-13, A-14, B-247; B-248, B-249, B-253, B-254, B-255, B-256, B-257,

Becker, Samuel H. — A-11

Beil, Mark — A-11

Benser, Lawrence J. — A-11

Berger, William                          A-11

Bernstein, Marvin & Jacqueline           A-16

Bershad, Jack R.                         A-11

Binghamton Savings Bank                  A-1, A-2, A-3, A-4, A-5, A-7, A-8, A-9, A-14, B-249, B-253, B-254, B-255, B-256, B-257, B-265, B-287, C-326

Biron, Thomas E.                         A-11

Blank Rome Comisky & McCauley            A-7, A-8, A-9, A-11, B-227, B-228, B-229, B-234, B-248, B-249, B-256, B-257, B-287

Blatt, Martin L.                         A-11

Bloom, Richardd                          A-17

Blume, Fred                              A-11

Bono, Alexander D.                       A-11

Boonin, Lawrence I.                      A-11

Bosch, Frederick J.                      A-11

Boscobel, Inc.                           A-7, A-8, A-9, B-248, B-249, B-256, B-257,

Botchman, Jay                    A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10,
                                 A-11, A-12, A-14, B-227, B-228; B-229; B-230;
                                 B-231; B-234; B-247; B-248, B-249, B-250,
                                 B-253, B-254, B-255, B-256- B-257, B-265, B-267,
                                 B-272 B-277 B294, C-326

Boverman, Milton                 A-18


Boyer, Peter J.                  A-11


Braverman, Elliott K.            A-11


Broder, Robert M.                A-11


Broker, Gerald                   A-11


Bruce, Elizabeth & William       A-79


Burnisc, Donald J.               A-1, A-2, A-3, A-4, A-5, A-6, A-11, A-14, B-231;
                                 B-247; B-250, B-253, B-254, B-255, B-272


California Security Bank         A-6


Canel, Richard L., Jr.           A-11


Cazzi, Kathleen                  A-19


Churchill Investment Corp.       A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9 A-10, A-11,
                                 A-12, A-14, B-227. B-228; B-229; B-234;
                                 B-248, B-249, 250, B-253, B-254, B-255, B-256,
                                 B-257, B-265, B-267, B-272 C-326

Churchill Private Capital Corp.  A-7, A-8, A-9, A-12, B-248, B-249, B-256- B-257,
                                 C-326

Churchill Investment Corp. B294
Cohen, Isaac                     A-20

p. 4

| | |
|---|---|
| Cohen, Mitchell S. | A-11 |
| Columbia Federal Savings Bank | A-12 |
| Columbus Hotel Limited Partnership | A-14, |
| Comisky, Ian M. | A-11 |
| Comisky, Marvin | A-11 |
| Conlon, Thomas | A-80 |
| Connor, George | A-81 |
| Cox, Roger F. | A-11 |
| Dacey, William F. | A-14, |
| Davis, Michael A. | A-11 |
| Dean, Morris J. | A-11 |
| Devine, Thomas F. | A-11 |
| Drexel Burnham Lambert Realty, Inc. | A-7, A-8, A-9, A-11, B-227, B-228, B-229, B-234, B-248, B-249, B-256, B-257, |
| Dubin, Leonard | A-11 |

*p. 5*

| | |
|---|---|
| Dubron, Arthur & Lorraine | A-21 |
| Easton, Edwin A. | A-11 |
| Eisenberg, Bruce A. | A-11 |
| Empire of America | A-8, A-9, *B-227; B-228; B-229; B-234; B-247;* |
| Engel, Jack | A-82 |
| Enright, Richard | A-5, A-7, A-8, A-9, A-12, *B-227, B-228; B-229; B-234; B-248, B-249; B-256, B-257, B-294* |
| Farnsworth, Mike & Bonnie | A-22 |
| Feinberg, Jack | A-11 |
| Ferst, Barton E. | A-11 |
| Fillat, Fenando | A-23 |
| Finkelstein, Lawrence | A-11 |
| First American Services, Inc. | A-7, A-8, A-9, A-14, *B-227; B-228; B-229; B-230; B-234; B-247; B-248, B-249, B-256, B-257, B-277 B-294* |
| Forman, Harvey I. | A-11 |
| Foxman, Michael D. | A-11 |
| Friedman & Shaftan | A-12; *B-247* |

p. 6

Friedman, Dean I.          A-1, A-2, A-3, A-4, A-5, A-6, A-11, A-14,
                           B-231; B-247; B-250, B-253; B-254
                           B-255, B-272

