JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB 18 1987

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 712

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL-712 -- IN RE BOARDWALK MARKETPLACE SECURITIES LITIGATION

TRANSFER ORDER*

This litigation presently consists of 113 actions pending in four districts as follows:

| | |
|---|---|
| District of Connecticut | 104 actions |
| District of New Jersey | 4 actions |
| Southern District of New York | 3 actions |
| Eastern District of New York | 2 actions |

Presently before the Panel are a motion and cross motions, pursuant to 28 U.S.C. §1407, seeking centralization of some or all of the actions in a single district for coordinated or consolidated pretrial proceedings.1/ Three districts have been suggested as transferee forum: the District of Connecticut, the District of New Jersey, or the Southern District of New York.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 in the District of Connecticut will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. These actions share numerous factual questions relating to i) the formation of nine real estate investment limited partnerships organized for the purpose of undertaking the redevelopment of three square blocks of decaying buildings in Atlantic City, New Jersey, ii) the promotion and sale of the partnership interests, iii) the financing of the partnership interests, and/or iv) alleged fraudulent conduct of various parties connected with the partnerships. Centralization under Section 1407 is

---

\* Judge Louis H. Pollak took no part in the decision of this matter.

1/ The schedules accompanying the various motions also listed other actions that are not included in the Panel's decision either because i) the action has been dismissed and is no longer pending, or ii) the action has subsequently been identified by the original listing movant as one that is unrelated to these proceedings and that was included on the schedule by mistake. The Panel also has been apprised of additional related actions in various districts that were either filed too late or came too late to the various moving parties' attention in order to be subject to the motions now before the Panel. These actions will be treated as potential tag-along actions in accordance with Panel Rules 9 and 10, R.P.J.P.M.L., 89 F.R.D. 273, 278-80 (1981).

thus necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary. Certain parties have asserted that the particular claims in certain actions or the status of proceedings in certain actions render those actions inappropriate for inclusion in Section 1407 proceedings. It may be, on further refinement of the issues and close scrutiny by the transferee judge, that some claims or actions can be remanded in advance of the other actions in the transferee district. But we are unwilling, on the basis of the record before us, to make such a determination at this time. Should the transferee judge deem remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. See Rule 11, R.P.J.P.M.L., 89 F.R.D. 273, 280-82 (1981).

While any of the suggested transferee forums (given their proximity to each other) might be appropriate districts in which to locate Section 1407 proceedings in this docket, on balance we are persuaded that the District of Connecticut is the most appropriate forum for this litigation. We note that: 1) the overwhelming majority of actions is already pending there before a single judge; ii) the limited partnerships were organized and sold from there; and iii) all the limited partnerships were organized under Connecticut law.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the District of Connecticut be, and the same hereby are, transferrred to the District of Connecticut and, with the consent of that court, assigned to the Honorable Warren W. Eginton for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-712 -- In re Boardwalk Marketplace Securities Litigation

Southern District of New York

Joseph L. Augeri, et al. v. John Peter Galanis, et al., C.A. No. 86 Civ 6937
Pravin J. Doshi, et al. v. John Peter Galanis, et al., C.A. No. 86 Civ 7268
Wijayan Ratnathicam, et al. v. John Peter Galanis, et al., C.A. No. 86 Civ 7698

District of New Jersey

Jerome Krevolin, etc. v. John Peter Galanis, et al., C.A. No. 86-3022(JHR)
Joseph G. Constabile, et al. v. John Peter Galanis, et al., C.A. No. 86-3178(JFG)
Enzo Fusaro, et al. v. John Peter Galanis, et al., C.A. No. 86-3915(JFG)
Gus Leontarakis, et al. v. John Peter Galanis, et al., C.A. No. 86-3434(JFG)

Eastern District of New York

William A. Vitiello v. BarclaysAmerican/Business Credit, Inc., C.A. No. 86 CIV 2761(RJD)
Bernard Savetz v. Barclays American/Business Credit, Inc., C.A. No. 86-CIV-3474(RJD)