Fuchs, William W.          A-7, A-8, A-9, B-227, B-228; B-229;
                           B-234; B-248, B-249, B-256, B-257, B294

Galanis, C. Chandra        A-7, A-8, A-9, B-227, B-228; B-229;
                           B-234; B-247; B-248, B-249, B-256, B-257,
                           B-294

Galanis, John P.           A-1, A-2, A-3, A-4, A-5, A-6, A-7, , A-8, A-9, A-10,
                           A-11, A-12,
                           A-14 B-227, B-228; B-229; B-230;
                           B-231, B-227; B-247; B-248, B-249, B-250
                           B-253, B-234, B-255, B-256; B-257, B-265.
                           B-261, B-272 B-277 B-294

Geanoulis, John            A-7, A-8, A-9, B-227; B-228, B-229;
                           B-234; B-247; B-248, B-249, B-256, B-257,
                           B294

Gehron, Richard            A-83

Geiger, Robert S.          A-11

Gelack, Michael S.         A-11

Genkin, Barry H.           A-11

Genstar Pacific Financial Corp.  A-7, A-8, A-9, B-227, B-228; B-229; B-230;
                           B-234; B-248, B-249, B-256, B-257, B-277 B-294

Gershenson, Alan C.        A-11

Gillam, Carol              A-24

Girard-DiCarlo, David F.   A-11

Glanz, David               A-25

Glasser, Brian

*p. 7*

| | |
|---|---|
| Glassman, Howard T. | A-11 |
| Gordon, Michael D. | A-11 |
| Green, Laverne | A-27 |
| Greenspan, Norman E. | A-11 |
| Griffith, Gary R. | A-11 |
| Gustini, Raymond J. | A-1, A-2, A-3, A-4, A-5, A-6, A-10, A-11, A-14, B-231; B-247; B-250, B-272 |
| Guth, Paul D. | A-7, A-8, A-9, A-11, B-227; B-228; B-229; B-234; B-248, B-249, B-253, B-254, B-255, B-256, B-252, B-287 |
| Haas, Russel E. | A-84 |
| Hagan, Samuel L. | A-28 |
| Hamilton, Reed | A-11 |
| Hatoff, Harold I. | A-11 |
| Hausman, Leonard & Hariet | A-29 |
| Heller, F. Arnold | A-11 |
| Hessel, Mark & Carolyn | A-30 |
| Hickey, Emmitt | A-31 |

*p.8*

Hillsberg, Jon G.                     A-11

Holmes, Dorothy & Raymond             A-32

Holmes, Norman L.                     A-11

Home Bank & Trust Co.                 A-4, A-6, A-7, A-8, A-9, *B-227; B-228; B-229, B-234; B-256, B-257,*

Horton, William                       A-33

HRL Joint Venture                     A-96

Jensen, Verylyn H.                    A-1, A-2, A-3, A-4, A-5, A-6, A-11, A-14, *B-231; B-247; B-250, B-253, B-254, B-255, B-272*

Kalman, Arnold I.                     A-11

Kaltbaum, Gary & Suzanne             A-34

Kanovsky, Helen R.                    A-1, A-2, A-3, A-4, A-5, A-6, A-10, A-11, A-14, *B-231; B-247; B-250, B-253, B-254, B-255, B-272 D-325*

Karlins, Nathaniel                    A-85

Katz, Andrew E.                       A-1, A-2, A-3, A-4, A-5, A-6, A-11, A-14, *B-231; B-247; B-250, B-253, B-254, B-255, B-272*