District of Connecticut

David Beach, et al. v. John Peter Galanis, et al., C.A. No. B-86-353(WWE)
Steven Seidman, et al. v. John Peter Galanis, et al., C.A. No. B-86-363(WWE)
Richard Saunders v. John Peter Galanis, et al., C.A. No. B-86-369(WWE)
Robert N. Bowker, et al. v. John Peter Galanis, et al., C.A. No. B-86-394(WWE)
Brij Mohan, et al. v. John Peter Galanis, et al., C.A. No. H-86-395(WWE)
Donald Rice, et al. v. John Peter Galanis, et al., C.A. No. 86-461(WWE)
BarclaysAmerican/Business Credit, Inc. v. Mir Arif Ali, C.A. No. H-86-959(WWE)
BarclaysAmerican/Business Credit, Inc. v. Marvin Bernstein, et al., C.A. No. H-86-953(WWE)

Schedule A - p.2

District of Connecticut -- (continued)

BarclaysAmerican/Business Credit, Inc. v. Richard Bloom, C.A. No. H-86-960(WWE)
BarclaysAmerican/Business Credit, Inc. v. Milton Boverman, C.A. No. H-86-961(WWE)
BarclaysAmerican/Business Credit, Inc. v. Kathleen Cazzi, C.A. No. H-86-962(WWE)
BarclaysAmerican/Business Credit, Inc. v. Arthur Dubron, et al., C.A. No. H-86-1011(WWE)
BarclaysAmerican/Business Credit, Inc. v. Fenando Fillat, C.A. No. H-86-964(WWE)
BarclaysAmerican/Business Credit, Inc. v. Carol Gillam, C.A. No. H-86-965(WWE)
BarclaysAmerican/Business Credit, Inc. v. David Glanz, C.A. No. H-86-1004(WWE)
BarclaysAmerican/Business Credit, Inc. v. Leverne Green, C.A. No. H-86-1005(WWE)
BarclaysAmerican/Business Credit, Inc. v. Samuel L. Hagan, C.A. No. H-86-967(WWE)
BarclaysAmerican/Business Credit, Inc. v. Leonard M. Hausman, et al., C.A. No. H-86-1012(WWE)
BarclaysAmerican/Business Credit, Inc. v. Mark L. Hessel, et al., C.A. No. H-86-956(WWE)
BarclaysAmerican/Business Credit, Inc. v. Emmett Hickey, C.A. No. H-86-968(WWE)
BarclaysAmerican/Business Credit, Inc. v. Dorothy Holmes, et al., C.A. No. H-86-1013(WWE)
BarclaysAmerican/Business Credit, Inc. v. William Horton, C.A. No. H-86-970(WWE)
BarclaysAmerican/Business Credit, Inc. v. Gary Kaltbaum, et al., C.A. No. H-86-1014(WWE)
BarclaysAmerican/Business Credit, Inc. v. Lenore Kellerman, C.A. No. H-86-971(WWE)
BarclaysAmerican/Business Credit, Inc. v. Ernest Kollitudes, C.A. No. H-86-969(WWE)
BarclaysAmerican/Business Credit, Inc. v. Sheldon Kraft, C.A. No. H-86-1025(WWE)
BarclaysAmerican/Business Credit, Inc. v. Louis Lambran, C.A. No. H-86-972(WWE)
BarclaysAmerican/Business Credit, Inc. v. John Lazorchak, C.A. No. H-86-973(WWE)
BarclaysAmerican/Business Credit, Inc. v. Richard Leavitt, C.A. No. H-86-974(WWE)
BarclaysAmerican/Business Credit, Inc. v. Robert E. Long, C.A. No. H-86-975(WWE)
BarclaysAmerican/Business Credit, Inc. v. Charles Martino, C.A. No. H-86-977(WWE)
BarclaysAmerican/Business Credit, Inc. v. Roger Maulfair, C.A. No. H-86-978(WWE)
BarclaysAmerican/Business Credit, Inc. v. James E. Moeller, Jr., C.A. No. H-86-979(WWE)
BarclaysAmerican/Business Credit, Inc. v. F.M. Motala, et al., C.A. No. H-86-1017(WWE)

District of Connecticut -- (continued)