Kellerman, Lenore                     A-35

Kittner, David                        A-11

Klingensmith, H. Jack                 A-11

Klusky, Laurence H.          A-8, A-9, B-227; B-228; B-229; B-234; B-248, B-249, B-256, B-257, B294

Kollitudes, Ernest           A-36

Kraft, Sheldon               A-37

Krestal, Goncer M.           A-11

Kuller, Henry M.             A-11

Lambran, Louis               A-38

Larkin, Herzog Kathleen      A-11

Lazorchak, John              A-39

Leavitt, Richard             A-40

Leff & Mason                 A-5, , A-8, A-9, A-11, A-12; B-227; B-228; B-229, B-234; B-247; B-248; B-249, B-250, B-256, B-257 B-265, B-267

Leff, Ernest                 A-1, A-2, A-3, A-4, A-5, A-6, A-11, A-14, B-231; B-247; B-250, B-253, B-254, B-255, B-272

Leontarakis, Catherine & George  A-41

Levine, I. Stanley           A-11

Levy, Dale Pennys            A-11

Lewis, John M.               A-7, A-8, A-9, A-14, B-227; B-228; B-229; B-234; B-247; B-248, B-249, B-256- B-257,

P. 10

| | |
|---|---|
| Lipman, Frederick D. | A-11 |
| Long, Robert E. | A-42 |
| Lord, G. Craig | A-11 |
| Lublin, Edward L. | A-11 |
| Luongo, Stephen E. | A-11 |
| Madonna, Harry D. | A-11 |
| Mairone, Robert V. | A-11 |
| Mankikar, Durgesh M.D. | A-43 |
| Martino, Charles | A-44 |

Mason, Arthur D.          A-1, A-2, A-3, A-4, A-5, A-6, A-8, A-9, A-10, A-11, A-12, B-221; B-228; B-229; B-231; B-234; B-247, B-248, B-249; B-250, B-253, B-254, B-255, B-256, B-257, B-265, B-267 B-272 D-325

Mason, Perrin and Kanovsky   A-4, A-6; B-231; B-250, B-253, B-254, B-255, D-325

Maulfair, Roger          A-45

McCauley, Daniel J., Jr.   A-11

McConnell, James F. Jr.   A-1, A-2, A-3, A-4, A-5, A-6, A-10, A-11, A-14, B-231, B-247; B-250, B-253, B-254, B-255, B-272 D-325

McElroy, Richard P.       A-11

p. 11

| | |
|---|---|
| Millbrook Investor Securities, Inc. | A-7, A-8, A-9, B-227; B-228; B-229; B-234; B-248, B-249, B-256, B-257; |
| Miller, Robert | A-86 |
| Minor, John A. | A-1, A-2, A-3, A-4, A-5, A-6, A-11, A-14, B-231; B-247; B-250, B-253, B-254, B-255, B-272 |
| Moeller, James E. Jr. | A-46 |
| Mondshine, Robert | A-47 |
| Motala, Abdool & Hoosen | A-49 |
| Motala, F.M. & Mohamed | A-48 |
| Mruzik, Michael | A-50 |
| Nalencz, Leonard P. | A-11 |
| Nashua Holdings, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-14, B-227; B-228; B-229; B-230; B-231; B-234; B-248, B-249, B-250, B-253, B-254, B-255, B-256, B-257, B-265, B-267 B-272 B-277 B-279 C-326 |
| Nasir, Igbel | A-87 |
| NATCO Finance Co., Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-11, A-14; B-231; B-248, B-249, 250, B-256, B-257, B-265, B-267, B-272 |
| NATCO Realty and Development Corp. | A-2, A-7, , A-8, A-9, A-11, A-12, B-248, B-249, B-256, B-257; |
| NATCO Service Corp. | A-2, A-7, , A-8, A-9, A-11, B-249, B-256, B-257, |

P.12

Needel, Brian & Michele          A-51

Neuner, Carol & Howard           A-88

Newman, Morton                   A-11

Noram Secured Income, N.V.       A-7, A-8, A-9, A-11, A-12 - B-227; B-228; B-229; B-230; B-234; 3-248; B-249; B-256, B-257, B-294