BarclaysAmerican/Business Credit, Inc. v. Abdool Motala, et al., C.A. No. H-86-1016(WWE)
BarclaysAmerican/Business Credit, Inc. v. Michael R. Mruzik, C.A. No. H-86-981(WWE)
BarclaysAmerican/Business Credit, Inc. v. Brian R. Needel, et al., C.A. No. H-86-957(WWE)
BarclaysAmerican/Business Credit, Inc. v. Elis Nourafchon, C.A. No. H-86-1006(WWE)
BarclaysAmerican/Business Credit, Inc. v. Gilbert Nutt, C.A. No. H-86-982(WWE)
BarclaysAmerican/Business Credit, Inc. v. Alfred W. Oliver, C.A. No. H-86-1007(WWE)
BarclaysAmerican/Business Credit, Inc. v. Ramesh Pandey, C.A. No. H-86-983(WWE)
BarclaysAmerican/Business Credit, Inc. v. Roger Peterson, et al., C.A. No. H-86-1018(WWE)
BarclaysAmerican/Business Credit, Inc. v. Frederick L. Polakoff, C.A. No. H-86-985(WWE)
BarclaysAmerican/Business Credit, Inc. v. Janet L. Quintero, et al., C.A. No. H-86-955(WWE)
BarclaysAmerican/Business Credit, Inc. v. Bruce Ratner, C.A. No. H-86-986(WWE)
BarclaysAmerican/Business Credit, Inc. v. Adam L. Reardon, C.A. No. H-86-987(WWE)
BarclaysAmerican/Business Credit, Inc. v. Hari Reddy, D.D.S., C.A. No. H-86-988(WWE)
BarclaysAmerican/Business Credit, Inc. v. Bonnie S. Richardson, et al., C.A. No. H-86-1019(WWE)
BarclaysAmerican/Business Credit, Inc. v. Sunil Roy, C.A. No. H-86-989(WWE)
BarclaysAmerican/Business Credit, Inc. v. Lilen Sanger, C.A. No. H-86-990(WWE)
BarclaysAmerican/Business Credit, Inc. v. Isadore Sborofsky, C.A. No. H-86-991(WWE)
BarclaysAmerican/Business Credit, Inc. v. Arnold Scherz, C.A. No. H-86-992(WWE)
BarclaysAmerican/Business Credit, Inc. v. Malcolm Schwartz, C.A. No. H-86-993(WWE)
BarclaysAmerican/Business Credit, Inc. v. Jack Scott, et al., C.A. No. H-86-1020(WWE)
BarclaysAmerican/Business Credit, Inc. v. George Serban, et al., C.A. No. H-86-1021(WWE)
BarclaysAmerican/Business Credit, Inc. v. Thomas Sochacki, C.A. No. H-86-994(WWE)
BarclaysAmerican/Business Credit, Inc. v. Jacqueline Stoffel, et al., C.A. No. H-86-1022(WWE)
BarclaysAmerican/Business Credit, Inc. v. Richard Taylor, C.A. No. H-86-1009(WWE)
BarclaysAmerican/Business Credit, Inc. v. Michael Watson, C.A. No. H-86-996(WWE)
BarclaysAmerican/Business Credit, Inc. v. Alan Weiner, C.A. No. H-86-1010(WWE)

Schedule A - p.4

District of Connecticut -- (continued)