Norsec Secured Income, N.V.      A-7, A-8, A-9, B-227; B-228; B-229; B-234; B-248; B-249; B-256, B-257, B-294

Nurafchon, Elis                  A-52

Nutt, Gilbert                    A-53

Oliver, Alfred W.                A-54

Olsen, Leonard R. Jr.            A-11

Ominsky, Harris                  A-11

Osherow, Aaron                   A-11

Pandey, Ramesh                   A-55

Pantaleo, Peter S.               A-11

Patrizzi, Morris                 A-89

Patterson, Jerry M.              A-4, A-5, A-6, A-10, A-11, A-14, B-231; B-247; B-250, B-253, B-254, B-255, B-272

p. 13

Pelayo, Jose — A-7, A-8, A-9, B-227; B-228; B-229; B-230; D-234; B-247; B-248, B-249, B-256, B-257, B294

Perkins, Bernard D. Mjr. — A-56

Perlberger, Norman — A-11

Perrin, Richard R.P — A-1, A-2, A-3, A-4, A-5, A-6, A-10, A-11, A-14, B-227; B-228; B-229; B-231; B-234; B-247; B-250, B-253, B-254, B-255, B-272 B-267 D-325

Peterson, Roger & Sandra — A-57

Plevinsky, Richard L. — A-11

Polakoff, Frederick L. — A-58

Pollack, Michael — A-11

Pollard, Steven G. — A-1, A-2, A-3, A-4, A-5, A-6, A-11, A-14, B-231; B-247; B-250, B-253, B-254, B-255, B-272

Poole, Alexis — A-59

Private Capital Corp. — A-7

Public Loan Co., Inc. — A-4, A-7, A-8, A-9, B-227; B-228; B-229; B-234; B-256, B-257, B-317

Putnam Funding, Inc. — A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-11, A-14, B-227; B-228; B-229; B-230; B-231; B-234; B-248, B-249, 250, B-253, B-254, B-255, B-256, B-257, B-265, B-267, B-272 B-277 B264

Quintero, Janet L. & Louis — A-60

Rabinowitz, Samuel N. — A-11

P. 14

| | |
|---|---|
| Rackow, Julian P. | A-11 |
| Ratner, Bruce | A-61 |
| Reardon, Adam L. | A-62 |
| Reckson, Richard E. | A-11 |
| Reddy, Hari, DDS | A-63 |
| Reddy, Viswantha B. | A-90 |
| Rees, Samuel T. | A-1, A-2, A-3, A-4, A-5, A-6, A-11, A-14, B-231, B-247, B-250, B-253, B-254, B-255, B-272 |
| Replansky, Dennis H. | A-11 |
| Richardson, Bonnie S. & Joseph Sr. | A-64 |
| Richter, Jerome R. | A-11 |
| Roberts, William H. | A-11 |
| Rolston, Berne | A-1, A-2, A-3, A-4, A-5, A-6, A-11, A-14, B-231, B-247, B-250, B-253, B-254, B-255, B-272 |
| Rome, Edwin P. | A-11 |
| Rosenbleeth, Richard M. | A-11 |
| Rosenbloom, Morey S. | A-11 |

*p. 15*

| | |
|---|---|
| Roy, Sunil | A-65 |
| Sanders, Gregory W. | A-1, A-2, A-3, A-4, A-5, A-6, A-11, A-14, B-231; B-247; B-250; B-253, B-254, B-255; B-272 |
| Sanger, Lilen | A-66 |
| Sborofsky, Isadore | A-67, B-240; |
| Schaffer, Lester J. | A-11 |
| Scherz, Arnold | A-68 |
| Schwartz, Malcolm | A-69 |
| Schwartz, William G. | A-11 |
| Scott, Jack & Toby | A-70 |
| Serban, George & Rita | A-71 |
| Severino, Frank | A-91 |
| Shapiro, Raymond L. | A-11 |
| Sigmund, Matthew J. | A-11 |
| Sochacki, Thomas | A-72 |
| Staklas, G. Michael | A-11 |