BarclaysAmerican/Business Credit, Inc. v. Jerold Weinger, C.A. No. H-86-997(WWE)
BarclaysAmerican/Business Credit, Inc. v. Mayuri Zaveri, et al., C.A. No. H-86-1023(WWE)
BarclaysAmerican/Business Credit, Inc. v. Elizabeth Bruce, et al., C.A. No. H-86-1329(WWE)
BarclaysAmerican/Business Credit, Inc. v. Thomas Conlon, C.A. No. H-86-1330(WWE)
BarclaysAmerican/Business Credit, Inc. v. George Connor, C.A. No. H-86-1331(WWE)
BarclaysAmerican/Business Credit, Inc. v. Jack Engel, C.A. No. H-86-1332(WWE)
BarclaysAmerican/Business Credit, Inc. v. Richard Gehron, C.A. No. H-86-1333(WWE)
BarclaysAmerican/Business Credit, Inc. v. Nathaniel Karlins, C.A. No. H-86-1335(WWE)
BarclaysAmerican/Business Credit, Inc. v. Robert Miller, C.A. No. H-86-1336(WWE)
BarclaysAmerican/Business Credit, Inc. v. Igbel Nasir, C.A. No. H-86-1337(WWE)
BarclaysAmerican/Business Credit, Inc. v. Carol Neuner, et al., C.A. No. H-86-1338(WWE)
BarclaysAmerican/Business Credit, Inc. v. Morris Patrizzi, C.A. No. H-86-1340(WWE)
BarclaysAmerican/Business Credit, Inc. v. Viswantha B. Reddy, C.A. No. H-86-1339(WWE)
BarclaysAmerican/Business Credit, Inc. v. Frank Severino, C.A. No. H-86-1341(WWE)
BarclaysAmerican/Business Credit, Inc. v. Joseph Suoboda, M.D., C.A. No. H-86-1342(WWE)
BarclaysAmerican/Business Credit, Inc. v. Bill G. Tuttle, et al., C.A. No. H-86-1343(WWE)
BarclaysAmerican/Business Credit, Inc. v. James Yahata, C.A. No. H-86-1344(WWE)
BarclaysAmerican/Business Credit, Inc. v. Margaret Yarborough, C.A. No. H-86-1345(WWE)
BarclaysAmerican/Business Credit, Inc. v. HRL Joint Ventures, C.A. No. H-86-1346(WWE)
Home Bank & Trust Co. v. Jerome Bloomberg, et al., C.A. No. N-86-329(WWE)
BarclaysAmerican/Business Credit, Inc. v. Barry Vogelstein, C.A. No. B-86-508(WWE)
BarclaysAmerican/Business Credit, Inc. v. Hani Tuffaha, C.A. No. B-86-509(WWE)
BarclaysAmerican/Business Credit, Inc. v. Elias Tsigounis, C.A. No. B-86-510(WWE)
BarclaysAmerican/Business Credit, Inc. v. Stuart Spencer, et al., C.A. No. B-86-511(WWE)
BarclaysAmerican/Business Credit, Inc. v. Marvin A. Spector, et al., C.A. No. B-86-512(WWE)
BarclaysAmerican/Business Credit, Inc. v. Praksh Shenoy, C.A. No. H-86-513(WWE)

Schedule A - p.5

District of Connecticut -- (continued)

BarclaysAmerican/Business Credit, Inc. v. Ronald Shatilla, C.A. No. B-86-514
BarclaysAmerican/Business Credit, Inc. v. Robert Seeley, et al., C.A. No. B-86-515(WWE)
BarclaysAmerican/Business Credit, Inc. v. Mosali S. Reddy, C.A. No. B-86-516(WWE)
BarclaysAmerican/Business Credit, Inc. v. Willem Ouw, C.A. No. H-86-517(WWE)
BarclaysAmerican/Business Credit, Inc. v. Raanan Mallett, C.A. No. B-86-518(WWE)
BarclaysAmerican/Business Credit, Inc. v. Richard A. Loftland, et al., C.A. No. B-86-519(WWE)
BarclaysAmerican/Business Credit, Inc. v. Nicol A. Laly, C.A. No. B-86-520(WWE)
BarclaysAmerican/Business Credit, Inc. v. Mark Haynes, et al., C.A. No. B-86-522(WWE)
BarclaysAmerican/Business Credit, Inc. v. Everett Goldman, et al., C.A. No. B-86-523(WWE)
BarclaysAmerican/Business Credit, Inc. v. Don R. Dixon, C.A. No. B-86-524(WWE)
BarclaysAmerican/Business Credit, Inc. v. Louis DelPrete, et al., C.A. No. B-86-525(WWE)
BarclaysAmerican/Business Credit, Inc. v. J. P. Christodoulous, C.A. No. B-86-526(WWE)
Home Bank and Trust Company v. William Brown, et al., C.A. No. H-86-1428(WWE)
Home Bank and Trust Company v. Previn Doshi, et al., C.A. No. H-86-1430(WWE)
Home Bank and Trust Company v. Ronald Koegler, et al., C.A. No. N-86-379(WWE)
Home Bank and Trust Company v. Robert S. Milne, et al., C.A. No. N-86-365(WWE)
Home Bank and Trust Company v. Donald K. Rice, et al., C.A. No. N-86-388(WWE)
BarclaysAmerican/Business Credit, Inc. v. Fred Krokenberger, C.A. No. B-86-521(WWE)