p. 16

| | |
|---|---|
| Stamm, Earl T. | A-11 |
| Stein, Alexander E. | A-11 |
| Steinman, Neal | A-11 |
| Stern, Joan N. | A-11 |
| Stoffel, Jacqueline & David | A-73 |
| Stonelake, Benjamin G., Jr. | A-11 |
| Suoboda, Joseph M.D. | A-92 |
| Surkin, Ronald H. | A-11 |
| Sweet, Barry E. | A-11 |
| Swichar, Edward I. | A-11 |
| Syracuse Savings Bank | A-1, A-2, A-3, A-4, A-5, A-7, A-8, A-9, A-14, B-227, B-228, B-229; B-231; B-234; B-248, B-249; B-250, B-253, B-254, B-255, B-256, B-257, B-264, B-266, B-267, C-327, |
| Taylor, Richard | A-74 |
| Taylor, William E., III | A-11 |
| Thornton, Grant | A-6, B-227; B-228, B-229; B-234; B-250, B-287, C-326 |
| Thornton, Robert R. | A-1, A-2, A-3, A-4, A-5, A-6, A-11, A-14, B-231; B-247; B-250, B-253, B-254, B-255, B-272 |

p. 11

Tocicki, Micxhael A.       A-12

Touche Ross & Co.       A-8, A-9, B-227, B-228; B-229; B-234; B-241; B-249; B-256, B-257,

Tuttle, Bill G. & Dorothy       A-93

Van Ness, Jeremy D.       A-1, A-2, A-3, A-4, A-5, A-6, A-11, A-14, B-231; B-247; B-250, B-253, B-254, B-255; B-272

Wapner, Andrew Berschler       A-11

Watson, Michael       A-75

Weiner, Alan       A-76

Weinger, Jerold       A-77

Weinstein, Stephen D.       A-11

Weisberg, Morris L.       A-11

Westbrook Private Capital Corp.       A-14, B-248, B-249, B-256- B-257,

Westbrook Securities, Inc.       A-7, A-8, A-9, A-10, B-227; B-228; B-229; B-234; B-248; B-249, B-256, B-257,

WF Holdings, Inc.       A-7, A-8, A-9, B-227, B-228; B-229; B-234; B-248, B-249, B-256, B-257,

Whitney Group, Inc.       A-10, B-227; B-228; B-229; B-234;

Williams, Herbert       A-11

p. 18:

| | |
|---|---|
| Wiseman, Lawrence R. | A-11 |
| Wynkoop, C. Gary | A-11 |
| Yahata, James | A-94 |
| Yarborough, Margaret | A-95 |
| Young, Richard J. | A-5, A-7, A-8, A-9, A-12, B-227, B-228, B-229, B-234; B-248, B-249, B-256, B-257, B-294 |
| Zaveri, Mayuri | A-78 |
| Zimmerman, Robert H. | A-11 |
| Zlotnick, Norman L. | A-11 |

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _712_ --In re BOARDWALK MARKETPLACE SECURITIES Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| ROSEN, LOUIS | B-227; B-228; B-229; B-230; B-247; B-346 |
| TREISTER, LEONARD | B-227; B-228; B-229; B-287 |
| WILLIAMS, THOMAS J. | B-227; B-228; B-229; B-287 |
| ROSENGARTEN, SAMUEL | B-227; B-221; B-229; B-247; B-287; C-376 |
| ATLANTIC CITY CONSULTANTS, INC. | B-227; B-228; B-229; B-287 |
| MURPHY, JOSEPH | B-227; B-228; B-229; B-287 |
| SUTER, VANE E & MARY LEE | B-227; |
| FEIT, AARON & TOBY FEIT | B-230; |
| GOLDSTEIN, PAUL & Santina | B-232; |
| BOZE, ROBERT & Grace | B-233; |
| BHUPAL KOMMINENI & UDAYASHREE Kommineni | B-234; |

p. 2

| | | |
|---|---|---|
| ✓ CRAMER, Christopher & Patricia | B-235, | |
| ✓ WISTED, HAROLD E. | B-236, | |
| ✓ MYERS, JOHN R. | B-237, | |
| ✓ SETO, BONNIE A. | B-237, | |
| ✓ DUERSON, DAVID & Alicia | B-238, | |
| ✓ LEVANDER, CHARLES & SANDRA | B-239, | |
| ✓ SHREEPAD R. NAIK | B-241, | |
| ✓ ORTISI, SAM | B-242, | |
| ✓ TRINGALE, DOMENIC & MARION | B-243, | |
| ✓ HANNAN, AHMAD T. | B-244, | |
| ✓ CHAMIS, PENELOPE | B-245, | |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 712 -- In re Boardwalk Marketplace Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| ✓ GIGLIO, Michael | B-246; |
| ✓ Community Federal Savings | B-247; |
| Consolidated Mortage Company | B-247; |
| ✓ Federal Deposit Insurance Company | B-247; |
| ✓ First Northern Cooperative | B-247; |
| Friedman, Wilfred T. | B-247; |
| Lyons, Capitol Corp. | B-247; |
| Madison Realty & Devel. Inc. | B-247; |
| Peoples National Bank | B-247; |
| ✓ Rosengarten, Shirley | B-247; |
| Shaftan, Robert P. | B-247; |

p. 4

| | |
|---|---|
| ✓ Tri-County Savings & Loans | B-247; |
| ✓ Westmore Corp. | B-247; |
| Weynert, Edwin J. | B-247 |
| ✓ Leff & Jensen | B-250, B-253, B-254, B-255, |
| ✓ Friedman, Diane | B-251, |
| ✓ Schein, Harry | B-252, |
| ✓ Galiszewski, Charles & Nancy | B-258, |
| ✓ Chitnis, Sitaram | B-259, |
| ✓ Fauci, Larry & Judith | B-260, |
| ✓ Baldomero, Roy & Anita | B-261 |
| ✓ Iannascolio, Daniel | B-262, |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 712 - In re Boardwalk Marketplace Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| ✓ KASDAY, Anthony & Carol | B-263; |
| ✓ CHASE, Jeffrey S & Myra | B-268; |
| ✓ BRACEY, William G. | B-269; |
| ✓ KRISHNAIAH, Paruchuri | B-270; |
| ✓ KING, ALFRED | B-271; |
| Nashua Trust Co. | B-372 |
| Healy Ltd Partner-ship | B-272 |
| Malladi & Bravish Reddy | B-372 |
| W. James Dobson | B-373 |
| Frank Del Negro | B-374 |
| Morton & Bonnie Mintzlowitz | B-375 |

p. 6

| | |
|---|---|
| Joseph A. & Mary Cindate | B-316 |
| Bernard J. Bithoff | B-317 |
| Karen Bitoff | B-317 |
| Bernard J. Bithoff & Company | B-317 |
| Bernard J. Bithoff & Company, Inc. | B-317 |
| Witt, Michael <br> Witt, Lisa | B-318, |
| BROWNE, BOYD <br> Browne, Donna | B-319, |
| Seshaiah Chittivelu | C-320 |
| Neil & Nancy Stefanides | C-321 |
| Paul Nicholson | C-322 |
| Mohammed S. & Shagufta S. Musvee | C-323 |

JPML FORM 3

p. ___7___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___712___ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| George Barnitt | C-324 |
| Lee Saltonstall | C-324 |
| Thomas E. Seidel <br> Felicia A. Seidel | C-325 |
| Timothy Hopkins | C-325 |
| Mel Herzberg | C-325 |
| Trist Investors Corp. | C-325 |
| Agulnick & Company | C-326 |
| Bruce Agulnick | C-326 |
| Sanford A. Schwartz | C-326 |
| Stanley Orlicki | C-326 |
| Robert D. Young | C-326 |

P. _____

| | |
|---|---|
| FLEIT, DOUGLAS E. | C-327 |
| Hosiula Tatupu<br>Linnea Tatupu | C-329 |
| Mary V. Harcar | D-325 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |